# United States Bankruptcy Court
## Southern District of Texas

In re: __SkyPort Global Communications, Inc.__, Debtor

Case No. __08-36737-H4-11__

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| See attached Exhibit A of Equity Owners | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __11/20/08__

Signature __Patrick K Brant__
**Patrick Brant**
**President and CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

**SkyComm Technologies Corp.**
**EXHIBIT "A" to List of Equity Holders**

| Investor | Address | Shares | Ownership |
|---|---|---|---|
| Balaton Group Inc. | 152 King St. East, suite 400, Toronto, ON M5A 1J3 | 431,963,880 | 58.15% |
| CenturyTel | 100 Centurytel Drive, Monroe, LA 71203 | 49,161,318 | 6.62% |
| Pat Brant | 10186 Hillington Ct., Vienna, Va.  22182 | 36,212,291 | 4.88% |
| Sequoia Aggressive Growth Fund | Sequoia Aggressive Growth Fund Ltd  c/o Semper Gestion SA,  5 rue Pedro-Meylan, 1208 Geneva, Switzerland | 27,530,711 | 3.71% |
| Sequoia Diversified Growth Fund | Sequoia Aggressive Growth Fund Ltd  c/o Semper Gestion SA,  5 rue Pedro-Meylan, 1208 Geneva, Switzerland | 12,815,180 | 1.73% |
| Credit Agricole | Chemin De Beree 46-48, 1010 Laosanne 10 La Sallaz, Switzerland, Oliver Apostoloski | 24,042,888 | 3.24% |
| Key Special Situations Fund | CIM Investment Management Limited, 1 Regenet Street, London SW1Y 4NS, England | 16,102,965 | 2.17% |
| Steve Clary | 2200 N. Rodney Parham #210, Little Rock, AR 72212 | 14,081,237 | 1.90% |
| Rig III | Rig III, c/o Semper Gestion SA, 40 A route de malagnou, 1208 Geneva, Switzerland | 12,822,874 | 1.73% |
| Daniel Elstein | 750 Sagg- Main St., Sagaponack, NY  11962 | 8,330,267 | 1.12% |
| Puddy, Ltd. | 6193 Hickory Hollow Lane, Conroe, TX 77304 | 7,929,500 | 1.07% |
| Aran Asset Management SA | Aran Asset Management SA, Bahnofplatz, P.O.BOX 4010, 6304 Zug, Switzerland | 7,926,280 | 1.07% |
| Sue Ann Graves | 44 Bretagne, Little Rock, AR 72223 | 7,635,851 | 1.03% |
| John Robert Graves | 44 Bretagne, Little Rock, AR 72223 | 7,635,851 | 1.03% |
| Evest Sky, L.P. | 2200 N. Rodney Parham #210, Little Rock, AR 72212 | 7,373,396 | 0.99% |
| Movada, Ltd. | 6193 Hickory Hollow Lane, Conroe, TX 77304 | 6,384,972 | 0.86% |
| Anglo-French Technical Assistance Corp. | ANTAS C/O Clariden Leu, M.Patrick Horner, 1 Quai du Mont Blanc, PO Box 1304, CH-1211 Geneva 1, Switzerland | 4,000,737 | 0.54% |
| Joseph K. and Ann L. Baker, JTCWRS | 30721 Berry Creek Dr., Georgetown, TX 78628 | 4,000,015 | 0.54% |
| Wayne C. Fox | Suite 5865, The First Canadian Place, P.O. Box 291, 100 King Street West, Toronto, ON, M5X 1C9 | 8,000,000 | 1.08% |
| Klotz Investments LTD | 1609 Emory Circle, Plano, TX  75093 | 4,000,000 | 0.54% |
| John E. Panneton | Suite 5865, The First Canadian Place, P.O. Box 291, 100 King Street West, Toronto, ON, M5X 1C9 | 4,337,500 | 0.58% |
| Del Sorbo Family Trust | Suite 5865, The First Canadian Place, P.O. Box 291, 100 King Street West, Toronto, ON, M5X 1C9 | 4,337,500 | 0.58% |
| David Currie | Suite 5865, The First Canadian Place, P.O. Box 291, 100 King Street West, Toronto, ON, M5X 1C9 | 4,337,500 | 0.58% |
| Byron Messier | Suite 5865, The First Canadian Place, P.O. Box 291, 100 King Street West, Toronto, ON, M5X 1C9 | 5,000,000 | 0.67% |

