IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

## ORDER AUTHORIZING THE DEBTOR TO ENTER INTO POST PETITION SATELLITE TRANSPONDER SERVICE AGREEMENT WITH ECHOSTAR FSS CORPORATION UNDER 11 U.S.C. §363 AND 105

The Debtor has moved this Court, on an expedited basis, for an order authorizing it to enter into the post petition Master Service Agreement with EchoStar FSS Corporation ("EchoStar") with its Expedited Motion to Enter Into Post Petition Satellite Transponder Service Agreement with EchoStar FSS Corporation Pursuant to 11 U.S.C. §§363 and 105 (the "Motion"). The Motion has been properly served on all creditors and parties in interest. After consideration of the argument of counsel and the evidence before it, the Court is of the opinion that the Motion should be granted. Therefore, it is

ORDERED that the Debtor is authorized to enter into the Master Service Agreement with EchoStar attached to the Motion under seal as Exhibit "A" effective upon entry of a signed order by this Court.

SIGNED:

_____
UNITED STATES BANKRUPTCY JUDGE

{SKY001\00006\0514377.DOC;1\JLH}