

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/30/2009

| | |
|---|---|
| IN RE: § | |
| § | |
| SKYPORT GLOBAL § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., § | |
| § | |
| DEBTOR § | Chapter 11 |

**AMENDED FINAL ORDER (I) AUTHORIZING USE OF CASH COLLATERAL;
AND (II) APPROVING DEBTOR IN POSSESSION
POST-PETITION FINANCING**
[This instrument pertains to Docket Nos. 32 and 81]

CAME ON FOR CONSIDERATION, the Debtor's Expedited Motion to Amend Final Order (1) Authorizing Use of Cash Collateral and (2) Approving Debtor in Possession Financing (the "Motion," Doc. No. 81), requesting that this Court amend the Final Order (I) Authorizing Use of Cash Collateral; and (II) Approving Debtor in Possession Post-Petition Financing (the "Final Order," Doc. No. 32). The Court determines that relief should be granted, and therefore enters the following:

1. The budget attached to this Order as Exhibit "A" shall be substituted for Exhibit "D" to the Final Order for the period beginning January 1, 2009 through April 30, 2009 (the "New Budget").

2. Subject to all the terms and conditions of the Final Order, the Debtor is authorized to use cash collateral in accordance with the New Budget through April 30, 2009.

3. The Balaton Group, LP (the "Lender") shall be substituted for "the Lenders" and "Lender" in the Final Order and the DIP Loan Documents.[1] All provisions

---

[1] All capitalized terms shall have the same meaning as defined in the Final Order, unless context otherwise dictates.

{SKY001\00005\0515430.DOC;1\ELR}

in the Final Order and the DIP Loan Documents referring to the Lenders, Lender, Franklin Craig, Adrien Pouliot, Bob Donaldson, Elvio Del Sorbo, Wayne Fox, the Semper Group and/or Balaton Group, LP, as agent, shall apply to Balaton Group, LP.

4.   All representations, rights and adequate protection granted to Aegis Texas Venture Fund, LP ("Aegis") under the Final Order shall extend to and continue under this Order and remain in full effect.  The Aegis Prepetition Lien, the Interim Replacement Liens and all security interests, claims and rights granted in the Final Order and this Order to Aegis, including without limitation, the Replacement Liens and the Aegis Superpriority Claim, shall have priority over and are senior to any lien claim or right provided to Balaton Group, LP in this Order, the Final Order or the DIP Loan Documents, including the Super-Priority DIP Claim, the DIP Liens and the DIP Obligations, subject to the Carve Out.

SIGNED:

1-30-2009

_____
Jeff Bohm
UNITED STATES BANKRUPTCY JUDGE

AGREED TO BY:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Edward L. Rothberg*
_____
Edward L. Rothberg
State Bar No. 17313990
Hugh M. Ray, III
State Bar No. 24004246
Eleven Greenway Plaza, Suite 1400
Houston, Texas  77046
(713) 961-9046 (telephone)
(713) 961-5341 (facsimile)

ATTORNEYS FOR THE DEBTOR

{SKY001\00005\0515430.DOC;1\ELR}

and

DIAMOND MCCARTHY LLP

By: _____
*/s/ Jason M. Rudd,*
*by Edward L. Rothberg, with permission*

Kyung S. Lee
Texas Bar No. 12128400
SDTX No. 862
klee@diamondmccarthy.com
Jason M. Rudd
Texas Bar No. 24028786
SDTX No. 28081
jrudd@diamondmccarthy.com
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5195 (facsimile)

COUNSEL FOR AEGIS TEXAS VENTURE FUND, LP

Case 08-36737   Document 90   Filed in TXSB on 01/28/2009   Page 4 of 4

EXHIBIT "A"

## Cash Budget



| | Jan-09 | Feb-09 | Mar-09 | Apr-09 | Total |
|---|---|---|---|---|---|
| **Cash Receipts** | | | | | |
| Customer Cash Receipts | 374,102 | 624,612 | 502,927 | 506,374 | 2,008,015 |
| DIP Financing | 150,000 | 250,000 | 100,000 | | 500,000 |
| | 524,102 | 874,612 | 602,927 | 506,374 | 2,508,015 |
| **Operating Cash Disbursements:** | | | | | |
| Satellite Capacity | 190,508 | 551,552 | 313,283 | 159,203 | 1,214,546 |
| Terrestrial Services | 41,853 | 38,966 | 33,781 | 29,771 | 144,371 |
| EFT Facility Costs | 34,527 | 36,457 | 36,457 | 36,457 | 143,898 |
| Payroll, Contract Labor, T&E | | | | | |
| Salary & Wages | 171,105 | 162,299 | 162,265 | 162,265 | 657,934 |
| Commissions | 15,000 | 14,000 | 14,000 | 14,000 | 57,000 |
| Travel & Expense | 10,000 | 10,000 | 10,000 | 10,000 | 40,000 |
| | 196,105 | 186,299 | 186,265 | 186,265 | 754,934 |
| Professional Fees | 29,657 | 34,417 | 35,351 | 38,741 | 138,166 |
| Other Expenses | 11,449 | 22,723 | 16,464 | 15,404 | 66,040 |
| **Sub-total Operating Cash Expenses** | **504,099** | **870,414** | **621,601** | **465,841** | **2,461,955** |
| **Operating Cash Flow** | 20,003 | 4,198 | (18,674) | 40,533 | 46,060 |
| **Cumulative Cash Balance (Beginning Cash $77,789)** | **97,792** | **101,990** | **83,316** | **123,849** | **169,909** |