IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO.  08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

**REQUEST FOR EXPEDITED CONSIDERATION**

SKYPORT GLOBAL COMMUNICATIONS, INC. ("Debtor" or "SkyPort"), debtor and debtor-in-possession in this case, hereby requests expedited consideration of its Expedited Motion to Continue Authorization of Cash Collateral Usage (the "Motion") and in support thereof would respectfully show the Court as follows:

1. As stated in the Motion, expedited consideration is needed because the use of cash collateral will expire on April 30, 2009, and cash collateral usage is required to continue to pay critical operating expenses.

2. Attached is the Declaration of Edward L. Rothberg certifying that the foregoing expedited relief is required.

WHEREFORE, SkyPort prays that the Court consider the Motion on an expedited basis and grant such other and further relief as is just and proper.

{SKY001\00005\0526134.DOC;1\HMR}

DATED: April 10, 2009

        Respectfully submitted,

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

        By:   */s/ Edward L. Rothberg*
              EDWARD L. ROTHBERG
              State Bar No. 17313990
              HUGH M. RAY, III
              State Bar No. 24004246
              Eleven Greenway Plaza, Suite 1400
              Houston, Texas 77046
              Telephone: (713) 961-9045
              Facsimile: (713) 961-5341

        ATTORNEYS FOR DEBTOR

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served via ECF on the ECF service list, and by U.S. first class mail, postage prepaid, on April 10, 2009, to the parties on the attached service list:

        */s/ Edward L. Rothberg*
        EDWARD L. ROTHBERG

{SKY001\00005\0526134.DOC;1\HMR}