# Claims Analysis

**SkyPort Global Communications, Inc.**
Case No. 08-36737-H4-11
**SECURED CLAIMS**

| Creditor | Scheduled Amount | Proof of Claim No. | Proof of Claim Amount | Allowed By Order | Adjusted Claims | Pro Rata Distribution | Comments/Disputed/Setoff |
|---|---|---|---|---|---|---|---|
| AEGIS Texas Venture Fund, LP | 2,442,000.00 | 48 | 2,478,070.23 | | | | Per claim: Value of Property $4,452,032.90; Annual Interest Rate 18%; Arrears $742,299.82; Secured $2,478,070.23; Unsecured unknown at this time. |
| Applied Global Technologies | | 36 | 427,909.00 | | | | Federal funds held in trust by Debtor resulting from a $427,909.00 prepayment by Applied Global Technologies, Inc. ("AGT") on a two-year contract obligating Debtor to provide Satellite Bulk Bandwidth and 3MB MPLS Backhaul Circuit for AGT's client, the Florida National Guard. |
| Bevenco, Inc. | 0.00 | | | | | | Paid in full; UCC lien not terminated. |
| Centurytel, Inc. | 2,700,832.45 | | | | | | |
| Cisco Systems Capital Corp | 250,426.13 | 34 | 382,060.12 | | | | Disputed and unliquidated on Schedules; $382,060.12 payable under terms of Master Agreement to Lease Equipment #4145 and supplements; Must notifiy creditor to receive copies of attachments to Proof of Claim |
| Farnum Street Financial | 85,198.14 | | | | | | Debtor rejected equipment lease; claim settled and compromise approved by the Court [Docket #132 ]; Debtor waives $11,604.05 administrative claim for release of preference claim in the amount of $18,076. Farnum retains an unsecured claim in the amount of $56,798 less the $8,433.37 deposit and the proceeds of the sale of the equipment. |
| SP Equipment LLC | 0.00 | | | | | | Paid in full; UCC lien not terminated. |
| TCF Leasing, Inc. | 0.00 | | | | | | Paid in full; UCC lien not terminated |
| **TOTAL:** | **5,478,456.72** | | **5,988,871.80** | | | | |

Note: this total excludes Farnum's claim as it is now unsecured.

SkyPort Global Communications, Inc.
Case No. 08-36737-H4-11
PRIORITY CLAIMS

| Creditor | Scheduled Amount | Proof of Claim No. | Proof of Claim Amount | Allowed By Order | Adjusted Claims | Pro Rata Distribution | Comments/Disputed/Setoff |
|---|---|---|---|---|---|---|---|
| Federal Communications Commission | 3,000.00 | | | | | | Disputed; FCC paid 12/42008 by wire transfer. See copy of wire transfer doc# 0522650.pdf |
| Huguley, George G. | 91.71 | | | | | | |
| iDirect, Inc. | | 43 | 589,887.00 | Disallowed, but allowed $9,022 as 503(b)9) claim | | | DISPUTED 503(b)(9); Priority based upon 11 USC § 507(a)(2); Equipment but also hub installation charges; Debtor filed objection to claim as the petition filing was 22 days after delivery. |
| Internal Revenue Service | | 15 | 6,809.57 | | | | FUTA for period 12/31/2003 - unassessed, no return $4,999.99 tax due; interest to petition date $1,809.58. |
| Johnson, Greg | 5,132.23 | | | | | | paid |
| Pasadena I.S.D. | 36,925.22 | 1 | 68,527.14 | | | | Ad Valorem taxes for tax years 2005 to 2008. Value of Imp NHS $765,223.00. Claim filed as secured. |
| Samuels, David | | 8 | 10,950.00 | | | 10,950.00 | Disputed as Samuels was paid full wages and some hours post-petition that he didn't work, no evidence to corrobaorate Mr. Brant's promis for vacation pay or bonus pay; Priority Claim for wages (capped at $10,950), benefits; 2007 letter from Pat Brant showing employment of Lavell Systems and attached pay stubs for 2008 showing as employee of Skyport; remaining balance unsecured. |
| San Jacinto Community College Dist. | | 21 | 5,267.94 | | | | Secured; 2007 taxes $1,234.73 and 2008 taxes $1,237.83 on 11140 Aerospace improvement valued at $757,496 |
| Semanach, Peter | 2,041.14 | | | | | | |
| Skimmons, Brian | 3,033.00 | | | | | | |
| Texas Comptroller of Public Accounts | 3,214.81 | 19 | 149,059.16 | | | | DISPUTED Priority claim includes taxes, penalties and interest for period 4/1/04 to 10/24/08; amended 4/21/09; Debtor disputes additional taxes from audit. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL:** | | **53,438.11** | | **840,798.89** | | |

