**SkyPort Global Communications, Inc.**
**ProForma Statement of Operations**
**for the months ended:**

| | Actual<br>12/31/2008 | 12/31/2009 | 12/31/2010 | 12/31/2011 | 12/31/2012 |
|---|---|---|---|---|---|
| Monthly Recurring Revenue | 7,559,087 | 5,699,942 | 7,451,536 | 9,985,473 | 11,843,935 |
| Equipment Sales | 748,913 | 494,788 | 931,442 | 1,248,185 | 1,480,492 |
| **Total Revenue** | **8,308,000** | **6,194,730** | **8,382,978** | **11,233,658** | **13,324,427** |
| | | | | | |
| Cost of Service Sold | 6,706,932 | 3,207,398 | 4,074,621 | 5,312,955 | 6,447,905 |
| Selling Costs | 1,082,611 | 512,161 | 913,786 | 1,183,207 | 1,347,595 |
| General & Administrative | 3,866,091 | 1,186,854 | 1,482,544 | 1,739,937 | 1,933,745 |
| Resold Equipment Costs | 627,363 | 354,889 | 745,154 | 998,547 | 1,184,395 |
| | 12,282,997 | 5,261,302 | 7,216,105 | 9,234,646 | 10,913,640 |
| | | | | | |
| **EBITDA** | **(3,974,997)** | **933,428** | **1,166,873** | **1,999,012** | **2,410,787** |
| | | | | | |
| **Non Operating Items** | | | | | |
| Depreciation | 740,798 | 624,181 | 260,436 | 320,850 | 430,747 |
| Interest Expense | 524,820 | 553,588 | 270,728 | 218,967 | 160,059 |
| Other (Gain) Loss | 3,561,166 | (8,797,729) | - | - | - |
| **Non Operating items** | **4,826,784** | **(7,619,960)** | **531,164** | **539,817** | **590,806** |
| | | | | | |
| **Net Income** | **(8,801,781)** | **8,553,388** | **635,709** | **1,459,195** | **1,819,981** |

**SkyPort Global Communications, Inc.**
**ProForma Balance Sheet**
**As of the months ended**

| | Actual<br>12/31/2008 | 12/31/2009 | 12/31/2010 | 12/31/2011 | 12/31/2012 |
|---|---|---|---|---|---|
| Cash | 77,790 | 404,969 | 261,254 | 592,157 | 1,089,605 |
| Accounts Receivable (Net) | 426,768 | 765,546 | 1,127,015 | 1,444,497 | 1,691,875 |
| Inventory | 24,206 | 60,520 | 89,096 | 114,194 | 133,750 |
| Prepaid Assets | 85,153 | 92,289 | 128,570 | 166,664 | 183,560 |
| Other Current Assets | 19,878 | 22,966 | 33,810 | 43,335 | 50,756 |
| **Current Assets** | **633,795** | **1,346,290** | **1,639,745** | **2,360,847** | **3,149,546** |
| | | | | | |
| Property & Equipment | 9,468,486 | 1,962,646 | 2,212,646 | 2,862,646 | 3,862,646 |
| Accumulated Depreciation | (4,618,586) | (79,692) | (337,524) | (651,603) | (1,071,933) |
| **Net Fixed Assets** | **4,849,900** | **1,882,954** | **1,875,122** | **2,211,043** | **2,790,713** |
| | | | | | |
| Deposits | 99,464 | 138,292 | 218,292 | 278,292 | 318,292 |
| Other Non-Current Assets | - | 9,186 | 13,524 | 17,334 | 20,302 |
| **Total Assets** | **5,583,159** | **3,376,722** | **3,746,683** | **4,867,516** | **6,278,853** |
| | | | | | |
| Accounts Payable & Accrued Expenses | 910,795 | 292,500 | 429,532 | 541,091 | 612,362 |
| Deferred Income | 454,108 | 405,496 | 461,280 | 524,740 | 596,938 |
| Other Current Liabilities | - | 35,100 | 51,544 | 64,931 | 73,483 |
