EXHIBIT D to Disclosure Statement

**SkyPort Global Communications**

**LIQUIDATION ANALYSIS**

**Estimated Liquidation Proceeds**

|  | Projected (1) Book Value as of May 1, 2009 | Recovery Percent | Estimated Recovery Proceeds |
|---|---:|---:|---:|
| **Proceeds from Liquidation** | | | |
| Cash and cash equivalents | $ 125,000 | 100% | $ 125,000 |
| Accounts receivable, net (trade)  (2) | 542,000 | 10% | 54,200 |
| Inventory and equipment  (3) | 460,000 | 100% | 460,000 |
| Prepaids and other current assets | - | 75% | - |
| Fixed assets, net   (4) | 5,000 | 10% | 500 |
|  |  | 100% | - |
| Gross liquidation proceeds | $ 1,132,000 |  | $ 639,700 |
| **Administrative Expense Claims** | | | |
| Chapter 7 Trustee   (5) |  |  | $ 35,235 |
| Counsel for trustee and other professional fees   (6) |  |  | 48,000 |
| Post-petition payables |  |  | 10,000 |
| Chapter 11 Professional Fees (7) |  |  | 90,000 |
| Chapter 7 Administrative expense claims |  |  | $ 183,235 |
| Net proceeds available for distribution |  |  | $ 456,465 |
| Secured claims   (8) |  |  | $ 5,988,872 |
| *% Recovery* |  |  | *7.6%* |
| Net proceeds available after secured claims |  |  | $ (5,532,407) |
| Less: | | | |
| priority tax claims   (9) |  |  | $ 120,000 |
| *% Recovery* |  |  | *0.0%* |

EXHIBIT D to Disclosure Statement

| | | |
|---|---|---:|
| Net proceeds available after priority claims | $ | (5,652,407) |
| General unsecured claims    (10) | $ | 7,500,000 |
| Unsecured claims | $ | 7,500,000 |
| *% Recovery* | | 0.0% |

EXHIBIT D to Disclosure Statement

**LIQUIDATION ANALYSIS**

**Notes to Liquidation Analysis**

(1) Book values represent the projected book values as of April 2009
and are projected using balances consistent with those reported in the May 2009 Monthly
Operating Report, excpet for the appraised personal property.

(2) Accounts receivable represents amounts charged to customers.
Under a liquidation, we assume customers will take discounts because no service is being provided
The service is essentially pre-paid which prevents any collection.  Therefore we have estimated only 10% would be collected.

(3) Inventory/Equipment has been appraised ata n orderly liquidation value of $460,000

(4) The fixed assets are all subsumed into the descirption of equipment above.  Any other fixed assets have minimal value

(5) Trustee and receiver fees are estimated per Sect. 326(a) of the Bankruptcy Code
assets in the liquidation.

(6) Counsel for trustee and other professional fees are estimated at $8,000 per month for
six months.

(7) Estimate of Chapter 11 Professional Fees

(8) Secured claims represent claims of CenturyTel and Aegis and are shown on Claims Analysis

EXHIBIT D to Disclosure Statement

(9) Priority tax claims include unpaid Harris County property taxes.

(10) General unsecured claims represent those claims on the claims analysis and the Balaton Claim