EFFECTIVE DATE: APRIL 21, 2009

# SKYPORT GLOBAL COMMUNICATIONS, INC.

Houston, Texas

"ORDERLY LIQUIDATION VALUE"



APPRAISER:             Gary L. Penn, CEA



17744 Preston Road, Suite 100
Dallas, Texas 75252-5736
Office: 972-248-2266
800-527-5134
Fax: 972-248-6887
http://www.rosensys.com

May 15, 2009

Mr. Edward L. Rothberg
Weycer Kaplan Pulaski & Zuber
Eleven Greenway Plaza - Suite 1400
Houston, TX

<u>APPRAISAL</u>

As requested, an inspection and appraisal of SKYPORT GLOBAL COMMUNICATIONS, INC., located in Houston, Texas, has been conducted by ROSEN SYSTEMS INC. The equipment was physically inspected APRIL 21, 2009, which is the effective date of the appraisal. The purpose of this appraisal is to arrive at a conclusion of Orderly Liquidation Value for these assets effective the date of inspection; we do not intimate that there could not be any fluctuation of the values in the future. The fee for this report is for our expressed opinion at the time of inspection, with no warranties or guarantees of the outcome if values are tested at any future date.

This appraisal sets forth the findings and conclusions which are based upon our investigation of conditions affecting value and which are subject to the Statement of Limiting Conditions and Definition contained in the following report. Without reading the Statement of Limiting Conditions and Definition, the report could be erroneously interpreted. This is a complete summary appraisal report.

We have made a concerted effort to obtain the most recent comparable information. The values reported are based upon those comparable sales and continuous conversations with industry professionals. We are currently experiencing the most volatile market we have ever seen. The current economic conditions are impacting values almost on a daily basis. The reader of this report must be aware of these circumstances when considering the values reported.

The listing in the personalty section includes leased equipment as well as some customer owned property. We relied upon information provided by the principals to identify this equipment. Even though some of this equipment is included in the listing, we have noted it as either leased or customer owned and excluded them from the valuation.

Line 00070 in the ZO code is for miscellaneous equipment currently not being used but stored on shelving sections in the data center. This line item was reviewed with principals of the company to ensure its accuracy. Even though this equipment was not in service at the time of our inspection, principals indicated it is operable.

A preliminary listing of the equipment inspected on site and included in the appraisal was sent to principals of the company to ensure no assets were omitted. No values were shown in this listing as we were in the process of researching the equipment in order to determine final values.

The company spent a considerable amount of money on software and licensing.  In the event of a closure of the business and subsequent Liquidation, this software and licensing has no value.

We consulted with Joseph Finn Company, Inc. located in Newton, Massachusetts regarding values of the satellite dishes contained in the report.

This report is intended for use only by the addressee listed above and is intended only for use in bankruptcy settlement.  Use of this report by others is not intended by the appraiser, nor is the report intended for any other use unless express written consent is further granted.

Thank you for the opportunity to be of service in this matter.

Respectfully submitted,
ROSEN SYSTEMS INC.


Gary L. Penn, CEA
Appraiser

I N D E X

PAGE

RECAPITULATION ........................................................................................................ 1

STATEMENT OF LIMITING CONDITIONS ........................................................ 2

MACHINERY AND EQUIPMENT

     Definition ........................................................................................................ 4

     Method of Appraisal ........................................................................................ 5

     Use & Interpretation ....................................................................................... 7

     Appearance Codes ........................................................................................... 8

     Personalty

          Code Directory ..................................................................................... 9

          Listing ................................................................................................... 10

          Recap .................................................................................................... 21

PHOTOGRAPHS .......................................................................................................... 22

CERTIFICATE OF APPRAISER .............................................................................. 33

QUALIFICATIONS

     Rosen Systems, Inc. ....................................................................................... 34

     Gary L. Penn, CEA ........................................................................................ 35

     Michael D. Rosen ........................................................................................... 36

# R E C A P I T U L A T I O N

SKYPORT GLOBAL COMMUNICATIONS, INC.

Houston, Texas                                                          APRIL 21, 2009

## "ORDERLY LIQUIDATION VALUE"

* * * $ 430,880* * *

(Four Hundred Thirty Thousand, Eight Hundred Eighty Dollars)

STATEMENT OF LIMITING CONDITIONS:

All facts and data set forth in this report are true and correct to the best of your appraiser's knowledge and belief.

Personal inspection of fixed assets has been made unless noted otherwise.

The fee for this appraisal report is not contingent upon the results reported. There have not been any guarantees associated with this fee and no liability can be intimated or assumed in any manner.

As this report has been purchased by the addressee, we assume it is to be used by the addressee in determination of value at that point in time. This report should be used with the understanding that neither purchase of the report nor payment of the appraisal fee carries with it any guarantees of future tested value, nor does it imply absence of risk regarding possible value change.

Physical condition in most instances either has been determined by inspection or based upon information provided by others. Any unknown or hidden conditions existing at the time of inspection could alter the value.

No consideration has been given to liens or encumbrances which may be against the property.

No investigation of legal fee or title to the property has been made, and the claim to the property has been assumed valid.

Neither the appraiser nor any officer or employee of ROSEN SYSTEMS, INC. has any financial interest in the property appraised.

This appraisal is based upon Orderly Liquidation Value as defined under the Definition heading.

No additional values or appraisals have been made in regard to such intangibles as patents, rights to manufacture, trademarks, goodwill, going concern, etc.

The valuation concept used in this report is one chosen by the client and should not be considered a recommendation by ROSEN as to what might result in the application of the concept. Concept probability and/or feasibility is beyond the scope of the appraisal. The user of the report is to determine the probability of occurrence. The appraisal is purchased in order to allow an opinion of value under an assumed set of circumstances, as requested and mutually agreed upon by the client and ROSEN SYSTEMS, INC.

STATEMENT OF LIMITING CONDITIONS (CONTINUED):

NO ANALYSIS, OBSERVATION, INSPECTION OR STUDY OF ANY KIND OR CHARACTER IS MADE AND NO CONSIDERATION IS IN ANY MANNER TAKEN INTO ACCOUNT WITH RESPECT TO THE POTENTIAL OR POSSIBLE PRESENCE OF HAZARDOUS SUBSTANCES OR WASTE ON THE PROPERTY APPRAISED, INCLUDING BUT NOT LIMITED TO EXAMINATION OR INVESTIGATIONS FOR THE PRESENCE OF ASBESTOS, POLYCHLORINATED BIPHENYLS, OR ANY OTHER SUBSTANCE WHICH IS REGULATED BY LAW OR POSES A HAZARD TO HUMAN HEALTH OR THE ENVIRONMENT.

Court testimony shall not be required as a consequence of the performance of this appraisal unless arrangements are made with the appraiser at additional fee.

Other limitations, if any, are clearly defined and individually signified at a point in the appraisal relating to the subject.

## ORDERLY LIQUIDATION VALUE APPRAISAL
## GENERAL INFORMATION

PURPOSE OF APPRAISAL:

The purpose of this appraisal is to estimate the Orderly Liquidation Value of the subject personal property.  In estimating the Orderly Liquidation Value, it has been necessary to make a physical inspection and listing of the property contained in this report.  The results are reported in this appraisal.

FUNCTION OF APPRAISAL:

The property interest (rights) appraised is that of ownership in fee simple (unless otherwise noted), and the subject assets are appraised as if free and clear, without liens or encumbrances (unless otherwise noted).

ORDERLY LIQUIDATION VALUE CONCEPT:

The estimated gross dollar amount derived from the sale of the assets, given limited time to find a purchaser or purchasers, and considering a completed sale of all assets.  No guarantee or warranty is made as to condition, and purchasers are responsible for removal of the purchased assets at their own risk and expense.  The concept allows only limited time for market exposure, and also considered is the physical condition, quantity, difficulty of removal, as well as the overall marketability of the asset group.  Any deletions or additions to that list could change the psychological and/or monetary appeal necessary to gain the price indicated.

