Exhibit F to Disclosure Statement
90 Day Payments

| TRX Date | Originating Master Name | Reference | Amount |
|---|---|---|---|
| 9/18/2008 | Alpheus Communications, L.P. | Wire | $7,997.88 |
| 8/27/2008 | Alpheus Communications, L.P. | 200824001431 | $10,000.00 |
| 7/31/2008 | Alpheus Communications, L.P. | 208213000815 | $11,782.00 |
| 9/3/2008 | Alpheus Communications, L.P. | 200824702060 | $13,790.34 |
| 10/21/2008 | Alpheus Communications, L.P. | Wire - 200810210107178528 | $18,000.00 |
| 9/15/2008 | Alpheus Communications, L.P. | 200825901182 | $20,000.00 |
| 8/8/2008 | Alpheus Communications, L.P. | 2008213000815 | $22,612.43 |
| | **Alpheus Communications, L.P. Total** | | **$104,182.65** |
| 8/5/2008 | Cananwill Inc. | 2008218000550 | $5,447.07 |
| 9/2/2008 | Cananwill Inc. | Computer Checks | $5,447.07 |
| 10/7/2008 | Cananwill Inc. | 2008281000191 | $5,447.07 |
| | **Cananwill Inc. Total** | | **$16,341.21** |
| 10/22/2008 | Compu Com | Payment Entry | $5,000.00 |
| | **Compu Com Total** | | **$5,000.00** |
| 9/18/2008 | Continuum Group | Paid for Lavell | $5,000.00 |
| | **Continuum Group Total** | | **$5,000.00** |
| 9/19/2008 | EchoStar Corporation | Computer Checks | $20,000.00 |
| | **EchoStar Corporation Total** | | **$20,000.00** |
| 8/15/2008 | Farnum Street Financial | Payment on 513448 | $8,629.88 |
| 9/4/2008 | Farnum Street Financial | 2008249000126 | $9,446.46 |
| | **Farnum Street Financial Total** | | **$18,076.34** |
| 7/31/2008 | Fisher Enterprises LLC | Wire 200821302262 | $10,000.00 |
| | **Fisher Enterprises LLC Total** | | **$10,000.00** |
| 10/21/2008 | GSI Globecomm | Wire - 200810210110088624 | $10,000.00 |
| 10/7/2008 | GSI Globecomm | 2008281000169 | $25,000.00 |
| 10/22/2008 | GSI Globecomm | Payment Entry | $36,400.00 |
| 10/2/2008 | GSI Globecomm | 200827602044 | $50,000.00 |
| | **GSI Globecomm Total** | | **$121,400.00** |
| 10/1/2008 | Intelsat USA Sales Corp. | 2008275001001 | $25,000.00 |
| 10/3/2008 | Intelsat USA Sales Corp. | 2008277000587 | $25,000.00 |
| 9/8/2008 | Intelsat USA Sales Corp. | 2008252000416 | $50,000.00 |
| 9/22/2008 | Intelsat USA Sales Corp. | Wire | $50,000.00 |
| 10/9/2008 | Intelsat USA Sales Corp. | 2008283000202 | $50,000.00 |

