

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**ENTERED
07/09/2009**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO.  08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | |
| | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

**ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT AS
SUPPLEMENTED, SETTING DEADLINES FOR VOTING, AND OBJECTIONS AND
SETTING CONFIRMATION HEARING (DOC.    )**

On consideration of the First Amended Disclosure Statement [Doc.#264]("Disclosure

Statement') under 11 U.S.C. §1125 in support of its Chapter 11 Plan of Reorganization filed by

SKYPORT GLOBAL COMMUNICATIONS, INC., Debtor-In-Possession, the Court finds that

the Disclosure Statement contains "adequate information" for the estate's creditors to determine

whether to vote for the proposed Chapter 11 Plan of Reorganization.  Notice of the Disclosure

Statement hearing was proper, and all objections have been overruled or are moot or withdrawn.

Accordingly, it is ordered that,

1) The Debtor's Disclosure Statement is approved.

2) The deadline to file and serve executed Ballots is *Aug. 4*, 2009, which ballots must be filed with this Court and served upon Edward L. Rothberg, Weycer Kaplan, Pulaski & Zuber, P.C., 11 East Greenway Plaza, Suite 1400, Houston Texas 77046, counsel for the Debtor.

3) The Debtor is authorized to distribute a solicitation package to creditors, holding claims, which must be mailed out by *July 10*, 2009.  The package shall contain the following:

    (a) a written notice of: (i) the Court's approval of the Disclosure Statement, (ii) the commencement date of the hearing considering confirmation of the Plan, (iii) the deadline and procedures for filing objections to the confirmation of the Plan and related issues and (iv) notice of the time within which acceptances and rejections of the Plan may be filed;

(b) the Chapter 11 Plan of Reorganization;

(c) the First Amended Disclosure Statement,

(d) a form of ballot,

(e) Memorandum from Debtor's counsel recommending acceptance of the Plan.

4) The Plan Confirmation hearing is set for *Aug. 7*, 2009, at *8:30 A*.M. All Objections to the Plan's Confirmation must be made in writing and filed and served on or before *July 31*, 2009 at noon Central Time, to:

Edward L. Rothberg
Weycer, Kaplan, Pulaski, & Zuber, P.C.
11 East Greenway Plaza, Suite 1400
Houston Texas 77046

5) Objections not filed and properly served by the deadline will not be considered.

Dated: *July 8, 2009*

_____
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By_____
EDWARD L. ROTHBERG
Texas Bar No. 17313990
HUGH M. RAY, III
Texas Bar No. 24004246
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: 713-961-9045
Facsimile: 713-961-5341

ATTORNEYS FOR DEBTOR

{SKY001\00004\0538433.DOC;1\MAH}