IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | |
| | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of (i) Debtor's Chapter 11 Plan of Reorganization (Docket #223), attached as Exhibit "A" to Debtor's First Amended Disclosure Statement; (ii) Debtor's First Amended Disclosure Statement (Docket #264); (iii) Order Approving the First Amended Disclosure Statement (Docket #265); (iv) Ballot with which to vote on the Chapter 11 Plan (v) Notice of Confirmation Hearing; and (vi) Memo to Creditors and Interest Holders including plan solicitation, notice of Confirmation Hearing and related deadlines to Creditors were served on the parties listed on the attached Service List by first class mail, on the 9th day of July, 2009.

DATED:   July 10, 2009

    Respectfully submitted,

    WEYCER KAPLAN PULASKI & ZUBER, P.C.

    */s/ Melissa A. Haselden*
By:_____
    EDWARD L. ROTHBERG
    State Bar No. 17313990
    HUGH M. RAY, III
    State Bar No. 24004246
    MELISSA A. HASELDEN
    State Bar No. 00794778
    Eleven East Greenway Plaza, Suite 1400
    Houston, Texas 77046
    Telephone: (713) 961-9045
    Facsimile: (713) 961-5341

ATTORNEYS FOR DEBTOR

**FULL SERVICE LIST**
(Excluding Master Service List)
**SkyPort Global Communications;
Debtor
Case # 08-36737-H4-11**

| | | |
|---|---|---|
| 99869 Canada Inc<br>1320 Greaham Blvd Suite 115<br>Mont Royal, PQ H3P 3C8<br>Canada | ACA FORT RILEY<br>Directorate of Contracting<br>7410 Apennines Dr<br>Fort Riley, KS 66442 | Advanced Business Copiers<br>P.O. Box 12018<br>Spring, TX 77391 |
| Advanced C4 Solutions, Inc<br>4017 W. Martin Luther King, Jr. Blvd<br>Tampa, FL 33614 | Advanced Projects International<br>Attn Project Management<br>1333 N. McDowell Blvd. Suite A<br>Petaluma, CA 94954 | Al-Sarraj, Diya<br>PO Box 42042<br>AbuDhabi, United Arab Emirates |
| Amante, Robert<br>10076 Elcaballo Ct<br>Delray Beach, FL 33446 | Ambius<br>P.O. Box 95409<br>Palatine, IL 60095-0409 | Amerada Hess Corporation<br>P.O.Box 981732<br>El Paso, TX 79998-1732 |
| American Business Development Group<br>2800 Shirlington Road<br>Arlington, VA 22206 | American Registry for Internet Numbers<br>3635 Concorde Parkway, Suite 200<br>Chantilly, VA 20151 | Anglo-French Technical Assistance Corp<br>ANTAS c/o Clariden Leu,<br>MPatrick Horner 1 Quai du Mont Blanc<br>PO Box 1304<br>CH-1211 Geneva 1, Switzerland |
| Applied Global Technologies, Inc<br>1006 Pathfinder Way<br>Rockledge, FL 32955 | Aran Asset Management SA<br>Bahnofplatz<br>POBOX 4010<br>6304 Zug, Switzerland | Assous, Philippe<br>42396 Cascata Street<br>Indio, CA 92203 |
| AT&T<br>P.O. Box 630047<br>Dallas, TX 75263-0047 | B&T Janitorial Service<br>P. O. Box 1073<br>Manvel, TX 77578 | Bevenco, Inc.<br>13312 Bright Sky Overlook<br>Austin, TX 78732-2393 |
| BIP Corporation<br>Attn Alex Stanton<br>1650 Linda Vista Drive<br>San Marcos, CA 92078 | BLF Partners<br>6526 Radley Drive<br>Spring, TX 77379 | BMT Grantor Trust<br>422 E 72nd St - 8A & 8B<br>New York, NY 10021 |
| BNP Corporation, Inc<br>500 N. Water<br>Suite 300<br>Corpus Christi, Tx 78471 | Brant, Pat<br>10186 Hillington Ct<br>Vienna, VA 22182 | Brown, Lyn McCrary<br>3726 Chanpions Dr<br>Beaumont, TX 77707-5471 |
| Bryan W Harle, MD<br>7711 Louis Pasteur Ste 200<br>San Antonio, TX 78229 | Bud Griffin Customer Support, Inc.<br>Attn Alexis B. Murray<br>PO Box 660108<br>Dallas, TX 75266-0108 | Burnaby Business Solutions, Inc<br>Suite 5865, The First Canadian Place<br>PO Box 291<br>100 King Street West<br>Toronto, ON, M5X 1C9  Canada |