| Name | Address | Shares | % |
|---|---|---|---|
| Burnaby Business Solutions Inc. | Suite 5865, The First Canadian Place, P.O. Box 291, 100 King Street West, Toronto, ON, M5X 1C9 | 4,337,500 | 0.58% |
| Sunvenus Holdings Limited | 284 Makarios Ave., Fortuna Court Block B Limassol, Cypres Delivery of Certificate to: Smith Barney, New York    Attn: David Beechler, 399 Park Avenue, 12th Floor New York, NY 10022 | 2,404,289 | 0.32% |
| ECAL Partners, Ltd. | 6611 Centre Place Circle, Spring, TX 77379 | 375,851 | 0.05% |
| Eric Galmard | P.O. Box 130296, Houston, TX 77219-0296 | 2,000,020 | 0.27% |
| Matteo Novelli | 51 Rue De Naples, 75008 Paris, France | 1,763,145 | 0.24% |
| 99869 Canada Inc. | 1320 Greaham Blvd. Suite 115, Mont Royal, PQ H3P 3C8 | 1,602,859 | 0.22% |
| Martin Pollak | 16 Springwood Path, Laurel Hollow-Syosset, NY 11791 | 1,364,412 | 0.18% |
| Gloster Holdings, LLC | 100 Park Avenue; 20th Floor, New York, NY 10017 | 1,163,971 | 0.16% |
| Whiz Kid Ventures | 4700 South Bowman Rd., Little Rock, AR 72210 | 1,000,000 | 0.13% |
| Evest Group, LLC | 2200 N. Rodney Parham #210, Little Rock, AR 72212 | 887,508 | 0.12% |
| Palos Capital Pool | 1 Place Ville Marie #1812, Montreal, PQ H3B 4A9 | 884,558 | 0.12% |
| Elias N Jabbour | P.O. Box 208, Surra 45703 Kuwait | 801,430 | 0.11% |
| Darshan Khurana | 6110 Bernard Mergler, Cote St. Luc, PQ H3X 4A5 | 801,430 | 0.11% |
| Daniel Piergentili | 1681 Brown Ct., Long Mount, CO 80503 | 801,430 | 0.11% |
| Chet Gutowsky | 302 Pinesap Dr., Houston, TX 77079 | 775,010 | 0.10% |
| Milam Trust | 135 Amarillo Drive, Magnolia, TX 77354 | 500,010 | 0.07% |
| John Llewellyn | 1778 CR 407, Gonzales, TX 78629 | 500,000 | 0.07% |
| Guy and Lisa Fielder, JTCWRS | 2616 Maria Anna Rd., Austin, TX 78703 | 500,000 | 0.07% |
| CitiGroup Global Mkts IRA FBO Daniel Elstein | 750 Sagg- Main St., Sagaponack, NY 11962 | 412,500 | 0.06% |
| Simon Meredith | Mr. Simon Meredith, 40 Lena Gardens, London W6 7PZ, United Kingdom | 320,571 | 0.04% |
| Thomas and Karen Orem, JTCWRS | 29838 Hillary Ave, Easton MD 21601 | 300,000 | 0.04% |
| Ashwin M. Sairam | 159 Dresden Ave., Mont Royal, PQ H3P 3K1 | 299,069 | 0.04% |
| Diya Al-Sarraj | P.O. Box 42042, AbuDhabi, United Arab Emirates | 240,429 | 0.03% |
| Lynn Joyce Elstein Trust | 485 Oriskany Crt., Osprey, FL 34229 | 200,000 | 0.03% |
| Clarence Marshal | 12701 South Harvard Ave., Jenks, OK 74037 | 200,000 | 0.03% |
| Cecily McCrary Lane | 28933 Pleasant Forest, Magnolia, TX 77355-4169 | 200,000 | 0.03% |
| Bradford DeWitt McCrary | 76 Eaglerock Circle, The Woodlands, TX 77381 | 200,000 | 0.03% |
| Joyce Nisker Takefman | 3577 Atwater Ave., apt. 1513, Montreal PQ, H3H 2R2 | 178,804 | 0.02% |
| Joseph A. Lopez | 237 N. Mountain Ave., Montclair, NJ 07042 | 150,000 | 0.02% |
| DE & JD Associates, Inc. | 750 Sagg- Main St., Sagaponack, NY 11962 | 150,000 | 0.02% |
| George Metcalf | 957 Nasa Rd 1, #142, Houston, TX 77058 | 130,000 | 0.02% |
| Douglas Whitworth | 11140 Aerospace Avenue, Houston, TX 77034 | 120,000 | 0.02% |
| BLF Partners | 6526 Radley Drive, Spring, TX 77379 | 115,500 | 0.02% |
| John A. Rees | 11719 Hinson Rd. Suite 130, Little Rock, AR 72212 | 110,000 | 0.01% |
| Melvyn Reiser | 996 Henhawk Rd., Baldwin, NY 11510 | 105,000 | 0.01% |
| Lyn McCrary Brown | 5750 N. Major Drive, #503, Beaumont, TX 77713 | 100,000 | 0.01% |