    746,681.35 Total disputed claims
      94,117.54 Amount less disputed claims

**SkyPort Global Communications, Inc.**
**Case No. 08-36737-H4-11**
**GENERAL UNSECURED CLAIMS**

| Creditor | Scheduled Amount | Proof of Claim No. | Proof of Claim Amount | Allowed By Order | Adjusted Claims | Pro Rata Distribution | Amount Disputed | Comments/Disputed/Setoff |
|---|---|---|---|---|---|---|---|---|
| AboveNet | 120,000.00 | 30 | 232,930.56 | | | | 120,000.00 | Disputed; Claim based on Master Products & Services Agreement |
| Advanced Business Copiers | 1,174.78 | | | | | | | |
| Advanced Projects International | 15,266.13 | | | | | | 15,266.13 | Disputed; Debtor will be filing a breach of contract adversary |
| Alpheus Communications, LP | 28,488.20 | 31 | 24,759.32 | | | | | Creditor claimed $9,231.32 as unsecured and $15,528.00 as secured; Based on Wholesale Master Service Agreement dated 3/24/03; previously known as elpaso Global Networks. Claimant shows $15,528.00 secured by deposit paid April 2003. |
| Alpheus Data Services LLC | | 32 | 5,810.40 | | | | | Claim per the Alpheus Data Services Wholesale Master Service Agreement dated 8/14/2007; asserting priority claim of $733.31 for post-petition services from 10/25-10/31/08; unsecured claim of $5,810.40, for a total of $6,543.71. |
| Ambius | 663.80 | 12 | 672.03 | | | | | |
| American Business Development Grou | 4,719.33 | | | | | | 4,719.33 | Disputed |
| ASC Signal Corporation | 7,720.46 | | | | | | | |
| AT&T | 111.98 | | | | | | | |
| B&T Janitorial Service | 1,939.79 | | | | | | | |
| Balaton Group, Inc. | 1,945,603.58 | | | | | | | |
| BIP Corporation | 11,010.00 | | | | | | | |
| Brant, Patrick | 32,452.78 | 2 | 32,452.78 | | | | | Promissory Note dated 7/15/08 between Lavell Systems, Inc. and Patrick Brant. |
| Bud Griffin Customer Support, Inc. | 13,061.67 | | | | | | | |
| Burnaby Business Solutions, Inc. | 9,450.00 | | | | | | 9,450.00 | Disputed |
| Cap Rock Communications Inc. | 8,545.51 | 25 | 8,545.51 | | | | | Services rendered plus applicable interest. |
| Chris Cooke, CPA | 9,263.71 | | | | | | | |
| Clean Seal American Roofing | 2,868.63 | | | | | | | |
| Compu Com | 154,374.91 | 27 | 196,784.52 | | | | | Goods sold - no attachments to see the difference between scheduled claim and Compucom's calculations. |
| Continuum Financial | 18,750.00 | 20 | 18,750.00 | | | | | |
| CT Corporation | 780.00 | | | | | | | |
| Data Technologies Solutions, LLC | 43,255.08 | 52 | 43,255.08 | | | | 43,255.08 | Disputed; Proof of Claim late filed - 3/19/2009 |
| DataPath, Inc. | 15,000.00 | | | | | | | |
| Del Sorbo Family Trust | 9,450.00 | | | | | | 9,450.00 | Disputed |
| Deloitte & Touche, LLP | 53,143.00 | | | | | | | |
| Digital Networks LLC | | 47 | 12,500.00 | | | | 12,500.00 | Disputed; Digital Networks is a client. Dead site charges $10,000 plus $2,500 warranty overcharges. |
| Drillsite Broadcasting | | 49 | 30,081.57 | | | | | Canceled contracts - loss of service. |
| Dunlop, Bruce | 2,164.58 | | | | | | | |