| **Total Current Liabilities** | **1,364,903** | **733,096** | **942,356** | **1,130,762** | **1,282,783** |
| | | | | | |
| Pre-Petition Liabilities | 11,937,696 | 275,000 | 175,000 | 75,000 | - |
| Accrued Interest on Pre-Petition Debt | 116,896 | - | | | |
| DIP Financing | - | - | | | |
| Long-Term Debt (New Credit Facility) | - | 2,250,394 | 1,875,390 | 1,448,624 | 962,950 |
| **Total Liabilities** | **13,419,495** | **3,258,490** | **2,992,746** | **2,654,386** | **2,245,733** |
| | | | | | |
| Common Stock | 736,993 | 1,000 | 1,000 | 1,000 | 1,000 |
| Paid In Capital | 41,428,622 | - | - | - | - |
| Retained Earnings | (50,001,951) | 117,232 | 752,937 | 2,212,130 | 4,032,120 |
| **Total Equity** | **(7,836,336)** | **118,232** | **753,937** | **2,213,130** | **4,033,120** |
| | | | | | |
| **Total Liabilities & Equity** | **5,583,159** | **3,376,722** | **3,746,683** | **4,867,516** | **6,278,853** |

**SkyPort Global Communications, Inc.**
**ProForma Balance Sheets**
**As of the months ended**

| | Actual | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **31-Jan-09** | **28-Feb-09** | **31-Mar-09** | **30-Apr-09** | **31-May-09** | **30-Jun-09** | **31-Jul-09** | **30-Aug-09** | **30-Sep-09** | **31-Oct-09** | **30-Nov-09** | **31-Dec-09** |
| Cash | 120,192 | 44,342 | 125,000 | 165,465 | 157,938 | 112,557 | 168,283 | 210,464 | 451,894 | 435,447 | 461,539 | 404,969 |
| Accounts Receivable | 523,217 | 627,791 | 726,417 | 617,108 | 711,305 | 776,594 | 747,593 | 763,155 | 759,991 | 805,688 | 811,323 | 817,018 |
| Allowance for Doubtful Accounts | (161,381) | (161,381) | (161,381) | (161,381) | (161,381) | (161,381) | (161,381) | (161,381) | (47,879) | (50,758) | (51,113) | (51,472) |
| **Net Accounts Receivable** | **361,836** | **466,410** | **565,036** | **455,727** | **549,924** | **615,213** | **586,212** | **601,774** | **712,112** | **754,930** | **760,210** | **765,546** |
| Inventory | 24,206 | 53,372 | 62,341 | 76,955 | 82,918 | 69,894 | 71,795 | 67,628 | 56,296 | 59,681 | 60,098 | 60,520 |
| Prepaid Assets | 111,367 | 115,926 | 118,175 | 61,913 | 72,406 | 108,000 | 89,245 | 81,661 | 88,639 | 91,564 | 91,925 | 92,289 |
| Other Current Assets | 15,007 | 10,135 | 5,263 | - | - | - | - | 18,053 | 21,363 | 22,648 | 22,806 | 22,966 |
| **Other Current Assets** | **150,580** | **179,433** | **185,779** | **138,868** | **155,324** | **177,894** | **161,040** | **167,342** | **166,298** | **173,893** | **174,829** | **175,775** |
| Property & Equipment | 9,468,486 | 9,469,104 | 9,483,247 | 9,487,920 | 9,483,247 | 9,483,247 | 9,483,247 | 9,453,125 | 1,912,646 | 1,912,646 | 1,912,646 | 1,962,646 |
| Accumulated Depreciation | (4,688,311) | (4,765,028) | (4,831,739) | (4,901,000) | (4,968,407) | (5,033,123) | (5,097,840) | (5,162,556) | (19,923) | (39,846) | (59,769) | (79,692) |