The definition also assumes that all equipment would be sold on a piecemeal basis "as is" and "where is," with the buyers being responsible for the removal at their own risk and expense.  It does not assume additional values which could be generated such as product line, equipment in place, going operation, or other types of values which could or may be produced at such an auction sale but could not be realistically anticipated by an appraiser.

No consideration is given to additional value that might be obtained because of product line or other elements of value that could or might be produced at liquidation, but could not be reasonably assumed.

ORDERLY LIQUIDATION VALUE
PURPOSE AND METHOD OF APPRAISAL

The purpose of this appraisal is to estimate the Orderly Liquidation Value of the subject machinery and equipment.

In estimating Liquidation Value, the appraiser(s) has considered the following approaches in arriving at indicators of value.

COST APPROACH - An estimate of the present replacement cost of the machinery and equipment less accrued depreciation.  Depreciation includes loss in value due to physical deterioration as well as functional and economic obsolescence.  Functional obsolescence is the decreased capacity of the item to perform the function for which it is intended in terms of current standards and specifications.  Functional obsolescence may stem either from a deficiency within the item such as poor design or outmoded style or may result from superadequacy or overdesign.  Economic obsolescence represents a loss in value from factors outside the item appraised, such as a depressed market for the end product manufactured by the item of machinery or equipment.  These factors generally are characterized as "negative external forces" which have an impact upon the item appraised. The Cost Approach is utilized primarily as a secondary value indicator since it often fails to quantify the inherent loss in value under liquidation conditions.

SALES COMPARISON APPROACH - Comparison with similar items that have sold or are currently offered for sale in the marketplace.  By comparing the items appraised with similar items which have recently sold or are currently offered for sale, an estimate can be made of the Orderly Liquidation Value.  In these comparable items, pertinent factors of comparison (which include capacity, age, location, and date of sale when applicable) were considered in arriving at an adjusted value for each subject item appraised.  Marketability of each item of machinery and equipment is also a determinant of value.  Marketability, as a measure of demand, is approximated through recent sales under liquidation conditions of comparable items of machinery and equipment.  Where actual sales are not available, relationships are often established based upon used equipment prices for comparable items with subsequent adjustments for liquidation conditions.

DIRECT SALES COMPARISON of similar items of machinery and equipment under liquidation conditions is the preferable and most often used approach used in determining Liquidation Value.  The assignment for any liquidation value appraised does not necessarily indicate the concept as a proper method of disposal if market test be required at a future date.  These value concepts and their inherent assumptions are requested for various uses or guidelines by the addressee shown on the letter of transmittal.  The assumed set of circumstances may not come together to allow the concept to be recommended when and if a liquidation should be required.

ORDERLY LIQUIDATION VALUE -
PURPOSE AND METHOD OF APPRAISAL (CONTINUED):

In certain instances, as in the case of custom machinery and equipment, a market analysis may be undertaken to ascertain current demand/marketability and subsequent value.  Market analysis may also be undertaken if functional or economic obsolescence is a key factor in a major machine tool or piece of equipment.

Certain categories of machinery and equipment are subject to routine loss in value as a result of usage (physical deterioration).  In other instances, functional obsolescence in the form of more efficient and cost effective equipment is a factor in loss of value.  These reasons, among others, are cited as major factors which limit the applicability of the values shown in regard to the effective date of this appraisal.

Note that the summary value indicated in this report represents an "aggregate" value based upon a items noted herein.  For this reason, isolation of any single element as a sole basis of comparison may be inaccurate, and subsequent isolation of any single item appraised, or group of items appraised, could result in a variance from the values reported.

Under any value concept, time plays an important role in the final estimated value.  Typically, the Forced Sale Liquidation concept compresses time to a minimum, and consequently values can reflect this.  An Orderly Liquidation, if a proper concept and utilizing an experienced liquidator, can realize higher values given the greater length of time involved when contrasted with an auction sale. Naturally, the Fair Market Value, with its often undefined length of time for sale, can yield the highest appraisal value.

SCOPE OF WORK

This addresses the type and extent of research and analysis utilized to develop an opinion of value.  The data collected in the course of research and analysis may include, but is not limited to: market data from used equipment dealers that sell comparable equipment; conversations with new equipment manufacturers; consultation with auctioneers, liquidators and equipment brokers of comparable equipment; in-house data bases; industry data bases; trade journals and industry periodicals; internet websites that offer new & used equipment for sale as well as auction results.

<u>USE AND INTERPRETATION OF REPORT</u>

Because this is a computer-generated report, minor explanations may be necessary and helpful in utilizing the report to its fullest.  Thus, the following instructions are presented, as you would normally read the report from left to right.

From the left, the first number is an entry number.  If used, codes appear next and these will be numeric, alpha, or alpha-numeric.  Explanations for the codes appear at the top of each page and in the code directory prior to the beginning of the list.  The next entry is the quantity column, indicating totals or the word "lot."  Numbers greater than one have been extended by the computer.

After the quantity is a description of the item, and beyond that the value or asterisk (*).  When used, the asterisk will be explained within the description.

When codes are present, a separate code directory will be entered at the end of the listing, thereby providing one additional area to reference codes and their description.

## APPEARANCE CODES

Throughout the personal property listing, the reader may have noted letters within brackets within the description portion of the listing.  These were utilized as an expedient method of describing appearance.  Explanations for those letters are listed below.

Please understand that each code refers to appearance of items of similar age.  Thus, a 1955 vertical mill with [A] appended indicates a comparison with other mills of that production era.

[A]     Excellent or new appearance
[B]     Above average
[C]     Average
[D]     Below average - "as is" indication
[E]     Poor - No relation to condition is intended, however, our experience has been that appearance often leads to conclusions as to condition.

———————————————

PERSONALTY

———————————————

# Code Directory

SKYPORT GLOBAL COMMUNICATION INC

| Codes | Code No | Description | Refer To Pages |
|-------|---------|-------------|----------------|
| DC | 1 | DATA CENTER EQUIPMENT ........................................................ | 10-13 |
| PR | 1 | POWER ROOM ............................................................................. | 14-14 |
| SD | 1 | SATELLITE DISHES ...................................................................... | 15-16 |
| YD | 1 | YARD ........................................................................................... | 17-17 |
| ZO | 1 | OFFICES ...................................................................................... | 18-19 |

Code 1: TYPE
Code 2:

# APPRAISAL

SKYPORT GLOBAL COMMUNICATION INC

Date : 04/21/09

| Line | C1 C2 | Qty | Description | ORD |
|---|---|---|---|---|
| 23 | DC | LOT | TELECOM CABLING, ASSORTED, LOCATED THROUGHOUT ENTIRE DATA CENTER, HIGH DEGREE DIFFICULTY OF REMOVAL, *NO VALUE | * |
| 26 | DC | LOT | COMPUTER EQUIPMENT, LOCATION ER01.17, INCLUDES HENDRY POWER SUPPLY, ADC FL2000 TERMINATION/SPLICE PANEL, CORNING OPTICAL DEMARC CABINET 1 AND FUJITSU FLM600 ADM/2400LS, CABINET | 500.00 |
| 27 | DC | LOT | COMPUTER EQUIPMENT, LOCATION ER01.16, INCLUDES APEX BACKUP BATTERY SUPPLY, (2) FIBEROPTIC SHELVES, CISCO ONS 15216, CISCO ONS 15454 OPTICAL NETWORK SYSTEM, CABINET | 4,500.00 |
| 28 | DC | LOT | COMPUTER EQUIPMENT, LOCATION ER01.08, INCLUDES KU BAND AND C BAND UNITS, (6) SIEMON OPTICAL CONNECTOR UNITS, CABINETS, LUCENT TECHNOLOGY LGX DISTRIBUTING FRAME | 1,500.00 |
| 29 | DC | LOT | COMPUTER EQUIPMENT, LOCATION ER01.07, INCLUDES SIEMON OPTICAL CONNECTOR UNITS, CABINETS, LUCENT TECHNOLOGIES LGX DISTRIBUTING FRAME | 1,500.00 |
| 30 | DC | LOT | COMPUTER EQUIPMENT, LOCATION ER01.04, INCLUDES CISCO ASA 5510 SERIES ADAPTIVE SECURITY APPLIANCE, (2) CISCO 2800 SERIES ROUTERS, HP PAVILION A300N CPU, CABINET, *PRINCIPAL INDICATES OWNED BY TEXAS NATIONAL GUARD, NO VALUE | * |
| 31 | DC | LOT | COMPUTER EQUIPMENT, LOCATION ER01.01 INCLUDES ADC FL2000 TERMINATION/SPLICE PANEL, LUCENT FIBEROPTIC TERMINATION SHELF, CABINET | 500.00 |
| 32 | DC | LOT | COMPUTER EQUIPMENT, LOCATION ER02.16, INCLUDES (2) GEIST SURGE SUPPRESSORS, PACKETEER PACKET SHAPER 10000, (2) PACKETEER FIBER BYPASS SWITCHES, CISCO 2800 ROUTER, CISCO 7200 SERIES VXR, (2) SUPERVISOR 2 WS-X6K-S2U-MSFC2, CISCO BACKUP BATTERY SUPPLY, SHELF, (CISCO 7609 CORE ROUTER LEASED AND NOT VALUED) INFORMATION ON LEASED EQUIPMENT PROVIDED BY PRINICIPALS AND NOT INCLUDED IN VALUATION | 12,550.00 |
| 33 | DC | LOT | COMPUTER EQUIPMENT, LOCATION ER02.15, INCLUDES PATCH PANELS, CISCO VPN 3000 CONCENTRATOR (LEASED), (2) SIEMON FIBEROPTIC UNITS, CISCO CATALYST 3550 SERIES SWITCH, CISCO CATALYST 6513 SWITCH (LEASED), (2) WS-X6148-GE-TX SWITCHING MODULES, WSX6348 HUB, (2) WS-X6182-2PA CATALYST FLEXWAN MODULES, (3) WS-SVC-1DSM2 UNITS, BACKUP BATTERY SUPPLY, COMPONENT RACK, ETC. , INFORMATION ON LEASED EQUIPMENT PROVIDED BY PRINCIPALS AND NOT INCLUDED IN VALUATION | 6,000.00 |
| 34 | DC | 1 | COMPUTER EQUIPMENT, LOCATION ER02.14, INCLUDES PATCH PANELS, (2) SIEMON FIBEROPTIC UNITS, CISCO CATALYST 3550 SERIES SWITCH, CISCO VPN3000 CONCENTRATOR (LEASED), CISCO CATALYST 6513 SWITCH (LEASED), (2) WS-X6148-GE-TX SWITCHING MODULES, WSX6348 HUB, (2) WS-X6182-2PA CATALYS FLEWWAN MODULES, (3) WS-SVC-1DSM2 UNITS, BACKUP BATTERY SUPPLY, COMPONENT RACK, ETC., INFORMATION ON LEASED ITEMS PROVIDED BY PRINCIPALS AND NOT INCLUDED IN VALUATION | 6,000.00 |
| 35 | DC | LOT | COMPUTER EQUIPMENT, LOCATION ER02.13, INCLUDES PATCH PANEL, (4) CISCO PIX 506E FIREWALLS, (2) WSX6K-S2U-MSFC2 UNITS, PATCH PANEL, BACKUP BATTERY SUPPLY, COMPONENT RACK, [CUSTOMER OWNED EQUIPMENT ON RACK NOT INCLUDED IN VALUATION AND INCLUDES CISCO 1841 HUB, (4) CISCO 2800 SERIES SWITCH, CISCO 3800 SERIES SWITCH, CISCO MC3800 SERIES SWITCH, CISCO PIX 506E FIREWALL, COMTECH TURBO IP ACCELERATOR] | 1,300.00 |

Code 1: TYPE

**APPRAISAL**

Code 2:                                                                    SKYPORT GLOBAL COMMUNICATION INC                                                                    Date : 04/21/09

| Line | C1 | C2 | Qty | Description | ORD |
|------|----|----|-----|-------------|-----|
| 36 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER02.12, INCLUDES SIEMON FIBEROPTIC UNIT, CISCO ONS 15454 OPTICAL NETWORK SYSTEM, COMPONENT RACK | 2,500.00 |
| 37 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER02.11, INCLUDES HENDRY BACKUP BATTERY SUPPLY, TELECT POWER DISTRIBUTION CENTER, ADC POWER DISTRIBUTION CENTER, (7) ADTRAN UNITS, ETC., CO.#S 39, 41, 43, AND OTHERS NOT SHOWN | 225.00 |
| 38 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER02.10, INCLUDES (7) ADTRAN MX2800 UNITS, CO.#S 44, 42, 40, AND OTHERS NOT SHOWN, COMPONENT RACK | 2,800.00 |
| 39 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER02.09, INCLUDES (2) SIEMON HD6 SERIES PATCH PANELS, COMPONENT RACK | 50.00 |
| 40 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER02.08, INCLUDES ENTERASYS NETWORKS XSR-1805 EXPEDITION ETHERNET ROUTER AND COMPONENT RACK, (BALANCE OF EQUIPMENT ON RACK CUSTOMER OWNED AND NOT CONSIDERED INCLUDEING CISCO 1700, CISCO 2600, VISUAL NETWORKS FOR XT1/E1 VISUAL UPTIME UNIT/MULTIPLEXER), INFORMATION ON CUSTOMER OWNED ITEMS PROVIDED BY PRINCIPALS | 250.00 |
| 41 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER02.07 INCLUDES ASSORTED SIEMON PATCH PANELS, COMPONENT RACK | 100.00 |
| 42 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER02.06 INCLUDES (9) SIEMON HD6 SERIES PATCH PANELS, COMPONENT RACK | 175.00 |
| 43 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER02.05, INCLUDES CISCO 2800 SERIES ROUTER, RARITAN UMT832 UNIT (CO.# 000288), COMPONENT RACK/CABINET | 800.00 |
| 44 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER02.04, INCLUDES (3) IBM X-SERIES 330 E SERVERS, DELL POWEREDGE 750 SERVER, DELL POWEREDGE 1950 SERVER, CISTERA NETWORKS CONVERGENCE SERVER 1510, COMPONENT RACKS, CABINET, (HP PROLIANT DL380G5 SERVER, CISCO MCS7800 SERIES MEDIA CONVERGENCE SERVER, (2) CISCO MCS 7800 SERIES SERVERS, (5) OTHER CISCO MCS 7800 SERIES SERVERS ON COMPUCON LEASE), INFORMATION ON LEASED ITEMS PROVIDED BY PRINCIPALS AND NOT INCLUDED IN VALUATION | 4,475.00 |
| 45 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER02.03 INCLUDES (3) SUPERMICRO SERVERS, COMPAQ PROLIANT DL360 SERVER, BUFFALO TERISTATION PRO UNIT W/ LED READOUT, COMPONENT RACK/CABINET | 200.00 |
| 46 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER02.02 INCLUDES PANASONIC WJ-HD200 DIGITAL DISC RECORDER, (2) SUN MICROSYSTEMS SUN BLADE 150 SERVERS, COMPAQ PROLIANT ML350 SERVER, SUN MICROSYSTEMS SUN FIRE 280R SERVER, COMPONENT RACK/CABINET | 265.00 |
| 47 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER02.01, INCLUDES IMAJET PERSONAL COMPUTER W/ MONITOR, KEYBOARD, MOUSE, BACKUP BATTERY SUPPLIES, COMPONENT RACK/CABINET | 125.00 |
| 48 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER03.03, INCLUDES (2) PYRAMID MDL. PS-4KX POWER SUPPLIES, (2) COMSTREAM PSK DIGITAL MODEMS CM701, (2) ADTRAN TSU600 & 600E, COMPONENT RACKS/CABINET | 270.00 |