Exhibit F to Disclosure Statement
90 Day Payments

| TRX Date | Originating Master Name | Reference | Amount |
|---|---|---|---|
| 9/10/2008 | Intelsat USA Sales Corp. | 2008254000149 | $150,000.00 |
| 9/18/2008 | Intelsat USA Sales Corp. | 200809181221313852 | $200,000.00 |
| | **Intelsat USA Sales Corp. Total** | | $550,000.00 |
| 9/25/2008 | Keypoint Services International Inc | Computer Checks | $9,626.50 |
| | **Keypoint Services International Inc Total** | | $9,626.50 |
| 9/25/2008 | Michael Black | Wire Payment & Retainer | $6,375.00 |
| | **Michael Black Total** | | $6,375.00 |
| 9/19/2008 | Oaklawn Partners Limited | Payment Entry | $5,000.00 |
| | **Oaklawn Partners Limited Total** | | $5,000.00 |
| 9/17/2008 | Reliant Energy - Teleport | Computer Checks | $10,075.89 |
| 8/25/2008 | Reliant Energy - Teleport | Computer Checks | $11,194.04 |
| 7/21/2008 | Reliant Energy - Teleport | Computer Checks | $11,558.03 |
| 10/22/2008 | Reliant Energy - Teleport | Computer Checks | $13,405.17 |
| | **Reliant Energy - Teleport Total** | | $46,233.13 |
| 8/7/2008 | SES Americom, Inc. | 2008220000473 | $11,890.52 |
| | **SES Americom, Inc. Total** | | $11,890.52 |
| 8/7/2008 | SES New Skies Satellites, B.V. | 2008220000535 | $10,500.00 |
| 7/21/2008 | SES New Skies Satellites, B.V. | Computer Checks | $15,000.00 |
| 8/22/2008 | SES New Skies Satellites, B.V. | 2008235000906 | $15,500.00 |
| 8/29/2008 | SES New Skies Satellites, B.V. | 200824204003 | $15,500.00 |
| 7/22/2008 | SES New Skies Satellites, B.V. | Computer Checks | $20,000.00 |
| 9/18/2008 | SES New Skies Satellites, B.V. | 200809181222453870 | $22,500.00 |
| 8/22/2008 | SES New Skies Satellites, B.V. | 200823301783 | $30,000.00 |
| 9/3/2008 | SES New Skies Satellites, B.V. | 200824702060 | $30,000.00 |
| 10/7/2008 | SES New Skies Satellites, B.V. | 2008280000236 | $50,000.00 |
| | **SES New Skies Satellites, B.V. Total** | | $209,000.00 |
| 9/12/2008 | Sunrise Campus Investors | Paid on behalf of Lavell | $11,513.00 |
| 10/1/2008 | Sunrise Campus Investors | 2008275000683 | $11,513.00 |
| 8/4/2008 | Sunrise Campus Investors | Lavell Landlord 2008217000288 | $53,913.37 |
| | **Sunrise Campus Investors Total** | | $76,939.37 |
| 8/5/2008 | Telesat Network Services, Inc | 2008218000524 | $60,986.00 |
| | **Telesat Network Services, Inc Total** | | $60,986.00 |
| 10/2/2008 | The Spaceconnection, Inc. | 200827602046 | $10,000.00 |

Exhibit F to Disclosure Statement
90 Day Payments

| TRX Date | Originating Master Name | Reference | Amount |
|---|---|---|---|
| 10/7/2008 | The Spaceconnection, Inc. | 2008281000171 | $15,420.84 |
| 10/17/2008 | The Spaceconnection, Inc. | Payment Entry | $27,134.00 |
| | **The Spaceconnection, Inc. Total** | | **$52,554.84** |
| 8/19/2008 | United Shipping Solutions | Computer Checks | $5,000.00 |
| 10/2/2008 | United Shipping Solutions | Computer Checks | $5,112.79 |
| | **United Shipping Solutions Total** | | **$10,112.79** |
| 10/14/2008 | USA.Net | Payment for Lavell | $5,000.00 |
| | **USA.Net Total** | | **$5,000.00** |
| 8/1/2008 | Virgo Publishing | Wire | $15,000.00 |
| | **Virgo Publishing Total** | | **$15,000.00** |
| 9/16/2008 | VT iDirect Inc. | 2008260000076 | $5,000.00 |
| 9/19/2008 | VT iDirect Inc. | 2008263000386 | $5,000.00 |
| 10/22/2008 | VT iDirect Inc. | Payment Entry | $8,395.00 |
| 10/2/2008 | VT iDirect Inc. | 200827602045 | $10,000.00 |
| 9/2/2008 | VT iDirect Inc. | 200824603283 | $20,000.00 |
| 8/25/2008 | VT iDirect Inc. | 200823802387 | $25,000.00 |
| | **VT iDirect Inc. Total** | | **$73,395.00** |
| 8/1/2008 | VXM Secure, LLC | Computer Checks | $12,066.00 |
| | **VXM Secure, LLC Total** | | **$12,066.00** |
| 10/24/2008 | Weycer, Kaplan, Pulaski & Zuber, P.C. | Wire | $20,000.00 |
| | **Weycer, Kaplan, Pulaski & Zuber, P.C. Total** | | **$20,000.00** |
| 9/19/2008 | XO Communications | Computer Checks | $5,000.00 |
| 10/7/2008 | XO Communications | Acct 58847 | $5,229.01 |
| 10/7/2008 | XO Communications | Acct 88497 | $5,360.00 |
| 10/7/2008 | XO Communications | Acct 64752 | $8,757.16 |
| | **XO Communications Total** | | **$24,346.17** |
| | **Grand Total** | | **$1,488,525.52** |