| | | |
|---|---|---|
| Cecily McCrary Lane<br>28933 Pleasant Forest<br>Magnolia, TX 77355-4169 | Chris Cooke, CPA<br>9030 Royal Crest Lane<br>Richmond, TX 77469 | Cisco Systems Capital Corporation<br>170 West Tasman Drive, 3rd Floor<br>San Jose, CA 95134-1700 |
| Cisco Systems, Inc.<br>7025 Kit Creek Road<br>Research Triangle Park, NC 27709 | CitiGroup Glbal Mkts<br>IRA FBO Daniel Elstein<br>750 Sagg- Main St<br>Sagaponack, NY  11962 | Clary, Steve<br>2200 N Rodney Parham #210<br>Little Rock, AR 72212 |
| Clean Seal American Roofing<br>Attn Bobby Wright<br>2202 Quiver Lane<br>Houston, TX 77067 | | Constellation Networks<br>250 Front Street<br>Suite 420<br>Traverse City, MI 49684 |
| Continuum Financial<br>1651 Old Meadow Road, Suite 600<br>Mc Lean, VA 22102 | Credit Agricole<br>Attn Oliver Apostoloski<br>Chemin De Beree 46-48<br>1010 Laosanne 10<br>La Sallaz, Switzerland | Cap Rock Communications Inc.<br>4400 S Sam Houston Pkwy<br>Houston, TX 77048 |
| CT Corporation<br>Attn Jennifer K. Miller<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | Currie, David<br>Suite 5865, The First Canadian Place<br>PO Box 291<br>100 King Street West<br>Toronto, ON, M5X 1C9 Canada | Data Technology Solutions, LLC<br>c/o Bryan E. Lege<br>Kraft Gatz Lane Benjamin LLC<br>600 Jefferson St. Suite 410<br>Lafayette, LA 70501 |
| David Togut and Tracy Elstein<br>422 E 72nd St - 8A & 8B<br>New York, NY 10021 | DE & JD Associates, Inc<br>750 Sagg- Main St<br>Sagaponack, NY  11962 | DelSorbo Family Trust<br>Suite 5865, The First Canadian Place<br>PO Box 291<br>100 King Street West<br>Toronto, ON, M5X 1C9  Canada |
| Digital Networks LLC<br>8413 Gateway Terrace<br>Oklahoma City, OK 73149 | Donovan Magnus<br>SES Americom, Inc.<br>P. O. Box 642368<br>Pittsburgh, PA 15264-2368 | Douglas Whitworth<br>14327 Briarhills Parkway<br>Houston, TX 77077 |
| Down Hole Water Management, Inc.<br>P.O. Box 632418<br>Nacogdoches, Texas 75963 | Drillsite Broadcasting<br>1225 East Crosby Road<br>Carrolton, TX 75006 | CDX Gas, LLC<br>14800 Landmark Blvd.<br>Suite 400<br>Dallas, TX 75254 |
| Dunlop, Bruce<br>12407 Normont Drive<br>Houston, TX 77070 | ECAL Partners, Ltd<br>6611 Centre Place Circle<br>Spring, TX 77379 | Elstein, Daniel<br>750 Sagg- Main St<br>Sagaponack, NY  11962 |
| Ergos Technology<br>1717 St. James Place<br>Houston, TX 77056 | Eric Laney<br>Partners Electrical Services<br>7303 Windfern Rd Suite 200<br>Houston, TX 77040 | Evest Group LLC<br>2200 N Rodney Parham #210<br>Little Rock, AR 72212 |