| Name | Address | Shares | % |
|---|---|---:|---:|
| Laurie McCrary Reasons | 16 Brighton Way, Huntington, WV 25705 | 100,000 | 0.01% |
| Jeff Chiravalle | n/a | 80,000 | 0.01% |
| Bruce Dunlop | 11140 Aerospace Avenue, Houston, TX 77034 | 80,000 | 0.01% |
| David B. Boyd, MD | n/a | 77,000 | 0.01% |
| Bryan W. Harle, MD | 7711 Louis Pasteur, Ste 200, San Antonio, TX 78229 | 77,000 | 0.01% |
| Middle East Holdings, LLC | n/a | 60,000 | 0.01% |
| Robert Foote | n/a | 50,000 | 0.01% |
| Lawrence Solomon | 5419 N.W. 42nd Ave., Boca Raton, FL 33496 | 50,000 | 0.01% |
| David Togut and Tracy Elstein | 422 E. 72nd St. - 8A & 8B, New York, NY 10021 | 50,000 | 0.01% |
| NLMC Inc. | 16770 Imperial Valley Dr. Ste. 200 Houston, Tx. 77060 | 40,000 | 0.00539% |
| Philippe Assous | 42396 Cascata Street Indio, CA 92203 | 25,000 | 0.00337% |
| Jason Charles Togut Trust | 422 E. 72nd St. - 8A & 8B, New York, NY 10021 | 25,000 | 0.00337% |
| BMT Grantor Trust | 422 E. 72nd St. - 8A & 8B, New York, NY 10021 | 25,000 | 0.00337% |
| Bella Krieger | 3912 South Ocean Blvd., #404, Highland Beach, FL 33487 | 25,000 | 0.00337% |
| Barry Klein | 77 Ross Street, Brooklyn, NY 11211 | 25,000 | 0.00337% |
| Michael Stein | 385 South End Ave., Apt# 6-C, New York, NY 10280-1041 | 20,000 | 0.00269% |
| Paul Gignilliat | 8301 Duckwood Drive, Cicero, NY 13039 | 10,000 | 0.00135% |
| Palomero, Ltd. | 25025 I-45 N, Suite 410, The Woodlands, TX 77380 | 5,200 | 0.00070% |
| Yecheskel Kahan | 3 Kalev Way, #302, Monroe, NY 10950 | 5,000 | 0.00067% |
| Robert Amante | 10076 Elcaballo Ct., Delray Beach, FL 33446 | 5,000 | 0.00067% |
| **Total** | | **742,792,209** | **100.00%** |