| Creditor | Amount | Claim # | Claim Amount | | | | | Disputed/Notes |
|---|---|---|---|---|---|---|---|---|
| EchoStar Corporation | 159,344.42 | | | | | | | |
| Ergos Technology | 1,941.53 | | | | | | | |
| Farnum Street Financial | 18,932.92 | | | | | | | |
| Fox, Wayne C. | 112,000.00 | | | | | | 112,000.00 | Disputed |
| Globalstar USA LLC | 68.09 | | | | | | | |
| Gowling Lafleur Henderson LLP | 9,088.78 | | | | | | | |
| Greenberg Traurig | 47,185.06 | | | | | | | |
| GSI Globecomm | 73,362.95 | | | | | | | |
| Houston Airport System | 16,741.09 | 28 | 17,532.90 | | | | | Amounts due under Lease Agreement dated 3/9/1999 for space at Ellington Air Field with City of Houston |
| Hunter Communications, Inc. | | 38 | 0.00 | | | | | No attachments to claim showing setoff; however Debtor filed Agreed Motion to Lift Stay to Offset balances. |
| iDirect, Inc. (scheduled as VT iDirect) | 630,729.00 | 42 | 681,160.00 | | | | 681,160.00 | Claim for Past due Equipment $596,230.00; Past due Support $62,430.00; Past due Installation $22,500.00 |
| Intelsat USA Sales Corp. | 961,784.66 | | | | | | 961,784.66 | Contract Rejected; Complaint filed for $550,000 received in preferential transfer |
| InterDyn Progressive Group | 4,265.05 | 13 | 1,818.60 | | | | | Services performed. |
| Internal Revenue Service | | 15 | 6,809.57 | | | | | FUTA for period 12/31/2003 - unassessed, no return $4,999.99 tax due; interest to petition date $1,809.58. |
| Intrado Inc | 3,000.00 | 40 | 6,000.00 | | | | | $3,000 pre-petition; $3,000 post petition for services performed. |
| Johnson Controls, Inc. | 10,927.43 | 17 | 12,340.89 | | | | | |
| Klabzuba Properties, Ltd. | 75,565.08 | 50 | 166,799.33 | | | | 75,565.08 | Disputed; Late filed 3/10/2009 - Featherwood Property |
| Lavell Systems | 515,000.00 | 14 | 515,000.00 | | | | 515,000 | Money loaned to Skyport; subject to setoff and not to be paid. |
| Longbottom Communications | 20,838.18 | | | | | | | |
| Lyman Bros., Inc. | 44,038.44 | 3 | 42,425.14 | | | | | |
| M Tech Staffing | 6,200.00 | | | | | | | |
| MasterFile | 5,000.00 | | | | | | 5,000.00 | Disputed |
| MediSat S.R.L. | 11,525.93 | | | | | | | |
| Messier, Byron | 28,000.00 | | | | | | 28,000.00 | Disputed |
| Metcalf, George | | Rec'd in office | | | | | | Received Proof of Claim in office on 2/19/2009; investor of parent Skycomm Technologies; claim amount left blank. |
| Mobil Mini Texas Ltd Partnership | 1,270.05 | 4 | 1,254.59 | | | | | Rent for 3 storage containers. |
| NTR North America, LLC | 2,100.00 | | | | | | | |
| OfficeTeam (Div of Robert Half Int'l.) | | 10 | 106.80 | | | | | 6/15/2007 for contractor Barry Martin. |
| Ozarka | 71.18 | | | | | | | |
| PAETEC fna McLeod USA | 10,545.29 | 5 | 10,545.29 | | | | | |
| Palu Peou | 3,180.00 | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Panneton, John E. | 9,450.00 | | | | | | 9,450.00 | Disputed |
| Partners Electrical Services | 1,884.64 | 9 | 1,884.64 | | | | | |
| Pate Consulting Inc. | 5,366.49 | 53 | 5,366.49 | | | | | |
| Patriot Group | 661.39 | 7 | 661.39 | | | | | |
| Perito Eleven | 7,500.00 | | | | | | | |
| Pitney Bowes | 174.61 | | | | | | | |
| Premiere Global Services | 6,354.09 | 22 | 6,216.74 | | | | | |
| Quill Corporation | 544.02 | | | | | | | |
| Ralph's Industrial Electronic Supplies | 2,388.71 | | | | | | | |
| Reliant Energy | 6,029.11 | 16 | 29,795.43 | | | | | Contract Account #2970857; No invoices attached. |
| Robert Half Technology | 16,904.00 | 11 | 22,709.46 | | | | | Contract workers from 5/11/07 to 6/8/07: Eric Drake, Dana Oliva |
| Samuels, David | | 8 | 75,299.97 | | | | 86,249.97 | Disputed as Samuels was paid full wages and some hours post-petition that he didn't work, no evidence to corrobaorate Mr. Brant's promis for vacation pay or bonus pay; Priority Claim for wages (priority at $10,950), benefits; 2007 letter from Pat Brant showing employment of Lavell Systems and attached pay stubs for 2008 showing as employee of Skyport |
| SES Americom, Inc. | 5,056.45 | 46 | 2,280.00 | | | | | |
| SES New Skies Satellites, B.V. | 113,995.81 | 45 | 351,965.33 | | | | | Pre-petition claim for services $150,565.33; pre-petition claim for early termination $201,400.00 |
| Seyfarth Shaw LLP | 28,099.64 | 51 | 30,000.00 | | | | | Late Filed March 12, 2009; |
| Siemens | 10,042.86 | | | | | | | |
| Skimmons, Brian | 20,823.03 | | | | | | | |
| Soko Brothers Communications Inc. | 6,839.09 | | | | | | | |
| Sunrise Campus Investors LLC | 201,554.91 | 29 | 289,595.39 | | | | | Breach of Real Estate Lease with Skyport (Reston, VA offices) in the amount of $289,595.39.  $19,690.26 claimed as priority under 11 USC § 507(a)(2) |
| TechMinders, Inc | 8,860.34 | | | | | | | |
| Telesat Network Services, Inc. | 223,458.00 | 33 | 229,531.59 | | | | 223,458.00 | Disputed; The difference between the disputed scheduled claim and the claim filed is $6,073.59 interest. |
| Telnor International Pte Ltd. | 12,500.00 | | | | | | | |
| Texas Security Gates | 265.21 | | | | | | | |
| The Spaceconnection, Inc. | 75,425.94 | 35 | 77,849.83 | | | | | |
| Thompson, Michael | | 26 | 3,750.00 | | | | | Secured claim for wage/vacation benefits claim - employee of Lavell Systems |
| United Service Source, Inc. | 4,730.00 | | | | | | | |
| United Shipping Solutions | 17,146.24 | 23 | 18,485.62 | | | | | |
| USA.NET, Inc | 4,531.65 | 39 | 1,365.45 | | | | | |
| Verizon Wireless | 14,785.10 | 24 | 12,521.26 | | | | | |
| Wacker, Timmy Thomas | 2,350.00 | 41 | 3,300.00 | | | | | |
| Waste Management - Pasadena | 130.87 | | | | | | | |