| **Net Fixed Assets** | **4,780,175** | **4,704,076** | **4,651,508** | **4,586,920** | **4,514,840** | **4,450,124** | **4,385,407** | **4,290,569** | **1,892,723** | **1,872,800** | **1,852,877** | **1,882,954** |
| Deposits | 99,464 | 99,464 | 99,464 | 73,534 | 73,534 | 73,534 | 73,534 | 73,534 | 128,292 | 138,292 | 138,292 | 138,292 |
| Other Non-Current Assets | | | | | - | - | - | - | - | 9,059 | 9,122 | 9,186 |
| **Total Assets** | **5,512,247** | **5,493,725** | **5,626,787** | **5,420,514** | **5,451,560** | **5,429,322** | **5,374,476** | **5,343,683** | **3,351,319** | **3,384,421** | **3,396,869** | **3,376,722** |
| Accounts Payable | 889,424 | 996,489 | 1,010,216 | 972,291 | 1,083,776 | 1,094,731 | 1,110,112 | 1,116,460 | 276,201 | 291,580 | 292,038 | 292,500 |
| Deferred Income | 315,498 | 285,410 | 383,567 | 323,656 | 263,745 | 203,834 | 143,924 | 113,623 | 385,622 | 396,878 | 401,164 | 405,496 |
| Other Current Liabilities | | | | | | | | | 33,144 | 34,990 | 35,045 | 35,100 |
| **Total Current Liabilities** | **1,204,922** | **1,281,899** | **1,393,783** | **1,295,947** | **1,347,521** | **1,298,565** | **1,254,036** | **1,230,083** | **694,967** | **723,448** | **728,247** | **733,096** |
| Pre-Petition Liabilities | 11,860,340 | 11,854,642 | 11,885,866 | 11,792,771 | 11,792,771 | 11,792,771 | 11,792,771 | 11,792,771 | 300,000 | 300,000 | 300,000 | 275,000 |
| Accrued Interest on Pre-Petition Debt | 174,084 | 225,739 | 282,927 | 340,169 | 397,357 | 454,545 | 511,733 | 568,921 | | | | |
| DIP Financing | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | | | | |
| Long-Term Debt (New Credit Facility) | - | - | - | - | - | - | - | - | 2,336,810 | 2,308,314 | 2,279,510 | 2,250,394 |
| **Total Liabilities** | **13,389,346** | **13,512,280** | **13,712,576** | **13,578,887** | **13,687,649** | **13,695,881** | **13,708,540** | **13,741,775** | **3,331,777** | **3,331,762** | **3,307,757** | **3,258,490** |
| Common Stock | 736,993 | 736,993 | 736,993 | 736,993 | 736,993 | 736,993 | 736,993 | 736,993 | 1,000 | 1,000 | 1,000 | 1,000 |
| Paid In Capital | 41,428,622 | 41,428,622 | 41,428,622 | 41,428,622 | 41,428,622 | 41,428,622 | 41,428,622 | 41,428,622 | - | - | - | - |
| Retained Earnings | (50,042,714) | (50,184,170) | (50,251,404) | (50,323,988) | (50,401,704) | (50,432,174) | (50,499,679) | (50,563,707) | 18,542 | 51,659 | 88,112 | 117,232 |
| **Total Equity** | **(7,877,099)** | **(8,018,555)** | **(8,085,789)** | **(8,158,373)** | **(8,236,089)** | **(8,266,559)** | **(8,334,064)** | **(8,398,092)** | **19,542** | **52,659** | **89,112** | **118,232** |
| **Total Liabilities & Equity** | **5,512,247** | **5,493,725** | **5,626,787** | **5,420,514** | **5,451,560** | **5,429,322** | **5,374,476** | **5,343,683** | **3,351,319** | **3,384,421** | **3,396,869** | **3,376,722** |
| | - | - | - | - | - | - | - | - | - | - | - | - |