Code 1: TYPE

# APPRAISAL

Code 2:                                 SKYPORT GLOBAL COMMUNICATION INC                                 Date : 04/21/09

| Line | C1 | C2 | Qty | Description | ORD |
|---|---|---|---|---|---|
| 49 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER03.04, INCLUDES EF DATA RC1150 REDUNDANCY SWITCH CONTROLLER, SATELLITE SYSTEMS CORPORATION UPCONVERTER, (2) MCL INCORPORATED 125W TWTA POWER SUPPLIES, (2) MITEQ INCORPORATED MDL. U-9373 UPCONVERTERS, (2) IBD SYSTEMS RS40-11-U & RS40-11-D UPCONVERTER AND DOWNCONVERTER PROTECTION SWITCHES, (2) RADYNE SFC4200 C-BAND SATELLITE DOWNCONVERTERS, RADYNE RCU-108 1:8 CONVERTER REDUNDANCY CONTROL UNIT, COMPONENT RACK | 15,600.00 |
| 51 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER03.05, INCLUDES MAXXIM MXC1:2 CONTROLLER, RADYNE RCU-108 1:8 CONVERTER REDUNDANCY CONTROL UNIT, COMPONENT RACK | 150.00 |
| 52 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER03.06, INCLUDES SATELLITE SYSTEMS CORPORATION DOWNCONVERTER VERTEX UCS13-004-1 UPCONVERTER, UT-4515 UPCONVERTER, (2) VARIAN POWER SUPPLIES MDL. 01003407 & 01003100-00, COMPONENT RACK | 3,800.00 |
| 53 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER03.07 INCLUDES (2) NEWTEC LCU2042 L-BAND/140-7MHZ CONVERTER UNITS, TIW SYSTEMS L-BAND TRANSCEIVER, NOVELLA SATCOMS DOWNCONVERTER, SATELLITE SYSTEM CORPORATION DOWNCONVERTER, (4) QUINTECH MDL. LC12 & LS12 POWER SUPPLIES, COMPONENT RACK/CABINET | 2,750.00 |
| 54 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER04.01 INCLUDES SIEMON FIBEROPTIC UNIT, ASSORTED PATCH PANELS, COMPONENT RACK | 225.00 |
| 55 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER04.02 INCLUDES VERTEX MDL. LRL-1101 POWER SUPPLY AND THE FOLLOWING FOXCOM-(2) 7225HR FIBEROPTIC RECEIVERS, (2) MDL. 2000 1:1 RF SWITCHES, (2) MDL. 7370T FIBEROPTIC TRANSMITTERS, (4) MDL. 7000S POWER SUPPLIES, (2) MDL. 21001/1RF SWITCHES, (2) MDL. 7225HT FIBEROPTIC TRANSMITTERS, (1) MDL. 23012 2-WAY RF SPLITTER, (2) MDL. 7370R FIBEROPTIC RECEIVERS, (2) MDL. 7001P POWER SUPPLIES, COMPONENT RACK | 2,450.00 |
| 56 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER04.04 INCLUDES (3) HP PROLIANT DL145 SERVER, (2) DELL POWEREDGE 2950 SERVERS, CISCO CATALYST 2960G SERIES SWITCH,( ALSO INCLUDES (4) DELL POWEREDGE 1950 SERVERS CUSTOMER PROPERTY BUT NOT INCLUDED IN VALUATION) | 4,025.00 |
| 57 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER05.09, INCLUDES DELL POWEREDGE 750 SERVER, POWEREDGE SC1425 SERVER, SAT CORPORATION MP-9301 L-BAND DOWNCONVERTER, (2) QUINTECH L-BAND AND IF SWITCHES, TRIPP-LITE BACKUP POWER SUPPLY, MONITOR, KEYBOARD, MOUSE, COMPONENT RACKS/CABINET | 2,650.00 |
| 58 | DC | | 1 | SPECTRUM ANALYZER, AGILENT ESA-E SERIES, MDL. E4407B, 9KHZ-26.5GHZ, LEADS | 21,500.00 |
| 59 | DC | | 1 | SPECTRUM ANALYZER, HP MDL. 8590L, 1MHZ-1.8GHZ | 1,900.00 |
| 60 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER04.14, INCLUDES (6) QUINTECH LS SERIES ACTIVE L-BAND SPLITTERS, (2) COMTECH CDM570L0-85 & CDM570L0-53, QUINTECH RPS SERIES REDUNDANT POWER SUPPLY, COMPONENT RACK | 850.00 |
| 61 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER04.15, INCLUDES I-DIRECT TECHNOLOGIES POWER SUPPLY, APC KVM SWITCH, IBM E SERVER, COMPONENT RACK, * PRINCIPAL INDICATES CUSTOMER OWNED, NO VALUE | * |

# APPRAISAL

Code 1: TYPE
Code 2:                                                  SKYPORT GLOBAL COMMUNICATION INC                                                  Date : 04/21/09

| Line | C1 | C2 | Qty | Description | ORD |
|---|---|---|---|---|---|
| 62 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER04.16, INCLUDES (2) IBM E-SERVERS, COMPONENT RACK, ( BALANCE OF EQUIPMENT I-DIRECT TECHNOLOGY POWER SUPPLY, APC KVM SWITCH, (3) IBM MT7978 E-SERVER, I-DIRECT HUBS W/ (15) M0D1 CARDS PRINCIPAL INDICATES CUSTOMER OWNED AND NOT INCLUDED IN VALUATION) | 500.00 |
| 63 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER04.17, INCLUDES I-DIRECT TECHNOLOGY NETMODEM HUB MDL. NPIIP-HUB-5IF W/ (11) CARDS, 3 COMTECH RS422/EIA530 UNITS, COMPONENT RACK, ETC. | 4,250.00 |
| 64 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER04.18, INCLUDES (5) IBM TYPE 8676-61X E SERVERS, CISCO CATALYST 6513 SWITCH W/ (2) WS-X6K-S2U-MSFC2 UNITS W/ CARDS, WS-X6182-2PA FLEXWAN MODULE, WS-86348 PATCH PANEL, (2) OTHER PATCH PANELS, COMPONENT RACK, ETC. | 1,300.00 |
| 65 | DC | | LOT | COMPUTER EQUIPMENT, LOCATION ER04.19, INCLUDES SEIMON FIBEROPTIC UNITS, (6) SEIMON HD 6-SERIES PATCH PANELS, COMPONENT RACK | 525.00 |
| 66 | DC | | 1 | POWER METER, HP MDL. 436A, S/N 2347A16548 | 125.00 |
| 67 | DC | | LOT | AIR CONDITIONING UNITS, LIEBERT, (3) TOTAL EACH W/ LED READOUT, ALSO INCLUDES LIEBERT PRECISION POWER NETWORK POWER SUPPLY, EMERSON NETWORK POWER HELIOS DISTRIBUTION BAY INCLUDING METER ASSEMBLY AND OTHER DISTRIBUTION PANELS, ETC., *W/REAL ESTATE | * |
| 71 | DC | | LOT | MISC EQUIPMENT, INCLUDING BUT NOT LIMITED TO (2) FIBERGLASS CARTS, PLASTIC CART, (2) WHEEL DOLLY, FIBERGLASS EXTENSION LADDER, (4) FIBERGLASS STEP LADDERS, (10) VERY HEAVY DUTY STEEL SHELVING SECTIONS, (2) METRO CHROME SHELVING SECTIONS, (2) ADJUSTABLE STEEL SHELVING SECTIONS W/ PARTICLE BOARD SHELVES, SHOP VACUUM CLEANER, CRAFTSMAN ROLLING TOOLBOX, (2) WIRE SPOOL REWINDERS, (6) CEILING MOUNTED ELECTRICAL EXTENSION CORDS, HEDGE TRIMER, WEED EATER, RACKS, HAND AND POWER TOOLS INCLUDING DRILLS, BOLT CUTTER, OPEN END/BOX WRENCHES, ADJUSTABLE WRENCHES, SOCKET SETS, DREMEL, ETC., LOCATED THROUGHOUT ENTIRE FACILITY | 3,190.00 |