| | | |
|---|---|---|
| Evest Sky, LP<br>2200 N Rodney Parham #210<br>Little Rock, AR 72212 | ExxonMobil USP<br>Attn: AD*UTILS<br>POBox 4290<br>Houston, TX 77210 | Federal Communications Commission<br>Attn Hillary De Nigro Chief Investigatio<br>Enforcement Bureau<br>445  12th St. SW Rm 4-C330<br>Washington, DC 20554 |
| Fox, Wayne C<br>Suite 5865, The First Canadian Place<br>PO Box 291<br>100 King Street West<br>Toronto, ON, M5X 1C9 Canada | Galmard, Eric<br>PO Box 130296<br>Houston, TX 77219-0296 | Gignilliat, Paul<br>8301 Duckwood Drive<br>Cicero, NY 13039 |
| Globalstar USA LLC<br>Attn Mimi Ash<br>461 E Milpitas Blvd<br>Milpitas, CA 95035 | Gloster Holdings, LLC<br>100 Park Avenue 20th Floor<br>New York, NY  10017 | Gowling Lafleur Henderson LLP<br>1 First Canadian Place, Suite 1600<br>100 King Street West<br>Toronto, ON M5X 165, Canada |
| Graves, John Robert<br>44 Bretagne<br>Little Rock, AR 72223 | Graves, Sue Ann<br>44 Bretagne<br>Little Rock, AR 72223 | Greenberg Traurig<br>2101 L Street, NW  Suite 100<br>Washington, DC 20037 |
| Gutowsky, Chet<br>302 Pinesap Dr<br>Houston, TX 77079 | Guy and Lisa Fielder, JTCWRS<br>2616 Maria Anna Rd<br>Austin, TX 78703 | Huguley, George G.<br>11140 Aerospace Drive<br>Houston, TX 77034 |
| Hunter Communications<br>36 Whistler Road<br>Scarsdale, NY 10583 | Initial Tropical Plants<br>6205 Skyline Drive<br>Houston, TX 77057-7007 | InterDyn Progressive Group<br>5177 Richmond Avenue<br>Houston, TX 77056 |
| Intrado Inc<br>1601 Dry Creek Dr<br>Longmont, CO 80503 | | Jabbour, Elias<br>PO Box 208<br>Surra 45703 Kuwait |
| Jason Charles Togut Trust<br>422 E 72nd St - 8A & 8B<br>New York, NY 10021 | Jeffrey Wells Oppel<br>1010 Lamar, Suite 1420<br>Houston, TX 77002 | Johnson Controls, Inc.<br>P. O. Box 730068<br>Dallas, TX 75373-0068 |
| Johnson, Greg<br>4895 Hampton Lake Drive<br>Marietta, GA 30068 | Jolene Walker<br>ACS Signal Corporation<br>3384 Solutions Center<br>Chicago, IL 60677-3003 | Joseph K and Ann L Baker, JTCWRS<br>30721 Berry Creek Dr<br>Georgetown, TX 78628 |
| Kahan, Yecheskel<br>3 Kalev Way, #302<br>Monroe, NY 10950 | Key Special Situations Fund<br>CIM Investment Management Limited<br>1 Regenet Street<br>London SW1Y 4NS, England | Khurana, Darshan<br>6110 Bernard Mergler<br>Cote St Luc, PQ H3X 4A5 Canada |