| Creditor | Amount | Claim # | Claim Amount | | | | Disputed | Notes |
|---|---|---|---|---|---|---|---|---|
| Wilkinson, Barker, Knauer LLP | 12,108.62 | 44 | 149,388.00 | | | | | Billing invoices from Jan - September 2008 for two accounts: 1) SkyPort's multiple attempts during 2007 and 2008 to obtain financing via complex transactions and assign its licenses and 2) response to an investigation by FCC's Enforcement transfer of control of its FCC licenses to Robert Kubbemus |
| Williams Mullen | 371.00 | | | | | | | |
| X-Analog Communications, Inc. | 169,312.75 | 37 | 531,209.60 | | | | 169,312.75 | Disputed; Basis for Claim: The claim in the amount 01'$531,209.60 represents the balance due to the Claimant, X-Analog Communications, Inc., from the Debtor, SkyPort Global Communications, Inc., under the terms of a written Equipment Purchase Agreement entered into between the parties on or about March 30, 2006. |
| XO Communications | 15,196.03 | 6 & 18 | 16,680.38 | | | | | Claim #6 $6,630.89 for services provided; Claim #18 $10,049.49 for services provided; attachments to proof of claim do not total the amount of either claim. |
| | | | | | | | | |
| | | | | | | | | |
| **TOTAL:** | 6,286,803.65 | | 7,570,432.15 | | | | 3,081,621.00 | |

3,081,621.00 Total disputed claims
4,488,811.15 Amount less disputed claims