**SkyPort Global Communications, Inc.**
**ProForma Statement of Operations**
**for the months ended:**

| | Actual | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **31-Jan-09** | **28-Feb-09** | **31-Mar-09** | **30-Apr-09** | **31-May-09** | **30-Jun-09** | **31-Jul-09** | **30-Aug-09** | **30-Sep-09** | **31-Oct-09** | **30-Nov-09** | **31-Dec-09** | **Total** |
| Monthly Recurring Revenue | 542,793 | 463,234 | 440,228 | 454,072 | 441,285 | 497,835 | 476,600 | 491,142 | 450,365 | 477,445 | 480,784 | 484,159 | 5,699,942 |
| Equipment Sales | 16,277 | 18,300 | 49,356 | 82,025 | 32,918 | 19,894 | 21,795 | 17,628 | 56,296 | 59,681 | 60,098 | 60,520 | 494,788 |
| **Total Revenue** | **559,070** | **481,534** | **489,584** | **536,097** | **474,203** | **517,729** | **498,395** | **508,770** | **506,661** | **537,126** | **540,882** | **544,679** | **6,194,730** |
| | | | | | | | | | | | | | - |
| **Cost of Service Sold** | | | | | | | | | | | | | |
| Space Segment Costs | 268,779 | 201,987 | 128,487 | 130,517 | 94,682 | 110,792 | 130,792 | 138,292 | 128,292 | 138,292 | 138,292 | 138,292 | 1,747,496 |
| Terrestrial Circuits | 27,756 | 27,366 | 24,899 | 24,913 | 19,000 | 19,000 | 17,250 | 17,250 | 13,511 | 14,323 | 14,424 | 14,525 | 234,217 |
| Telephone | 17,998 | 18,275 | 16,758 | 14,975 | 14,250 | 12,250 | 12,250 | 12,250 | 9,007 | 9,549 | 9,616 | 9,683 | 156,861 |
| Facility Costs | 16,750 | 17,493 | 12,804 | 19,061 | 23,651 | 17,425 | 17,425 | 17,425 | 17,425 | 17,425 | 17,425 | 17,425 | 211,734 |
| Salaries & Wages | 52,604 | 52,683 | 52,239 | 48,334 | 48,073 | 48,073 | 48,073 | 52,073 | 52,073 | 52,073 | 52,073 | 60,573 | 618,944 |
| Support & Maintenance | 12,130 | 15,744 | 10,050 | 9,500 | 21,050 | 21,250 | 15,389 | 13,019 | 15,200 | 16,114 | 16,226 | 16,340 | 182,012 |
| Other Costs | 4,757 | 2,475 | 4,172 | 3,445 | 4,742 | 5,177 | 4,984 | 5,088 | 5,067 | 5,371 | 5,409 | 5,447 | 56,134 |
| **Cost of Service Sold** | **400,774** | **336,023** | **249,409** | **250,745** | **225,448** | **233,967** | **246,163** | **255,397** | **240,575** | **253,147** | **253,465** | **262,285** | **3,207,398** |
| Cost of Service % of Revenue | 72% | 70% | 51% | 47% | 48% | 45% | 49% | 50% | 47% | 47% | 47% | 48% | 52% |
| **Gross Margin** | **158,296** | **145,511** | **240,175** | **285,352** | **248,755** | **283,762** | **252,232** | **253,373** | **266,086** | **283,979** | **287,417** | **282,394** | **2,987,332** |
| Gross Margin Percentage | 28% | 30% | 49% | 53% | 52% | 55% | 51% | 50% | 53% | 53% | 53% | 52% | 48% |
| **Selling Costs** | | | | | | | | | | | | | |
| Salaries, Wages & Commissions | 32,268 | 30,665 | 34,388 | 35,638 | 32,738 | 32,738 | 32,738 | 32,738 | 40,238 | 40,238 | 40,238 | 40,238 | 424,863 |
| Marketing & Advertising | 0 | 2,080 | 124 | 2,295 | 1,637 | 1,637 | 1,637 | 1,637 | 2,012 | 2,012 | 2,012 | 2,012 | 19,095 |