**Total DC = DATA CENTER EQUIPMENT** ..........................................................................................................................................................................  **112,375.00**

Code 1: TYPE
## APPRAISAL
Code 2:                 SKYPORT GLOBAL COMMUNICATION INC                 Date : 04/21/09

| Line | C1 | C2 | Qty | Description | ORD |
|---|---|---|---|---|---|
| 19 | PR | | LOT | POWER ROOM EQUIPMENT, INCLUDING BUT NOT LIMITED TO ASSORTED BATTERIES, (2) UPS MAINTENANCE BYPASS PANELBOARD CONTROL PANELS W/ SQUARE D CIRCUIT BREAKERS, ASSORTED OTHER SQUARE D CONTROL PANELS, (2) LIEBERT 150KVA UNINTERRUPTIBLE POWER MODULES, (2) LIEBERT 360A UNINTERRUPTIBLE POWER SYSTEMS, (2) LIEBERT COOLING UNITS, (2) DISTRIBUTION 1600XL UNITS, ASSORTED RECTIFIERS, ETC. *W/REAL ESTATE | * |
| 20 | PR | | 2 | STATIC TRANSFER SWITCHES, LIEBERT STS2, LIST INDICATES MODEL STC0600A12, NEW 2004, EACH 600AMP, PRINCIPAL INDICATES NEW, NEVER USED, NOT IN SERVICE AT TIME OF INSPECTION, EACH BOLTED TO WOOD SKID | 15,000.00 |

**Total PR = POWER ROOM** ........................................................................................................................ **15,000.00**

Code 1: TYPE

# APPRAISAL

Code 2:                                    SKYPORT GLOBAL COMMUNICATION INC                                    Date : 04/21/09

| Line | C1 | C2 | Qty | Description | ORD |
|------|----|----|-----|-------------|-----|
| 1 | SD | | LOT | SATELLITE DISH SYSTEM, INCLUDING BUT NOT LIMITED TO VERTEX SATELLITE DISH, MDL. 13.1 METER KPC, S/N 03-066, MANUFACTURING CODE 50003-1, 13.1 METER, C BAND, ALUMINUM PANEL BOLT TOGETHER CONSTRUCTION W/GALVANIZED STEEL FRAMEWORK, , TUNABLE ADJUSTMENT, TRANSMIT CAPABLE, INCLUDES ROTATION AND TILT, JACK SCREW, HEAVY DUTY PEDESTAL BOLTED TO CONCRETE FOUNDATION, PRINCIPAL INDICATED CAPABLE OF WITHSTANDING 120MPH WIND, ALSO INCLUDES EQUIPMENT LOCATED IN AIR CONDITIONED ENCLOSURE INCLUDING CALIFORNIA MICROWAVE SATELLITE TRANSMISSION SYSTEM FREQUENCY CONVERTER, COMSAT RSI DOWNCONVERTER DCS3-002-2 WITH LED READOUT, COMSAT RSI UPCONVERTER UCS5-004-2 (PROPERTY OF X-ANALOG COMMUNICATIONS), COMSAT RSI DOWNCONVERTER DCS3-002-2 (PROPERTY OF X-ANALOG COMMUNICATIONS), VERTEX PRIME POWER UNIT,  (2) VERTEX 750W C-BAND TWTA WITH MICROPROCESSOR CONTROL AND LED READOUT, VERTEX 1:2 REDUNDANT SYSTEM CONTROLLER RSC-1200, (2) VERTEX UPCONVERTERS, MDL. UCS5-002-1, STARSWITCH CONVERTER REDUNDANCY SWITCH, (2) VERTEX DOWNCONVERTERS, MDL. DCS3-002-01, VERTEX MDL. 7200 AND TENDANT CONTROL UNIT, MDL. 253 TRACKING RECIEVER, ENVIROMENTAL TECHNOLOGY ADH-2A COM DEHYDRATOR, ALL OTHER EQUIPMENT AND ACCESSORIES, ETC., | 70,000.00 |
| 2 | SD | | LOT | SATELLITE DISH SYSTEM, VERTEX, INCLUDES SATELLITE DISH MDL. 13.1 M KPK, S/N BELIEVED TO BE 63-075, MFG. CODE BELIEVED TO BE 50003-2, 13.1 M KU BAND, TRANSMIT CAPABLE, W/ ROTATION, TILT, BOLT TOGETHER ALUMINUM PANEL BOLT TOGETHER CONSTRUCTION W/GALVANIZED STEEL FRAMEWORK, TUNABLE ADJUSTMENT, INCLUDING JACK SCREW, HEAVY DUTY GALVANIZED STEEL PEDESTAL BOLTED TO CONCRETE PAD, PRINCIPAL INDICATES CAPABLE W/ STANDING 120MPH WIND, ALSO INCLUDES EQUIPMENT LOCATED AIR CONDITIONED EQUIPMENT SHELTER PARADISE DATACOM RCP 2-1100 1:1 REDUNDANT SYSTEM CONTROLLER, CISCO CATALYST 2948G ETHER NET HUB, AGILENT E4418B EPM SERIES POWER METER, VERTEX 1: TO SWITCH CONTROL, COMTECH SDM-300A SATELLITE MODEM, (2) VERTEX 750W KU-BAND TWTA, ASSORTED FOXCOM FIBEROPTIC EQUIPMENT, VERTEX 1: TO REDUNDANT SYSTEMC ONTROLLER RSC-1200, VERTEX UP CONVERTER UCS13-004-1 W/ LED READOUT, VERTEX STARSWITCH CONVERTER REDUNDANCY SWITCH, VERTEX BRK-1102 UP CONVERTER, VERTEX 7200 AND TENDANT CONTROL UNIT W/ LED READOUT, VERTEX DIGITAL TRACKING RECIEVER, MDL. BRK-1101 DOWNCONVERTER, ENVIRONMENTAL TECHNOLOGY AH-2A COM DEHYDRATOR, ALL OTHER EQUIPMENT AND ACCESSORIES, ETC. | 70,000.00 |
| 3 | SD | | 1 | SATELLITE DISH, VERTEX MDL. 6.1 KPC, S/N BELIEVED TO BE 94-0021, MFG. CODE 2739-1, 6.1 METER, TRANSMIT CAPABLE, BOLT TOGETHER CONSTRUCTION, AZMATH ELEVATION, INCLUDES HEAVY DUTY PEDESTAL BOLTED TO CONCRETE PAD, PRINCIPAL INDICATES NOT IN COMPLIANCE SURFACEWISE, UNABLE TO GET LICENSE | 5,000.00 |
| 4 | SD | | 1 | SATELLITE DISH, CHANNEL MASTER PART # 3040746-0, MOLD # 2, 2.4 METER, PLASTIC CONSTRUCTION, PEDESTAL | 750.00 |
| 5 | SD | | 1 | SATELLITE DISH, MFG. UNKNOWN, 1.2 METER, ONE PIECE PLASTIC CONSTRUCTION, REMOTE FIXEWD DISH, INCLUDES NORSAT INTERNATIONAL 1507HA, VERY SMALL APERTURE TERM, CO.# 000244 | 250.00 |
| 6 | SD | | 1 | SATELLITE DISH, NO PLATE, 1.2 METER, ONE PIECE PLASTIC CONSTRUCTION, DISH ONLY | 100.00 |
| 7 | SD | | 1 | SATELLITE DISH, PRODELIN INCORPORATED, MDL. UNKNOWN, 1.8 METER, INCLUDES NORSAT INTERNATIONAL 1507HA, GALVANIZED STEEL STAND, ONE PIECE FIXED DISH | 500.00 |
| 8 | SD | | 1 | SATELLITE DISH, PRODELIN INCORPORATED, MDL. UNKNOWN, 1.8 METER, INCLUDES NORSAT INTERNATIONAL 1507HA, GALVANIZED STEEL STAND, ONE PIECE FIXED DISH | 500.00 |