| | | |
|---|---|---|
| Klabzuba Properties<br>Attn Hank Akin<br>930 West First St.<br>Fort Worth, TX 76102 | Klabzuba Properties<br>c/o Bouland Wall & Wenzel PC<br>Attn William R. Korb, Jr.<br>301 Commerce St. #1500<br>Fort Worth, TX 76102 | Klabzuba Properties<br>c/o Centra Asset partners, LLC<br>Attn Dusty Wolf<br>3730 FM 1960 West, Suite 300<br>Houston, TX 77068 |
| Klein, Barry<br>77 Ross Street<br>Brooklyn, NY 11211 | Klotz Investments Ltd<br>1609 Emory Circle<br>Plano, TX  75093 | Krieger, Bella<br>3912 South Ocean Blvd #404<br>Highland Beach, FL 33487 |
| Lavell Systems<br>11190 Sunrise Valley Drive, Suite 140,<br>Reston, VA 20191 | Lavell Systems, Inc.<br>152 King Street E., Suite 400<br>Toronto, ON M5A 1J3  Canada | Llewellyn, John<br>1778 CR 407<br>Gonzales, TX 78629 |
| Lopez, Joseph A<br>237 N Mountain Ave<br>Montclair, NJ 07042 | Lyman Bros., Inc.<br>Attn Bob Griffith<br>12088 South Jordan Gateway<br>South Jordan, UT 84095 | Lynn Joyce Elstein Trust<br>485 Oriskany Crt<br>Osprey, FL 34229 |
| M Tech Staffing<br>PO Box 2001<br>Pasadena, TX 77501-2001 | Marshal, Clarence<br>12701 South Harvard Ave<br>Jenks, OK 74037 | MasterFile<br>3 Concorde Gate 4th Floor<br>Toronto, ON M3C 3N7, Canada |
| McCrary, Bradford DeWitt<br>76 Eaglerock Circle<br>The Woodlands, TX 77381 | MediSat S.R.L.<br>Via Pietro Mascagni, 27/B<br>95037 San Giovanni La Punta<br>Catania, Italy | Meredith, Simon<br>40 Lena Gardens<br>London W6 7PZ, United Kingdom |
| Messier, Byron<br>Suite 5865, The First Canadian Place<br>PO Box 291<br>100 King Street West<br>Toronto, ON, M5X 1C9  Canada | Metcalf, George<br>2866 SE Ginza St.<br>Port St. Lucie, FL 34952 | Milam Trust<br>135 Amarillo Drive<br>Magnolia, TX 77354 |
| Mobil Mini Texas Ltd Partnership<br>P.O. Box 79149<br>Phoenix, AZ 85062-9149 | Mobile Communications Systems, Inc<br>106 Bartz Ln<br>Belgrade, MT 59714 | Mobile District, Corps of Engineers<br>101 21st Ave.<br>Tuscaloosa, AL 35401-1015 |
| Movada, Ltd<br>6193 Hickory Hollow Lane<br>Conroe, TX 77304 | Natural Soda, Inc.<br>3200 Country Rd 31<br>Rifle, Colorado 81850-8601 | NLMC Inc<br>16770 Imperial Valley Dr Ste 200<br>Houston, TX 77060 |
| Novelli, Matteo<br>51 Rue De Naples<br>75008 Paris, France | NTR North America, LLC<br>4849 Alpha Rd #200<br>Dallas, TX 77244-4609 | Oaklawn Partners Limited<br>Attn: Joseph F Long<br>18510 Muncaster Road<br>Rockville, MD 20855 |