| Travel & Entertainment | 1,624 | 915 | 2,034 | 5,246 | 6,548 | 6,548 | 6,548 | 6,548 | 8,048 | 8,048 | 8,048 | 8,048 | 68,203 |
| **Selling Costs** | **33,892** | **33,660** | **36,546** | **43,179** | **40,923** | **40,923** | **40,923** | **40,923** | **50,298** | **50,298** | **50,298** | **50,298** | **512,161** |
| Selling Cost % of Revenue | 6% | 7% | 7% | 8% | 9% | 8% | 8% | 8% | 10% | 9% | 9% | 9% | 8% |
| **General & Administrative** | | | | | | | | | | | | | |
| Salaries & Wages | 31,108 | 37,158 | 38,178 | 37,158 | 39,408 | 39,408 | 41,908 | 41,908 | 41,908 | 41,908 | 41,908 | 41,908 | 473,866 |
| Employee Benefits & Recruiting | 20,934 | 17,517 | 20,482 | 16,827 | 23,803 | 23,803 | 24,298 | 25,090 | 26,575 | 26,575 | 26,575 | 28,258 | 280,737 |
| Consulting & Professional Services | 6,348 | 8,553 | 8,326 | 11,610 | 9,484 | 10,355 | 9,968 | 10,175 | 10,133 | 10,743 | 10,818 | 10,894 | 117,407 |
| Insurance | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 |
| Travel & Entertainment | 7,949 | 8,600 | 7,865 | 11,019 | 11,822 | 11,822 | 12,572 | 12,572 | 12,572 | 12,572 | 12,572 | 12,572 | 134,509 |
| Other Expenses | 6,828 | 7,289 | 10,621 | 13,031 | 9,852 | 9,852 | 10,477 | 10,477 | 10,477 | 10,477 | 10,477 | 10,477 | 120,335 |
| **General & Administrative** | **78,167** | **84,117** | **90,472** | **94,645** | **99,369** | **100,240** | **104,223** | **105,222** | **106,665** | **107,275** | **107,350** | **109,109** | **1,186,854** |
| G&A Costs % of Revenue | 14% | 17% | 18% | 18% | 21% | 19% | 21% | 21% | 21% | 20% | 20% | 20% | 19% |
| Resold Equipment Costs | 3,668 | 1,227 | 26,780 | 60,151 | 26,334 | 15,915 | 17,436 | 14,102 | 45,037 | 47,745 | 48,078 | 48,416 | 354,889 |
| **EBITDA** | **42,569** | **26,507** | **86,377** | **87,377** | **82,129** | **126,684** | **89,650** | **93,126** | **64,086** | **78,661** | **81,691** | **74,571** | **933,428** |
| EBITDA Percentage | 8% | 6% | 18% | 16% | 17% | 24% | 18% | 18% | 13% | 15% | 15% | 14% | 15% |
| **Non Operating Items** | | | | | | | | | | | | | |
| Depreciation | 69,726 | 76,713 | 66,712 | 69,261 | 67,407 | 64,716 | 64,717 | 64,716 | 19,923 | 19,923 | 19,923 | 20,444 | 624,181 |
| Interest Expense | 57,188 | 51,654 | 57,188 | 57,242 | 57,188 | 57,188 | 57,188 | 57,188 | 25,621 | 25,621 | 25,315 | 25,007 | 553,588 |
| Other (Gain) Loss | 8,386 | 36,291 | 25,533 | 29,348 | 35,250 | 35,250 | 35,250 | 35,250 | (9,038,287) | | | | (8,797,729) |
| **Non Operating items** | **135,300** | **164,658** | **149,433** | **155,851** | **159,845** | **157,154** | **157,155** | **157,154** | **(8,992,743)** | **45,544** | **45,238** | **45,451** | **(7,619,960)** |
| **Net Income** | **(92,731)** | **(138,151)** | **(63,056)** | **(68,474)** | **(77,716)** | **(30,470)** | **(67,505)** | **(64,028)** | **9,056,829** | **33,117** | **36,453** | **29,120** | **8,553,388** |
| | | | | | | | | | | | | | - |