Code 1: TYPE
**APPRAISAL**

Code 2:                        SKYPORT GLOBAL COMMUNICATION INC                                    Date : 04/21/09

| Line | C1 C2 | Qty | Description | ORD |
|------|-------|-----|-------------|-----|
| 9 | SD | 1 | SATELLITE DISH, ANDREW PART # 208375-2 ENCLOSURE ASSEMBLY TOM06B, 3.7 METER, WELDED STEEL ONE PIECE CONSTRUCTION, NOT BOLT TOGETHER, TRANSMIT CAPABLE, DUAL FEED, CURRENTLY IN SERVICE, INCLUDE GALVANIZED STEEL PEDESTAL BOLTED TO CONCRETE PAD | 4,000.00 |
| 10 | SD | 1 | SATELLITE DISH, PLATE NOT VISIBLE, POSSIBLE VRTX, 5.5 METER, BOLT TOGETHER STEEL CONSTRUCTION, TRANSMIT CAPABLE, DUAL FEED TRANSMIT AND RECEIVE, INCLUDES HEAVY DUTY PEDESTAL BOLTED TO CONCRETE PAD, DRIVE MOTORS, HIGH DEGREE DIFFICULTY OF REMOVAL | 6,000.00 |
| 11 | SD | 1 | SATELLITE DISH, PRODELIN INCORPORATED, MFG. UNKNOWN, 1.8 METER, ONE PIECE PLASTIC CONSTRUCTION, FIXED DISH W/ GALVANIZED STEEL STAND | 750.00 |
| 12 | SD | 1 | SATELLITE DISH, CHANNEL MASTER, MFG. UNKNOWN, 1.8 METER, ONE PIECE PLASTIC CONSTRUCTION, FIXED DISH W/ GALVANIZED STEEL STAND | 750.00 |
| 13 | SD | 1 | SATELLITE DISH, MFG. UNKNOWN, ESTIMATE 2.4 METER, ALL STAINLESS STEEL ONE PIECE CONSTRUCTION, HIGH PERFORMANCE CAPABLE, VERTEX FEED, GALVANIZED STEEL BASE INCLUDES VERTEX MDL. K24/38PSTR, S/N S236-101, KU-BAND, 2.4/3.8M TR LP BASIC, ETC. | 4,000.00 |
| 14 | SD | 1 | SATELLITE DISH, TRACSTAR SYSTEMS, INCLUDES AVL TECHNOLOGIES SATELLITE DISH, 1.8 METER, AUTO LOCATE AND ELECTRONICS, ROTATING, W/ KU-BAND 4W BUC MDL. NJT5017F, CO.# 000241, MOUNTED ONTO APPROX. 8' SINGLE AXLE UTILITY TRAILER W/ RAISED SIDES, COMPUTER EQUIPMENT, INCLUDES TRACSTAR SYSTEMS MVS SERIES ACU, COMTECH CDM-570L L-BAND SATELLITE MODEM AND EMERSON NETWORK POWER SUPPLY | 2,000.00 |
| 15 | SD | 1 | SATELLITE DISH, TRACSTAR, S/N 10773, INCLUDES AVL TECHNOLOGIES DISH, 1.8 METER, CURRENTLY FOLDED DOWN AND MOUNTED ONTO APPROX. 8'  SINGLE AXLE UTILITY TRAILER, COMPUTER EQUIPMENT, INCLUDES TRACSTAR SYSTEMS MVS SERIES ACU, COMTECH CDM-570L L-BAND SATELLITE MODEM AND EMERSON NETWORK POWER SUPPLY | 2,000.00 |

**Total SD = SATELLITE DISHES** ................................................................................................................................................................................... **166,600.00**

Code 1: TYPE

# APPRAISAL

Code 2:                                    SKYPORT GLOBAL COMMUNICATION INC                                    Date : 04/21/09

| Line | C1 | C2 | Qty | Description | ORD |
|------|----|----|-----|-------------|-----|
| 16 | YD | | 1 | UTILITY TRAILER, APPROX. 8', SINGLE AXLE, GRATED STEEL DECK [B] | 400.00 |
| 17 | YD | | 1 | GENERATOR, CATERPILLAR, S/N CAT00000K9EP02559, INCLUDES CATERPILLAR GEN SET3412, MFG. 2003, 750 KVA, 600KW, GENERATOR MOUNTED ONTO 2,000 GALLON WELDED CARBON STEEL DIESEL FUEL TANK, ALSO INCLUDES SIMPLEX LOAD BANK MOUNTED ONTO END OF GENERATOR SYSTEM AND CONTROLS LOCATED INSIDE BUILDING [B] | 40,000.00 |
| 18 | YD | | 3 | STORAGE CONTAINERS, STEEL, EACH W/ SWING FRONT DOORS *LEASED | * |
| 22 | YD | | LOT | MODEMS AND COMBINERS, INCLUDES (41) RADYNE-COMSTREAM DMD-2401, (17) COMTECH EF DATA MDL. CDM-550, (7) QUINTECH COMBINER MDL. LC24 1000A AND (7) QUINTECH SPLITTERS MDL. LS24 1000A,NOT IN SERVICE AT TIME OF INSPECTION, LOCATED IN STORAGE TRAILER AND WRAPPED IN PLASTIC, CURSORY INSPECTION, QUANTITY PROVIDED BY PRINCIPAL WHO INDICATES EQUIPMENT IS USED | 13,565.00 |

**Total YD = YARD** .................................................................................................................................................................................................... **53,965.00**