| | | |
|---|---|---|
| Ozarka<br>#215 6661 Dixie Hwy, Suite 4<br>Louisville, KY 40258 | Paetec<br>P.O. Box 3243<br>Milwaukee, WI 77035 | Palomero, Ltd<br>25025 I-45 N Suite 410<br>The Woodlands, TX 77380 |
| Palos Capital Pool<br>1 Place Ville Marie #1812<br>Montreal, PQ H3B 4A9  Canada | Palu Peou<br>1600 S. Eads,  Apt 607n<br>Arlington, VA 22202 | Panneton, John E<br>Suite 5865, The First Canadian Place<br>PO Box 291<br>100 King Street West<br>Toronto, ON, M5X 1C9 Canada |
| Partners Electrical Services<br>7303 Windfern Rd Suite 200<br>Houston, TX 77040 | Pate Consulting Inc.<br>1621 Milam St., Suite 220<br>Houston, TX 77002 | Patriot Group<br>5000 Terminal Street<br>Bellaire, TX 77401-6007 |
| PEPCO Holdings, Inc<br>IT Security & Business Alignme<br>701 Ninth Street, N.W.<br>Washington, D.C., DC 20068 | Perito Eleven<br>7930 Summerfern Court<br>Cypress, TX 77433 | Piergentili, Daniel<br>1681 Brown Ct<br>Long Mount, CO 80503 |
| Pitney Bowes<br>Purchasing Power<br>P O Box 856042<br>Louisville, KY 40285 | Pollak, Martin<br>16 Springwood Path<br>Laurel Hollow-Syosset, NY 11791 | Port of Houston Authority<br>P.O. Box 2562<br>Houston, TX 77252 |
| Premiere Global Services<br>PO Box 404351<br>Atlanta, GA 30384-4351 | Puddy, Ltd<br>6193 Hickory Hollow Lane<br>Conroe, TX 77304 | Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 |
| Ralph's Industrial Electronic Supplies<br>P. O. Drawer R<br>Lafayette, LA 70502 | Reasons, Laurie McCrary<br>16 Brighton Way<br>Huntington, WV 25705 | Rees, John A<br>11719 Hinson Rd Suite 130<br>Little Rock, AR 72212 |
| Reiser, Melvyn<br>996 Henhawk Rd<br>Baldwin, NY 11510 | Reliant Energy<br>P. O. Box 650475<br>Dallas, TX 75265-0475 | Rentsys<br>Attn: Steve O'Neal<br>200 Quality Circle<br>College Station, TX 77845 |
| Rig III<br>c/o Semper Gestion SA<br>40 A route de malagnou<br>1208 Geneva, Switzerland | Sabine Mud-Logging, Inc.<br>318 Brownwood Circle<br>Carthage, TX 75633-2507 | Sairam, Ashwin M<br>159 Dresden Ave<br>Mont Royal, PQ H3P 3K1 Canada |
| Science Applications International Corporation<br>CM2-12<br>7080 Columbia Gateway Drive<br>Columbia, MD 21046 | Semanach, Peter<br>13456 Muirkirk Lane<br>Herndon, VA 20171 | Sequoia Aggressive Growth Fund Ltd<br>c/o Semper Gestion SA<br>5 rue Pedro-Meylan<br>1208 Geneva, Switzerland |

| | | |
|---|---|---|
| Sequoia Aggressive Growth Fund Ltd<br>c/o Semper Gestion SA<br>5 rue Pedro-Meylan<br>1208 Geneva, Switzerland | SES New Skies BV fna New Skies Satellites BV<br>Attn General Counsel<br>Rooseveltplantsoen 4<br>2517 KR The Hague<br>The Netherlands | Siemens<br>6901 Muirkirk Meadows Drive<br>Beltsville, MD 20705 |
| Skimmons, Brian<br>633 Kent Oaks Way<br>Gaithersburg, MD 20878 | Skycomm Technologies Corp.<br>11140 Aerospace Drive<br>Houston, TX 77034 | Soko Brothers Communications Inc.<br>P O Box 8806<br>Elkridge, MD 20175 |
| Solomon, Lawrence<br>5419 NW 42nd Ave<br>Boca Raton, FL 33496 | SP Equipment LLC<br>100 Centurytel Drive<br>Monroe, LA 71203 | Spalmini<br>Advanced Projects International<br>1333 N. McDowell Blvd. Suite A<br>Petaluma, CA 94954 |
| State of Missouri<br>OA-ITSD<br>Truman Bldg Rm 280<br>Jefferson City, MO 65101 | State Teacher Retirement System of Ohio<br>275 East Broad Street<br>Columbus, OH 43215 | Stein, Michael<br>385 South End Ave Apt# 6-C<br>New York, NY 10280-1041 |
| Sterling Computers - USPFO Kentucky<br>USPFO-Kentucky<br>1508 Square Turn Blvd.<br>Norfolk, NE 68701 | Sunrise Campus Investors dba BPG Properties<br>c/o Keith Knight<br>11130 Sunrise Valley Drive Ste 100<br>Reston, Virginia 20191 | Sunrise Campus Investors LLC<br>c/o BPG Properties, Ltd<br>Attn General Counsel<br>770 Township Line Road, Suite 150<br>Yardley, PA 19067 |
| Sunrise Campus Investors LLC<br>c/o Venable LLP<br>Attn Philip M. Horowitz<br>575 7th St. NW<br>Washington, DC 20004 | Sunrise Campus Investors LLC<br>dba BPG Properties Ltd.<br>Attn Roger Byecroft<br>11130 Sunrise Valley Dr., Suite 100<br>Reston, VA 20191 | Sunvenus Holdings Limited<br>c/o Smith Barney, NY<br>Attn David Beechler<br>399 Park Avenue, 12th Floor<br>New York, NY 10022 |
| Sunvenus Holdings Limited<br>284 Makarios Ave<br>Fortuna Court Block B<br>Limassol, Cypres | SYSCO Corporation<br>Attn: Amanda Cendalski<br>1390 Enclave Parkway<br>Houston, Tx 77077-2099 | Takefman, Joyce Nisker<br>3577 Atwater Ave Apt 1513<br>Montreal PQ, H3H 2R2 Canada |
| TCF Leasing, Inc.<br>P O Box 4130<br>Hopkins, MN 55343-4130 | TechMinders, Inc<br>412 E. Indian Spring Drive<br>Silver Spring, MD 20877 | Telnor International Pte Ltd.<br>Attn William G. Hutchison<br>28 Dalvey Estate Rd<br>Singapore 259548 |
| Texas Commission on Environmental Quality<br>12100 Park 35 Circle Building A<br>Austin, TX 78753 | Texas Comptroller of Public Accounts<br>P O Box 13528<br>Austin, TX 78711-3528 | Texas National Guard - Adjutant General's Department<br>PO Box 5218<br>Austin, TX 78763-5218 |
| Texas Security Gates<br>2622 Townhall Ln.<br>Katy, TX 77449 | Thomas and Karen Orem, JTCWRS<br>29838 Hillary Ave<br>Easton MD 21601 | Unicom Services<br>PO Box 12724<br>Odessa, TX 79768 |