# APPRAISAL

Code 1: TYPE

Code 2:                      SKYPORT GLOBAL COMMUNICATION INC              Date : 04/21/09

| Line | C1 | C2 | Qty | Description | ORD |
|------|----|----|-----|-------------|-----|
| 21 | ZO | | LOT | FIRE ALARM SYSTEM, JOHNSON CONTROLS INCLUDES IFC 200 CONTROL, ETC., *W/REAL ESTATE, NO VALUE | * |
| 24 | ZO | | LOT | COMPUTER SOFTWARE, ASSORTED, *NO VALUE | * |
| 25 | ZO | | LOT | SECURITY SYSTEM, INCLUDES (4) STATIONARY CAMERAS, 24-HOUR TIME LAPSE VIDEO CASSETTE RECORDER AND MULTIPLEXER, ETC. | 1,250.00 |
| 69 | ZO | | LOT | COMPUTER EQUIPMENT, INCLUDING BUT NOT LIMITED (6) I-DIRECT TECHNOLOGIES I-DIRECT 5000 SERIES SATELLITE ROUTERS, (3) CISCO 2800 SERIES ROUTERS, I-DIRECT TECHNOLOGIES I-DIRECT 7000 SERIES SATELLITE ROUTER, (3) CISCO CATALYST 360G SERIES P0E-48, RARITAN USER STATION, LOCATED IN NOC AREA | 4,975.00 |
| 70 | ZO | | LOT | MISC. EQUIPMENT, INCLUDING BUT NOT LIMITED TO (5) ADTRAN TSU600 MULTIPLEXERS, (12) GLOBALSTAR GSP1600 SATELLITE TELEPHONES, (7) GLOBALSTAR FAU200 FIXED ASSET UNITS, (3) GLOBALSTAR ANTENNAS, VIASAT LINKSTAR IDU MDL. CL0006910-01, SAT NETWORKS SKYFRAME 800ED, MORROW TECHNOLOGIES COAXIAL SWITCH 24V MDL. CS8, (8) ASSORTED COMTECH SATELLITE MODULATORS, DEMODULATORS, 1:1 SWITCH, MODEM, UNIVERSAL BRAKE OUT PANEL, (2) PARADISE DATACOM MODEMS MDL. P300, (2) PARADISE DATACOM 1:1 REDUNDANT CONTROLLER MDL. RCP2-1100, (10) I-DIRECT NETMODEM II PLUS MODEMS, (7) CISCO 827.4V ADSL ROUTERS, (2) CISCO 1721 SOHO ROUTERS, (2) VERTEX DCS-10-004-01 DOWNCOVERTERS, DCS3-002-1 DOWNCONVERTER, VERTEX TEST LOOP TRANSLATOR TLT5-001, NEWTEC UNIVERSAL SWITCHING SYSTEM USS2085, NOVELLA UPCONVERTER, VERTEX UPCONVERTER UCS5-002-1, (2) TIW SYSTEMS L-BAND CONVERTERS, EF DATA SMS-451E ECL SWITCH, ENVIRONMENTAL TECHNOLOGY ADH-2ACOM DEHYDRATOR, VERTEX 7200 ANTENNA CONTROL UNIT, HP COMPAQ CPU, LEXMARK COMPUTER PRINTERS  HPLJ1320, P2015D, P2015DN, (2) LIEBERT SPARKSWITCHES, CISCO CATALYST 2960G, CISCO SR224 SWITCH, (2) 3 COM 4250T SWITCHES, CISCO MC3800 SERIES, (1) UNKNOWN, CISCO 2900 SERIES, CISCO CATALYST 1900, CATALYST 2950, CATALYST 2900, CATALYST 2900 SERIES XL, (3) CISCO 1700 SERIES, (3) 500 SERIES XL, (3) 2800 SERIES, CISCO 7200 SERIES VXR, CATALYST 3560 SERIES POE-48, CATALYST 3560G SERIES, CATALYST 3560 SERIES POE-48 AND CISCO 2800 SERIES, SPEAKER PHONES, (2) DS3+CARDS, (1) GIG ETHER NET CARD, SLOT COVERS, RACK MOUNT KITS FOR SERVERS, (2) POWER SUPPLIES, (2) PACKET OVERSONET HD CARDS, (2) CISCO SUPERVISOR, (2) MODULES, (2) SECURE LOCKET LAYER MODULE, ETC. | 28,150.00 |
| 73 | ZO | | LOT | OFFICE FURNITURE, INCLUDES THOSE ASSETS SHOWN BELOW, LOCATED THROUGHOUT ENTIRE FACILITY, MOST WITH VERY GOOD APPEARANCE | 23,900.00 |
| 74 | ZO | | LOT | OFFICE EQUIPMENT, INCLUDING BUT NOT LIMITED TO (5) CORK AND DRY ERASE MARKING BOARDS, (4) CALCULATORS, KEY CABINET, BROTHER P-TOUCH LABEL MAKER, FELLOWES POWER SHRED 420 PAPER SHREDDER, GBC PUNCH, GBC HEATSEAL, H200 LAMINATOR, IBICO BINDER, CLOTHES TREE, GLOBE, SHARP XG-NV2SB NOTEVISION2 VIDEO CONFERENCING SYSTEM W/POLYCOM SOUND STATION 2W SPEAKER PHONE, METASYS TELEPHONE SWITCH W/ CISCO IP 7940 & 7975 HAND SETS, LOCATED THROUGHOUT ENTIRE FACILITY | 7,230.00 |
| 75 | ZO | | LOT | APPLIANCES INCLUDES FRIGIDAIRE REFRIGERATOR W/ICE AND WATER DISPENSER, ROMEO NESPRESSO EXPRESSO MAKER, SHARP PLATINUM CAROUSEL MICROWAVE OVEN, (4) 60" SAMSUNG FLAT SCREENS | 3,785.00 |
| 76 | ZO | | LOT | OFFICE MACHINES INCLUDES KONICA MINOLTA BIZHUB C450 COPIER, HP OFFICEJET 4315 ALL-IN-ONE FAX/COPIER/PRINTER/SCANNER, CANON IMAGERUNNER 210S COPIER (COPIER CURRENTLY NOT IN USE BUT PRINCIPAL INDICATES OPERABLE), ETC. | 5,250.00 |

# APPRAISAL

Code 1: TYPE

Code 2:                                     SKYPORT GLOBAL COMMUNICATION INC                               Date : 04/21/09

| Line | C1 | C2 | Qty | Description | ORD |
|---|---|---|---|---|---|
| 77 | ZO | | 3 | PERSONAL COMPUTERS, DELL OPTIPLEX 745, W/ (2) DELL FLATSCREEN MONITORS, KEYBOARD, MOUSE | 1,050.00 |
| 78 | ZO | | 3 | PERSONAL COMPUTERS, DELL OPTIPLEX 745 W/ SINGLE DELL FLATSCREEN MONITOR, KEYBOARD, MOUSE | 825.00 |
| 79 | ZO | | 1 | PERSONAL COMPUTER, DELL PRECISION 490, W/ (4) DELL FLAT SCREEN MONITORS, KEYBOARD, MOUSE | 500.00 |
| 80 | ZO | | 2 | PERSONAL COMPUTERS, HP COMPAQ, (1) W/VIEWSONIC VA902B FLATSCREEN MONITOR, (1) W/DELL FLATSCREEN MONITOR, KEYBOARD, MOUSE (AVERAGE) | 350.00 |
| 81 | ZO | | 1 | PERSONAL COMPUTER, DELL OPTIPLEX GX260, DELL FLATSCREEN MONITOR, EMERSON NETWORK POWER, LIEBERT UP STATION GXT | 200.00 |
| 82 | ZO | | 3 | PERSONAL COMPUTERS, HP COMPAQ, NO MONITOR, KEYBOARD, MOUSE | 300.00 |
| 83 | ZO | | 1 | PERSONAL COMPUTER, DELL PRECISION 350, MONITOR, KEYBOARD, MOUSE | 235.00 |
| 84 | ZO | | LOT | PERSONAL COMPUTERS, CLONE, (2) W/SINGLE FLAT SCREEN MONITOR, (1) W/(3) FLAT SCREEN MONITORS, KEYBOARD, MOUSE | 475.00 |
| 85 | ZO | | LOT | NOTEBOOK COMPUTERS, INCLUDING BUT NOT LIMITED TO (6) DELL LATITUDE D830 (2 SEEN AND 4 NOT SEEN), DELL INSPIRON 9400, FUJITSU UNABLE TO READ MDL. #, COMPAQ PRESARIO R3000, SONY VAIO VGN-B100B, SONY VAIO PCG-K45, DELL UNABLE TO READ MDL., DELL INSPIRON E1705 | 4,100.00 |
| 86 | ZO | | LOT | COMPUTER PRINTERS, HP LASERJET 1320TN, 1000, P40515X, 4000, (2) 1320, ALSO INCLUDES DESKJET 5550 | 365.00 |

Total ZO = OFFICES ............................................................................................................................................................................     **82,940.00**

Code 1: TYPE

# APPRAISAL

Code 2:                        SKYPORT GLOBAL COMMUNICATION INC                   Date : 04/21/09

| Line | C1 | C2 | Qty | Description | ORD |
|------|----|----|-----|-------------|-----|
| **Grand Totals** | | | | | **430,880.00** |

# RECAP BY TYPE

Code 1: TYPE                         SKYPORT GLOBAL COMMUNICATION INC                         Date : 04/21/09

| Code | Description | ORD | Page |
|------|-------------|-----|------|
| DC | = DATA CENTER EQUIPMENT | 112,375.00 | 13 |
| PR | = POWER ROOM | 15,000.00 | 14 |
| SD | = SATELLITE DISHES | 166,600.00 | 16 |
| YD | = YARD | 53,965.00 | 17 |
| ZO | = OFFICES | 82,940.00 | 19 |
| **Total for the report** | | **430,880.00** | **20** |

---

PHOTOGRAPHS
---



VERTEX 13.1 METER SATELLITE DISH



VERTEX 13.1 METER SATELLITE DISH EQUIPMENT IN EQUIPMENT SHELTER



VERTEX 6.1 METER SATELLITE DISH



ANDREW 3.7 METER SATELLITE DISH

ROSEN SYSTEMS INC.