| | | |
|---|---|---|
| United Service Source, Inc.<br>9145 Ellis Road<br>Melbourne, FL 32904 | USA.NET, Inc<br>1155 Kelly Johnson Blvd<br>Colorado Springs, Co 80920 | USPFO for DC<br>c/o: Comptroller - Ms. Bolt<br>189 Foremba Court S.W.<br>Washington, DC 20373-58 |
| USPFO for West Virginia<br>50 Armory Road<br>Buckhannon, WV 26201-8818 | Wacker, Timmy Thomas<br>804 Briarway<br>Pasadena, TX 77503 | Waste Management - Pasade<br>P. O. Box 78251<br>Phoenix, AZ 85062-8251 |
| Whitworth, Douglas<br>11140 Aerospace Avenue<br>Houston, TX 77034 | WhizKid Ventures<br>4700 South Bowman Rd<br>Little Rock, AR 72210 | Wilkinson, Barker, Knauer L<br>Attn Bob Primosch<br>2300 N Street NW, Suite 70<br>Washington, DC 20037-11 |
| Williams Mullen<br>P.O. Box 91719<br>Richmond, VA 23291-1719 | X-Analog Communications, Inc.<br>c/o Jeffrey Wells Oppel<br>1010 Lamar Suite 1420<br>Houston, TX 77002 | David Samuels<br>3024  45th Street NW<br>Washington, DC 20016 |
| Michael Thompson<br>2919 Red Oak Leaf Trail<br>Houston, TX 77084-8801 | | |