2.4 METER STAINLESS STEEL SATELLITE DISH



CATERPILLAR DIESEL GENERATOR



NETWORK OPERATION CENTER



COMPUTER EQUIPMENT IN DATA CENTER



COMPUTER EQUIPMENT IN DATA CENTER



COMPUTER EQUIPMENT IN DATA CENTER



COMPUTER EQUIPMENT IN DATA CENTER



COMPUTER EQUIPMENT IN DATA CENTER



COMPUTER EQUIPMENT IN DATA CENTER



COMPUTER EQUIPMENT IN DATA CENTER



COMPUTER EQUIPMENT IN DATA CENTER



COMPUTER EQUIPMENT IN DATA CENTER



COMPUTER EQUIPMENT IN DATA CENTER



AGLIENT & HP SPECTRUM ANALYZERS



COMPUTER EQUIPMENT IN RACKS

<u>CERTIFICATE OF APPRAISER</u>

I certify that:

    1)      I personally examined the property appraised;

    2)      the statements contained in this appraisal and upon which the opinions expressed herein are based are true and correct to the best of my knowledge and belief, subject to the limiting conditions set forth;

    3)      to the best of my knowledge and belief, no pertinent information has been overlooked or withheld; and

    4)      I have no interest either presently or contemplated in the property appraised or in any proceeds to be derived therefrom.  My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

My analysis, opinions and conclusions were developed, and this report has been prepared, in conformity with the <u>Uniform Standards of Professional Appraisal Practice</u>.

    ROSEN SYSTEMS, INC.

    Gary L. Penn, CEA
    Appraiser

I hereby certify that I reviewed this appraisal.

    Michael D. Rosen, CEA
    President

---

QUALIFICATIONS

---

# *ROSEN SYSTEMS, INC.*

Rosen Systems, Inc., is a comprehensive national appraisal organization, evolving from Ralph Rosen Associates which began operations in 1917.  Through the years, there has been increasing demand for Rosen Systems, Inc.'s appraisal services as a result of asset-based lending, merger and acquisition activities, and asset management/disposition requirements.

The company's position of eminence within the profession and national acceptance has resulted from:

-Leadership and membership in the National Association of Machinery and Equipment Appraisers organization and CEA certification of M&E appraisers, along with years of practical knowledge of the marketplace and asset valuing experience.
-Commercial/Industrial Real Estate Appraisers with multi-state GREA certification and national property valuation experience.
-Appraiser versatility in multiple value concepts.

Over eighty years of sales and appraisal experience, combined with Rosen Systems, Inc.'s proven valuation techniques, have been carefully coordinated to meet the unique needs of each client.  This experience level finds Rosen Systems, Inc.'s appraisals accepted by major lenders in the United States and recommended by them as one of their primary sources for asset value indications.  We are particularly well organized to suit the needs of those involved in the financing community generally.  We have completed numerous appraisals in both Canada and Mexico.

Rosen Systems, Inc., includes appraisal departments which focus on values for making lending decisions as well as hard asset allocations subsequent to mergers/acquisitions as follows:

-Real Estate
-Machinery and Equipment
-Inventories (Manufacturing, Wholesale and Retail)
-Market Studies

ANCILLARY SERVICES INCLUDE:

-Updating and appraisal revision
-Review of appraisals performed by others
-Desk-Top Opinions or informal value studies
-Market and Industrial Surveys

As a full service organization offering business, industry and financial institutions accurate appraisals, Rosen Systems, Inc. includes in its list of national clients many of the top institutional and commercial lenders, and numerous Fortune 500 companies.

ATLANTA · CHARLOTTE · DALLAS · FORT LAUDERDALE - HOUSTON

*For Further Information Contact:*
Rosen Systems, Inc.
17744 Preston Road, Suite 100
Dallas, Texas 75252-5736
(972) 248-2266 · (800) 527-5134 · FAX: (972) 248-6887
http://www.rosensys.com

**ROSEN SYSTEMS INC.**

## QUALIFICATIONS

Gary L. Penn, CEA
ROSEN SYSTEMS, INC.

EXPERIENCE & BUSINESS ASSOCIATIONS:

1. Appraiser - Rosen Systems, Inc.
2. Expert Witness, Bankruptcy Courts
3. Aluminum and steel fabrication experience
4. Thermo plastic and thermo set plastics molding and blow molding experience
5. Management experience - corporate purchasing; division material and inventory management; branch management; operations management

EDUCATION:

1. Bachelor of Science - Elizabethtown College, Elizabethtown, PA - Mathematics
2. Additional seminars related to business management and appraisal practices

MEMBERSHIPS:

1. Association of Machinery & Equipment Appraisers (A.M.E.A.), Certified Equipment Appraiser, Member

APPRAISAL ASSIGNMENTS:

1. Industrial Machinery & Equipment and Inventories

   (a)  Metalworking machinery
   (b)  Woodworking machinery
   (c)  Plastics processing
   (d)  Trucks and trailers
   (e)  Food processing
   (f)  Printing
   (g)  Office furniture and equipment
   (h)  Contractor/Construction equipment
   (i)  Textile
   (j)  Automobile Dealerships

APPRAISAL VALUE EXPERIENCE:

1. Auction Value
2. Orderly Liquidation Value
3. Fair Market Value
4. Fair Market Value In Place

Note:  Specific references and/or assignments can be furnished upon request.

ROSEN SYSTEMS INC.

## Q U A L I F I C A T I O N S

Michael D. Rosen, CEA
ROSEN SYSTEMS, INC.

EXPERIENCE & BUSINESS ASSOCIATIONS:

1. President, Rosen Systems, Inc.
2. Licensed Auctioneer since 1970, TXL 6732
3. Marketing and Merchandising
4. President, Association of Machinery and Equipment Appraisers

EDUCATION:

1. BBA with Management Emphasis - University of Texas
2. Additional courses - Real Estate and Appraisal

MEMBERSHIPS:

1. Machinery Dealers National Association, Former Director
2. Association of Machinery and Equipment Appraisers - Certified Machinery and Equipment Appraiser, Past President, Director
3. Industrial Auctioneers Association - Charter Member, Director, Treasurer

APPRAISAL AND SALE ASSIGNMENTS:

1. Industrial Machinery & Equipment and Inventories

   (a) Metalworking machinery      (f)  Printing
   (b) Woodworking machinery       (g)  Electronics
   (c) Contractor's equipment      (h)  Textile equipment
   (d) Transportation              (i)  Office furniture and equipment
   (e) Oilfield

APPRAISAL VALUE EXPERIENCE:

1. Insurance Value
2. Fair Market Value
3. Fair Market Value In Place
4. Auction Value
5. Salvage Value

ADDITIONAL INFORMATION:

1. Real Estate Broker License #191785, File #92631
2. Speaker at National Commercial Finance Association Appraisal & Liquidation Workshops

Note:  Specific references and/or assignments can be furnished upon request.

**ROSEN SYSTEMS INC.**