**MASTER SERVICE LIST**
**SkyPort Global Communications;**
**Debtor**
**Case # 08-36737-H4-11**

| | | |
|---|---|---|
| Skyport Global Communications, Inc.<br>11140 Aerospace Ave<br>Houston, TX 77034 | Harris County, et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson<br>P O Box 3064<br>Houston, TX 77253-3503 | Internal Revenue Service<br>Insolvency Section<br>1919 Smith MAIL STOP HOU<br>Houston, TX 77002 |
| Internal Revenue Service<br>PO Box 21116<br>Philadelphia, PA 19114 | Stephen Statham<br>Office of the U. S. Trustee<br>515 Rusk, Room 3516<br>Houston, TX 77002 | William A. Frazell<br>Assistant Attorney General<br>Bankruptcy & Collections Div<br>PO Box 12548<br>Austin, TX 78711-2538 |
| Securities & Exchange Commission<br>Attn: Angela Dodd<br>175 W. Jackson Blvd, Suite 900<br>Chicago, IL 60604-2908 | Paul Bettancourt<br>P. O. Box 4622<br>Houston, TX 77210-4089 | Pasadena I.S.D.<br>Tax Assessor-Collector<br>2223 Strawberry Rd.<br>Pasadena, TX  77501 |
| Balaton Group, Inc.<br>11140 Aerospace Ave<br>Houston, TX 77034 | Farnum Street Financial<br>Attn:  Ross Abrams<br>240 Pondview Plaza<br>5850 Opus Parkway<br>Minnetonka, MN 55343 | AEGIS Texas Venture Fund,<br>Attn: Kevin Dragan<br>11000 Richmond, Suite 55<br>Houston TX  77042 |
| CenturyTel, Inc.<br>Attn: Stewart Ewing, CFO<br>100 CenturyTel Drive<br>Monroe, Louisiana 71203 | CenturyTel, Inc.<br>c/o Rex D. Rainach<br>A Professional Law Corporation<br>3622 Government Street<br>Baton Rouge, LA  70806-5720 | Brad Lee<br>Bankruptcy Specialist<br>XO Communications, LLC<br>105 Malloy Street<br>Nashville, TN 37201 |
| Intelsat USA Sales Corp.<br>Attn: Chris Nibecker<br>3400 International Drive NW<br>Washington DC 20008 | Telesat Network Services, Inc.<br>Attn: Richard O'Reilly<br>1601 Telesat Court<br>Ottawa<br>Ontario, Canada ON K1B 5P4 | EchoStar Corp.<br>Attn: Rhonda Parson<br>90 Inverness Circle East<br>Englewood, CO 80112 |
| SES New Skies Satellites, BV<br>Attn: Scott Sprague<br>2001 L Street, Suite 800<br>Washington, DC 20036 | AboveNet<br>Attn:  Thomas L. Kelly<br>360 Hamilton Ave., 7th Floor<br>White Plains, NY 10601 | The Spaceconnection, Inc<br>Attn:  Deborah Williams<br>PO Box 6067<br>Burbank, CA 91510-6067 |

{SKY001\00004\0538598.DOC;1\MAH}

| | | |
|---|---|---|
| Klabzuba Properties, Ltd.<br>Attn: Robert B. Higgs<br>14405 Walters Road, Suite 800<br>Houston, TX 77014 | VT iDirect Iinc.<br>Attn:  Geneza Simoes<br>13865 Sunrise Valley Drive<br>Herndon, VA 20171 | Alpheus Communications,<br>Alpheus Data Services<br>c/o Stephen W. Crawford, Genera<br>1301 Fannin Street, 20th Fl<br>Houston, TX 77002 |
| Seyfarth Shaw LLP<br>Attn:  Christina Putnam<br>700 Louisiana, Suite 3700<br>Houston, TX 77002 | Longbottom Communications<br>Attn: Penelope Longbottom<br>2343 N. Vernon St.<br>Arlington, VA 22207 | CompuCom<br>Attn: Minnie Morrison<br>7171 Forest Lane<br>Dallas, TX 75230 |
| Houston Airport System<br>Attn: Scott Feldman<br>City of Houston<br>PO Box 60106<br>Houston, TX 77205-0106 | Robert Half Technology<br>Attn: Ron Ravin<br>5720 Stone Ridge, Suite 3<br>Covington, CA 94588 | United Shipping Solution<br>Attn:  Ted Michaelson<br>10900 Northwest Freeway, Sui<br>Houston, TX 77092 |
| DataPath, Inc.<br>Attn: Betty Herrington<br>3095 Satellite Boulevard<br>Duluth, GA 30096 | XO Communications<br>Attn:  Scott Harrison<br>2401 Portsmouth, Suite 200<br>Houston, TX 77098 | Verizon Wireless<br>Attn:  Alexis B. Murray<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Wilkinson, Barker, Knauer LLP<br>Attn: Bob Primosch.<br>2300 N Street NW, Suite 700<br>Washington, DC 20038-1128 | Balaton Group, Inc.<br>Seyfarth Shaw LLP<br>Attn:  Walter Cicack<br>700 Louisiana, Suite 3700<br>Houston, TX 77002 | Pasadena Independent School D<br>c/o Law Office of Dexter D. Jo<br>4701 Preston Ave.<br>Pasadena, TX 77505 |
| AEGIS Texas Venture Fund, LP<br>c/o Kyung Lee / Jason Rudd<br>Diamond McCarthy Taylor Finley & Lee<br>909 Fannin, Suite 1500<br>Two Houston Center<br>Houston, Texas 77010 | Digital Networks, LLC<br>c/o William H. Hoch, III<br>Crowe & Dunlevy<br>20 N. Broadway, Suite 1800<br>Oklahoma City, OK 73102 | Globecomm Systems Inc<br>Attn:  Julia Hanft, General Cou<br>45 Oser Avenue<br>Hauppauge, NY 11788 |
| Farnam Street Financial, Inc.<br>c/o Larry B. Ricke<br>Spence, Ricke, Sweeney & Gernes<br>Suite 600, Degree of Honor Building<br>325 Cedar Street<br>St. Paul, MN 55101 | Cisco Capital<br>c/o Thomas M. Gaa<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, California  94306 | PAETEC<br>c/o Shannon I. Sullivan<br>Specialist - Revenue Assura<br>PO Box 3177<br>Cedar Rapids, IA 52406-31 |
| Intelsat, Ltd.<br>c/o Herrick Feinstein LLP<br>Attn Stephen Selbst<br>Two Park Avenue<br>New York, NY 10016 | William R. Greendyke<br>Jason L. Boland / Travis A. Torrence<br>Fulbright & Jaworski LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010 | Sunrise Campus Investors d<br>BPG Properties, Ltd<br>Attn:  Roger Byecroft & Keith<br>11130 Sunrise Valley Drive, Su<br>Reston, VA 20191 |

{SKY001\00004\0538598.DOC;1\MAH}

Intrado, Inc.  
Attn: Elaine Stuart  
1601 Dry Creek Drive  
Longmont, CO 80503

Deloitte & Touche LLP  
Attn Francesca Filippelli, Sr. Legal Specialist  
30 Wellington Street West

SES New Skies Satellites, I  
c/o Philip W. Allogramento  
Stephen V. Falanga / Connell Fo  
85 Livingston Ave.  
Roseland, NJ 07068

Verizon Wireless  
P.O. Box 3397  
Bloomington, IL 61702

Ambius  
P.O. Box 95409  
Palatine, IL 60095-0409

Patrick K. Brant  
10186 Hillington Court  
Vienna, VA 22182

Brett J. Kitei  
Corporate Counsel  
DISH Network L.L.C.  
9601 South Meridian Boulevard  
Englewood, Colorado 80112

Michael R. Rochelle / Kathleen M. Patrick  
Rochelle McCullough LLP  
325 N. St. Paul St., Suite 4500  
Dallas, TX 75201

Digital Networks, LLC  
c/o John F. Higgins  
Porter & Hedges, LLP  
1000 Main Street, 36th Flo  
Houston, TX 77002

iDirect, Inc.  
c/o H. Jason Gold / Dylan G. Trache  
Wiley Rein LLP  
7925 Jones Branch Drive, Suite 6200  
McLean, VA 22102

Alpheus Data Services, LLC  
c/o William R. Greendyke  
Jason L. Boland / John D. Cornwell  
Fulbright & Jaworski LLP  
1301 McKinney, Suite 5100

Advanced Projects Internation  
c/o Calvin Braun  
Adair & Myers, PLLC  
3120 Southwest Freeway, Suit  
Houston, TX 77098

Advanced Projects International Inc.  
c/o Kenneth English  
Gaw, Van Male, Smith, Myers & Miroglio  
1000 Main Street  
Napa, CA 94559

Data Technology Solutions, LLC  
c/o Bryan E. Lege  
Kraft Gatz Lane Benjamin LLC  
600 Jefferson St., Suite 410  
Lafayette, LA 70501

San Jacinto Community Colleg  
Attn: Daniel J. Snooks  
11550 Fuqua, Suite 490  
Houston, TX 77034

Drillsite Broadcast Co.  
c/o Collin D. Porterfield  
Law office of Collin D. Porterfield  
5956 Sherry Lane, Suite 1616  
Dallas TK 75225