

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/09/2009

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

### ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT AS SUPPLEMENTED, SETTING DEADLINES FOR VOTING, AND OBJECTIONS AND SETTING CONFIRMATION HEARING (DOC. )

On consideration of the First Amended Disclosure Statement [Doc.#264]("Disclosure Statement") under 11 U.S.C. §1125 in support of its Chapter 11 Plan of Reorganization filed by SKYPORT GLOBAL COMMUNICATIONS, INC., Debtor-In-Possession, the Court finds that the Disclosure Statement contains "adequate information" for the estate's creditors to determine whether to vote for the proposed Chapter 11 Plan of Reorganization. Notice of the Disclosure Statement hearing was proper, and all objections have been overruled or are moot or withdrawn. Accordingly, it is ordered that,

1) The Debtor's Disclosure Statement is approved.

2) The deadline to file and serve executed Ballots is **Aug. 4**, 2009, which ballots must be filed with this Court and served upon Edward L. Rothberg, Weycer Kaplan, Pulaski & Zuber, P.C., 11 East Greenway Plaza, Suite 1400, Houston Texas 77046, counsel for the Debtor.

3) The Debtor is authorized to distribute a solicitation package to creditors, holding claims, which must be mailed out by **July 10**, 2009. The package shall contain the following:

   (a) a written notice of: (i) the Court's approval of the Disclosure Statement, (ii) the commencement date of the hearing considering confirmation of the Plan, (iii) the deadline and procedures for filing objections to the confirmation of the Plan and related issues and (iv) notice of the time within which acceptances and rejections of the Plan may be filed;

(b) the Chapter 11 Plan of Reorganization;

(c) the First Amended Disclosure Statement,

(d) a form of ballot,

(e) Memorandum from Debtor's counsel recommending acceptance of the Plan.

4) The Plan Confirmation hearing is set for *Aug. 7*, 2009, at *8:30 A*.M. All Objections to the Plan's Confirmation must be made in writing and filed and served on or before *July 31*, 2009 at noon Central Time, to:

> Edward L. Rothberg
> Weycer, Kaplan, Pulaski, & Zuber, P.C.
> 11 East Greenway Plaza, Suite 1400
> Houston Texas 77046

5) Objections not filed and properly served by the deadline will not be considered.

Dated: *July 8, 2009*

_____
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By_____
EDWARD L. ROTHBERG
Texas Bar No. 17313990
HUGH M. RAY, III
Texas Bar No. 24004246
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: 713-961-9045
Facsimile: 713-961-5341

ATTORNEYS FOR DEBTOR

# CERTIFICATE OF NOTICE

```
District/off: 0541-4           User: vatt                  Page 1 of 5                   Date Rcvd: Jul 09, 2009
Case: 08-36737                 Form ID: pdf001             Total Noticed: 259


The following entities were noticed by first class mail on Jul 11, 2009.
 db           +SkyPort Global Communications, Inc.,    11140 Aerospace Avenue,    Houston, TX 77034-5596
 aty          +Bryan E Lege,    Kraft Gatz Lane Benjamin, LLC,    600 Jefferson St,   Suite 410,
                Lafayette, LA 70501-6987
 aty          +John M. August,    Herrick Feinstein LLP,    One Gateway Center,    Newark, NJ 07102-5310
 aty          +Larry B. Ricke,    Degree of Honor Building, Suite 600,    325 Cedar Street,
                Saint Paul, TX 55101-1015
 cr           +Aegis Texas Venture Fund, LP,    11000 Richmond,    Suite 550,   Houston, TX 77042-6793
 cr           +DIGITAL NETWORKS LLC,    8413 Gateway Terrace,    Oklahoma City, OK 73149-3052,   UNITED STATES
 app          +Gary L Penn,    Rosen Systems Inc,    17744 Preston Road,    Ste 100,   Dallas, TX 75252-5674
 cr           +Hunter Communications, Inc.,    C/O Eric M. English,    King & Spalding LLP,   1100 Louisiana,
                Suite 4000,    Houston, TX 77002-5213
 cr           +Pasadena Independent School District,     c/o Law Office of Dexter D. Joyner,    4701 Preston Ave,
                Pasadena, Tx 77505-2050
 cr           +Texas Comptroller of Public Accounts,     Kay Brock,    P.O. Box 12548,   Austin, TX 78711-2548
5996400        99869 Canada Inc,    1320 Greaham Blvd Suite 115,    Mont Royal, PQ H3P 3C8,    Canada
5996547        ACA FORT RILEY,    Directorate of Contracting,    7410 Apennines Dr,    Fort Riley, KS 66442
5996403       +AEGIS Texas Venture Fund, LP,    Attn Kevin Dragan,    11000 Richmond, Suite 550,
                Houston, TX 77042-6793
5996412        AT&T,    P.O. Box 630047,    Dallas, TX 75263-0047
5996401       +AboveNet,    Attn Thomas L. Kelly,    360 Hamilton Avenue,    White Plains, NY 10601-1811
5996402       +Advanced Business Copiers,    P.O. Box 12018,    Spring, TX 77391-2018
5996549        Advanced C4 Solutions, Inc,    4017 W. Martin Luther King, Jr. Blvd,    Tampa, FL 33614
6033834       +Advanced Projects International,    Attn Project Management,    1333 N. McDowell Blvd. Suite A,
                Petaluma, CA 94954-7106
5996405       +Al-Sarraj, Diya,    PO Box 42042,    AbuDhabi, United Arab Emirates
5996404        Alpheus Communications, L.P.,    1001 Louisiana, Travis Place,    9th Floor, Room 9.126,
                Houston, TX 77002
6151881       +Alpheus Data Services, L.L.C.,    Attn: Stephen W. Crawford, General Couns,
                1301 Fannin St., 20th Floor,    Houston, TX 77002-7014
5996406       +Amante, Robert,    10076 Elcaballo Ct,    Delray Beach, FL 33446-2708
5996407        Ambius,    P.O. Box 95409,    Palatine, IL 60095-0409
5996548        Amerada Hess Corporation,    P.O.Box 981732,    El Paso, TX 79998-1732
5996408       +American Business Development Group,     2800 Shirlington Road,    Arlington, VA 22206-3601
6006788       +American Registry for Internet Numbers,     3635 Concorde Parkway, Suite 200,
                Chantilly, VA 20151-1125
5996409        Anglo-French Technical Assistance Corp,     ANTAS c/o Clariden Leu,,
                MPatrick Horner 1 Quai du Mont Blanc,     PO Box 1304,    CH-1211 Geneva 1, Switzerland
5996551       +Applied Global Technologies, Inc,    1006 Pathfinder Way,    Rockledge, FL 32955-3216
5996410        Aran Asset Management SA,    Bahnofplatz,    POBOX 4010,    6304 Zug, Switzerland
5996411       +Assous, Philippe,    42396 Cascata Street,    Indio, CA 92203-2811
5996413       +B&T Janitorial Service,    P. O. Box 1073,    Manvel, TX 77578-1073
5996416       +BIP Corporation,    Attn Alex Stanton,    1650 Linda Vista Drive,    San Marcos, CA 92078-3810
5996417       +BLF Partners,    6526 Radley Drive,    Spring, TX 77379-2917
5996418       +BMT Grantor Trust,    422 E 72nd St - 8A & 8B,    New York, NY 10021-4618
5996552       +BNP Corporation, Inc,    500 N. Water,    Suite 300,    Corpus Christi, Tx 78471-0033
5996414        Balaton Group Inc.,    Attn Brogan Taylor,    152 King St. E, Suite 400,    Toronto ON  M5A 1J3,
                Canada
5996415        Balaton Group, Inc,    Attn Brogan Taylor,    152 King St East, Suite 400,
                Toronto, ON M5A 1 J3, Canada
6033836       +Bevenco, Inc.,    19855 Southwest Freeway,    Suite 350,    Sugar Land, TX 77479-6565
5996421       +Brant, Pat,    10186 Hillington Ct,    Vienna, VA 22182-2908
5996422       +Brown, Lyn McCrary,    5750 N Major Drive #503,    Beaumont, TX 77713-9027
5996423       +Bryan W Harle, MD,    7711 Louis Pasteur Ste 200,    San Antonio, TX 78229-3422
5996424        Bud Griffin Customer Support, Inc.,    Attn Alexis B. Murray,    PO Box 660108,
                Dallas, TX 75266-0108
5996425        Burnaby Business Solutions, Inc,    Suite 5865, The First Canadian Place,    PO Box 291,
                100 King Street West,    Toronto, ON, M5X 1C9  Canada
5996553       +CDX Gas, LLC,    14800 Landmark Blvd.,    Suite 400,    Dallas, TX 75254-7598
5996426       +Cap Rock Communications Inc.,    P.O. BOX 122067,    Dallas, TX 75312-0001
6033837       +Cap Rock Communications Inc.,    4400 S Sam Houston Pkwy,    Houston, TX 77048-5902
5996427        Cecily McCrary Lane,    28933 Pleasant Forest,    Magnolia, TX 77355-4169
5996436        Chemin De Beree 46-48,    1010 Laosanne 10,    La Sallaz, Switzerland
5996429       +Chris Cooke, CPA,    9030 Royal Crest Lane,    Richmond, TX 77469-9824
5996430       +Cisco Systems Capital Corporation,    170 West Tasman Drive, 3rd Floor,    San Jose, CA 95134-1700
6153839       +Cisco Systems Capital Corporation,    c/o Lawrence Schwab/ Thomas Gaa,    Biaison et al,
                2600 El Camino Real, Ste 300,    Palo Alto, CA 94306-1720
5996554        Cisco Systems, Inc.,    7025 Kit Creek Road,    Research Triangle Park, NC 27709
5996431        CitiGroup Glbal Mkts,    IRA FBO Daniel Elstein,    750 Sagg- Main St,    Sagaponack, NY  11962
6135301        City of Houston, Texas,    C/o John M. Helms,    P.O. Box 368,    Houston, Texas 77001-0368
5996432       +Clary, Steve,    2200 N Rodney Parham #210,    Little Rock, AR 72212-4155
5996420       +Clean Seal American Roofing,    Attn Bobby Wright,    2202 Quiver Lane,    Houston, TX 77067-2002
6092525        Comptroller of Public Accounts,    c/o Office of the Attorney General,
                Bankruptcy - Collections Division,    PO Box 12548,    Austin TX  78711-2548,    512-463-4510
6033838       +Compu Com,    Attn  Gary Reilly,    7171 Forest Lane,    Dallas, TX 75230-2306
5996433       +Compu Com,    Attn: Minnie Morrison,    7171 Forest Lane,    Dallas, TX 75230-2306
5996434        Compucom IT Solutions,    Attn Chad Teets,    1480 Hartwood Drive
6033839       +Compucom IT Solutions,    Attn Chad Teets,    1480 Hartwood Drive,    Cincinnati, OH 45240-1232
5996555       +Constellation Networks,    250 Front Street,    Suite 420,    Traverse City, MI 49684-2552
6033840        Continuum Financial,    Evan Kaplan,    1561 Old Meadow Road, Suite 600,    Mc Lean, VA 22102
6033841        Credit Agricole,    Attn Oliver Apostoloski,    Chemin De Beree 46-48,    1010 Laosanne 10,
                La Sallas, Switzerland
5996438        Currie, David,    Suite 5865, The First Canadian Place,    PO Box 291,    100 King Street West,
                Toronto, ON, M5X 1C9 Canada
```

```
District/off: 0541-4          User: vatt                    Page 2 of 5                   Date Rcvd: Jul 09, 2009
Case: 08-36737                Form ID: pdf001               Total Noticed: 259

5996441        DE & JD Associates, Inc,    750 Sagg- Main St,    Sagaponack, NY  11962
6006733       +Data Technology Solutions LLC,    c/o Bryan E. Lege,    Kraft Gatz Lane Benjamin LLC,
               600 Jefferson Street, Suite 410,    Lafayette, LA 70501-6987
5996439       +DataPath, Inc.,    Attn Betty Herrington,    3095 Satellite Boulevard,    Duluth, GA 30096-5814
6023460       +David Samuels,    3024 45th Street NW,    Washington, DC 20016-3522
5996440       +David Togut and Tracy Elstein,    422 E 72nd St - 8A & 8B,    New York, NY 10021-4618
5996443        DelSorbo Family Trust,    Suite 5865, The First Canadian Place,    PO Box 291,
               100 King Street West,    Toronto, ON, M5X 1C9  Canada
5996442        Deloitte & Touche, LLP,    Attn Elliott Jacobson,    1 Concorde Gate, Suite 200,
               Toronto ON  M3C 4G4,    Canada
5996556       +Digital Networks LLC,    8413 Gateway Terrace,    Oklahoma City, OK 73149-3052
6155673       +Digital Networks, LLC,    c/o Crowe & Dunlevy,    20 North Broadway,    Suite 1800,
               Oklahoma City, OK 73102-8296
5996444        Donovan Magnus,    SES Americom, Inc.,    P. O. Box 642368,    Pittsburgh, PA 15264-2368
6033843       +Douglas Whitworth,    14327 Briarhills Parkway,    Houston, TX 77077-1007
5996557       +Down Hole Water Management, Inc.,    P.O. Box 632418,    Nacogdoches, Texas 75963-2418
5996558       +Drillsite Broadcasting,    1225 East Crosby Road,    Carrolton, TX 75006-8513
5996445       +Dunlop, Bruce,    11140 Aerospace Avenue,    Houston, TX 77034-5596
6033844       +Dunlop, Bruce,    12407 Normont Drive,    Houston, TX 77070-2454
5996446       +ECAL Partners, Ltd,    6611 Centre Place Circle,    Spring, TX 77379-2938
5996447       +EchoStar Corporation,    Attn Rhonda Parson,    90 Inverness Circle East,
               Englewood, CO 80112-5317
5996448        Elstein, Daniel,    750 Sagg- Main St,    Sagaponack, NY  11962
5996449       +Ergos Technology,    1717 St. James Place,    Houston, TX 77056-3404
5996450       +Eric Laney,    Partners Electrical Services,    7303 Windfern Rd Suite 200,
               Houston, TX 77040-2312
5996451       +Evest Group LLC,    2200 N Rodney Parham #210,    Little Rock, AR 72212-4155
5996452       +Evest Sky, LP,    2200 N Rodney Parham #210,    Little Rock, AR 72212-4155
5996559       +ExxonMobil USP,    Attn: AD*UTILS,    POBox 4290,    Houston, TX 77210-4290
6033846       +Farnum Street Financial,    Attn Ross Abrams,    240 Pondview Plaza,    5850 Opus Parkway,
               Hopkins, MN 55343-4414
5996453       +Farnum Street Financial,    Attn Ross Abrams,    240 Pondview Plaza,    5850 Opus Parkway,
               Minnetonka, MN 55343-4414
6033847       +Federal Communications Commission,    Attn Hillary De Nigro Chief Investigatio,
               Enforcement Bureau,    445  12th St. SW Rm 4-C330,    Washington, DC 20554-0004
5996454        Fox, Wayne C,    Suite 5865, The First Canadian Place,    PO Box 291,    100 King Street West,
               Toronto, ON, M5X 1C9 Canada
5996461       +GSI Globecomm,    Attn Christopher Wu,    9898 Brewers Court,    Laurel, MD 20723-1906
5996455        Galmard, Eric,    PO Box 130296,    Houston, TX 77219-0296
5996456       +Gignilliat, Paul,    8301 Duckwood Drive,    Cicero, NY 13039-9409
5996457       +Globalstar USA LLC,    Attn Mimi Ash,    461 E Milpitas Blvd,    Milpitas, CA 95035-5438
5996458       +Gloster Holdings, LLC,    100 Park Avenue 20th Floor,    New York, NY 10017-5546
6033848        Gowling Lafleur Henderson LLP,    1 First Canadian Place, Suite 1600,    100 King Street West,
               Toronto, ON M5X 165, Canada
5996459       +Graves, John Robert,    44 Bretagne,    Little Rock, AR 72223-9136
5996460       +Graves, Sue Ann,    44 Bretagne,    Little Rock, AR 72223-9136
6033849       +Greenberg Traurig,    2101 L Street, NW Suite 100,    Washington, DC 20037-1526
5996462       +Gutowsky, Chet,    302 Pinesap Dr,    Houston, TX 77079-6442
5996463       +Guy and Lisa Fielder, JTCWRS,    2616 Maria Anna Rd,    Austin, TX 78703-1656
5996464        Houston Airport System-City of Houston,    Attn Scott Fildman,    P.O. Box 60106,
               Houston, TX 77205-0106
6033850       +Huguley, George G.,    11140 Aerospace Drive,    Houston, TX 77034-5596
5996560       +Hunter Communications,    36 Whistler Road,    Scarsdale, NY 10583-4823
6154482       +Hunter Communications Inc,    Attn: Brent Perrott,    36 Whistler Road,    Scarsdale NY 10583-4823
6050114      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court:  Internal Revenue Service,    P O Box 21126,    Philadelphia, PA  19114)
6033851        Initial Tropical Plants,    6205 Skyline Drive,    Houston, TX 77057-7007
5996465       +Intelsat USA Sales Corp.,    Attn Chris Nibecker,    3400 International Drive NW,
               Washington, DC 20008-3006
6020262       +Intelsat, Ltd.,    c/o Herrick Feinstein LLP,    Attn: John M. August,    One Gateway Center,
               Newark, New Jersey 07102-5310
5996466       +InterDyn Progressive Group,    5177 Richamond Avenue,    Houston, TX 77056-6707
6086997       +Interado Inc.,    c/o Elaine Stuart,    1601 Dry Creek Dr.,    Longmont, CO 80503-6493
6033852       +Intrado Inc,    1601 Dry Creek Dr,    Longmont, CO 80503-6493
5996467       +Intrado Inc,    Lock Box #1273,    Denver, CO 80256-0001
5996468        Jabbour, Elias,    PO Box 208,    Surra 45703 Kuwait
5996469       +Jason Charles Togut Trust,    422 E 72nd St - 8A & 8B,    New York, NY 10021-4618
6033853       +Jeffrey Wells Oppel,    1010 Lamar, Suite 1420,    Houston, TX 77002-6315
5996470        Johnson Controls, Inc.,    P. O. Box 730068,    Dallas, TX 75373-0068
6033854       +Johnson, Greg,    4895 Hampton Lake Drive,    Marietta, GA 30068-4310
5996471       +Jolene Walker,    ACS Signal Corporation,    3384 Solutions Center,    Chicago, IL 60677-3300
5996472       +Joseph K and Ann L Baker, JTCWRS,    30721 Berry Creek Dr,    Georgetown, TX 78628-1168
5996473       +Kahan, Yecheskel,    3 Kalev Way, #302,    Monroe, NY 10950-3986
5996474        Key Special Situations Fund,    CIM Investment Management Limited,    1 Regenet Street,
               London SW1Y 4NS, England
5996475        Khurana, Darshan,    6110 Bernard Mergler,    Cote St Luc, PQ H3X 4A5 Canada
6033857       +Klabzuba Properties,    c/o Bouland Wall & Wenzel PC,    Attn William R. Korb, Jr.,
               301 Commerce St. #1500,    Fort Worth, TX 76102-4115
6033855       +Klabzuba Properties,    Attn Hank Akin,    930 West First St.,    Fort Worth, TX 76102-2795
6033856       +Klabzuba Properties,    c/o Centra Asset partners, LLC,    Attn Dusty Wolf,
               3730 FM 1960 West, Suite 300,    Houston, TX 77068-3509
5996476       +Klabzuba Properties, LTD,    Attn Robert B. Higgs - Attorney at Law,    14405 Walters Road  # 800,
               Houston, TX 77014-1356
```

```
District/off: 0541-4           User: vatt                   Page 3 of 5                    Date Rcvd: Jul 09, 2009
Case: 08-36737                 Form ID: pdf001              Total Noticed: 259

5996477        +Klein, Barry,    77 Ross Street,    Brooklyn, NY 11211-7603
5996478        +Klotz Investments Ltd,    1609 Emory Circle,    Plano, TX 75093-5451
5996479        +Krieger, Bella,    3912 South Ocean Blvd #404,    Highland Beach, FL 33487-3313
6033858        +Lavell Systems,    11190 Sunrise Valley Drive, Suite 140,,    Reston, VA 20191-4375
6050347         Lavell Systems Inc,    c/o Robert Rubbemus,    152 King St East, Ste 400,
                 Toronto, Ontario MSA 1J3
6033859         Lavell Systems, Inc.,    152 King Street E., Suite 400,    Toronto, ON M5A 1J3   Canada
5996480        +Llewellyn, John,    1778 CR 407,    Gonzales, TX 78629-6894
5996482        +Lopez, Joseph A,    237 N Mountain Ave,    Montclair, NJ 07042-2306
5996419         Lyman Bros., Inc.,    Attn Bob Griffith,    12088 South Jordan Gateway,    South Jordan, UT 84095
5996483        +Lynn Joyce Elstein Trust,    485 Oriskany Crt,    Osprey, FL 34229-8305
5996484         M Tech Staffing,    PO Box 2001,    Pasadena, TX 77501-2001
5996485        +Marshal, Clarence,    12701 South Harvard Ave,    Jenks, OK 74037-4910
6033860         MasterFile,    3 Concorde Gate 4th Floor,    Toronto, ON M3C 3N7, Canada
5996486        +McCrary, Bradford DeWitt,    76 Eaglerock Circle,    The Woodlands, TX 77381-4343
5996487         MediSat S.R.L.,    Via Pietro Mascagni, 27/B,    95037 San Giovanni La Punta,    Catania, Italy
5996488         Meredith, Simon,    40 Lena Gardens,    London W6 7PZ, United Kingdom
5996489         Messier, Byron,    Suite 5865, The First Canadian Place,    PO Box 291,    100 King Street West,
                 Toronto, ON, M5X 1C9  Canada
5996490        +Metcalf, George,    957 Nasa Rd 1, #142,    Houston, TX 77058-3039
6128028         Michael Thompson,    2919 Red Oak Leaf Trail,    Houston, TX 77084-8801
5996491        +Milam Trust,    135 Amarillo Drive,    Magnolia, TX 77354-1766
5996492         Mobil Mini Texas Ltd Partnership,    P.O. Box 79149,    Phoenix, AZ 85062-9149
5996493        +Mobile Communications Systems, Inc,    106 Bartz Ln,    Belgrade, MT 59714-9051
5996561         Mobile District, Corps of Engineers,    101 21st Ave.,    Tuscaloosa, AL 35401-1015
5996494        +Movada, Ltd,    6193 Hickory Hollow Lane,    Conroe, TX 77304-1423
5996495        +NLMC Inc,    16770 Imperial Valley Dr Ste 200,    Houston, TX 77060-3408
5996497        +NTR North America, LLC,    14881 Quorum Dr. #850,    Dallas, TX 75254-7069
5996562        +Natural Soda, Inc.,    3200 Country Rd 31,    Rifle, Colorado 81650-8801
5996496         Novelli, Matteo,    51 Rue De Naples,    75008 Paris, France
6033861        +Oaklawn Partners Limited,    Attn: Joseph F Long,    18510 Muncaster Road,
                 Rockville, MD 20855-1423
6036816        +Officeteam,    Div. of Robert Half International,    5720 Stoneridge Drive, Suite Three,
                 Pleasanton, CA 94588-4521
5996498         Ozarka,    Processing Center,    Louisville, KY 40285-6680
6044372        +Ozarka,    #215 6661 Dixie Hwy, Suite 4,    Louisville, KY 40258-3950
6019534         PAETEC (Formerly McLeodUSA),    c/o Shannon Sullivan,    PO Box 3177,    Cedar Rapids IA 52406-3177
5996563       ++PEPCO,    LEGAL SERVICES,    PEPCO HOLDINGS INC,    701 NINTH ST NW SUITE 1100,
                 WASHINGTON DC 20068-0001
                (address filed with court:  PEPCO Holdings, Inc,     IT Security & Business Alignme,
                  701 Ninth Street, N.W.,     Washington, D.C., DC 20068)
5996499        +Paetec,    P.O. Box 3243,    Milwaukee, WI 53201-3243
5996500         Palomero, Ltd,    25025 I-45 N Suite 410,    The Woodlands, TX 77380
5996501         Palos Capital Pool,    1 Place Ville Marie #1812,    Montreal, PQ H3B 4A9  Canada
5996502        +Palu Peou,    1600 S. Eads,    Apt 607n,    Arlington, VA 22202-5342
5996503         Panneton, John E,    Suite 5865, The First Canadian Place,    PO Box 291,    100 King Street West,
                 Toronto, ON, M5X 1C9 Canada
6024853         Partners Electrical Services,    7303 Windfern Rd., Suite 200,    Houston, TX  77040-2312
5996504        +Pasadena ISD,    2223 Strawberry Rd,    Pasadena, TX 77502-3948
5994789        +Pasadena Independent School District,    c/o Dexter D. Joyner,    Law Office of Dexter D. Joyner,
                 4701 Preston Avenue,    Pasadena, Texas 77505-2050
6033863        +Pate Consulting Inc.,    c/o Kevin Pate,    1621 Milam St., Suite 220,    Houston, TX 77002-8059
5996505         Patriot Group,    5000 Terminal Street,    Bellaire, TX 77401-6007
6033864        +Perito Eleven,    7930 Summerfern Court,    Cypress, TX 77433-1891
5996506        +Piergentili, Daniel,    1681 Brown Ct,    Long Mount, CO 80503-2121
6033865        +Pitney Bowes,    Purchasing Power,    P O Box 856042,    Louisville, KY 40285-6042
5996507        +Pollak, Martin,    16 Springwood Path,    Laurel Hollow-Syosset, NY 11791-1300
5996564        +Port of Houston Authority,    P.O. Box 2562,    Houston, TX 77252-2562
5996508      +++Premiere Global Services,    PO Box 404351,    Atlanta, GA 30384-4351
5996509        +Puddy, Ltd,    6193 Hickory Hollow Lane,    Conroe, TX 77304-1423
5996510         Quill Corporation,    P.O. Box 37600,    Philadelphia, PA 19101-0600
5996511        +Ralph's Industrial Electronic Supplies,    P. O. Drawer R,    Lafayette, LA 70502-8018
5996512        +Reasons, Laurie McCrary,    16 Brighton Way,    Huntington, WV 25705-3851
5996513        +Rees, John A,    11719 Hinson Rd Suite 130,    Little Rock, AR 72212-3471
5996514        +Reiser, Melvyn,    996 Henhawk Rd,    Baldwin, NY 11510-1540
6069124         Reliant Energy,    PO Box 1409,    Houston,TX 77251-1409
5996515         Reliant Energy,    P. O. Box 650475,    Dallas, TX 75265-0475
5996565        +Rentsys,    Attn: Steve O'Neal,    200 Quality Circle,    College Station, TX 77845-4468
5996516         Rig III,    c/o Semper Gestion SA,    40 A route de malagnou,    1208 Geneva, Switzerland
6036815        +Robert Half Technology,    Attn: Karen Lima,    5720 Stoneridge Drive Suite Three,
                 Pleasanton CA 94588-4521
5996517         Robert Half Technology,    Attn Ron Ravin,    5720 Stone Ridge,    Covinton, CA 94588
6155665        +SES Americom, Inc.,    c/o Connell Foley LLP,    85 Livingston Avenue,    Roseland, N.J 07068-3736,
                 Attn: Stephen V. Falanga, Esq.
6033867         SES New Skies BV fna New Skies Satellites BV,    Attn General Counsel,    Rooseveltplantsoen 4,
                 2517 KR The Hague,    The Netherlands
5996521        +SES New Skies Satellites, B.V.,    Attn Debra Perez,    2001 L Street, Suite 800,
                 Washington, DC 20036-4939
6033872        +SP Equipment LLC,    100 Centurytel Drive,    Monroe, LA 71203-2041
5996571         SYSCO Corporation,    Attn: Amanda Cendalski,    1390 Enclave Parkway,    Houston, Tx 77077-2099
5996566         Sabine Mud-Logging, Inc.,    318 Brownwood Circle,    Carthage, TX 75633-2507
5996518         Sairam, Ashwin M,    159 Dresden Ave,    Mont Royal, PQ H3P 3K1 Canada
6099476        +San Jacinto Community College District,    c/o Daniel J. Snooks,    11550 Fuqua, Suite 490,
                 Houston, TX 77034-4304
```

```
District/off: 0541-4           User: vatt                  Page 4 of 5                   Date Rcvd: Jul 09, 2009
Case: 08-36737                 Form ID: pdf001             Total Noticed: 259

  5996567       +Science Applications International Corporation,    CM2-12,    7080 Columbia Gateway Drive,
                  Columbia, MD 21046-2119
  6033866       +Semanach, Peter,    13456 Muirkirk Lane,    Herndon, VA 20171-3305
  5996519        Sequoia Aggressive Growth Fund Ltd,    c/o Semper Gestion SA,    5 rue Pedro-Meylan,
                  1208 Geneva, Switzerland
  6165163       +Seyfarth Shaw LLP,    Attn: Walter J. Cicack,    700 Louisiana, Suite 3700,
                  Houston, Texas 77002-2728
  5996522       +Seyfarth Shaw LLP,    Attn Walter Cicack and Christina Putnam,    700 Louisiana, Suite 3700,
                  Houston, TX 77002-2728
  6033868       +Siemens,   6901 Muirkirk Meadows Drive,    Beltsville, MD 20705-6305
  6033869       +Skimmons, Brian,    633 Kent Oaks Way,    Gaithersburg, MD 20878-5750
  6033870       +Skycomm Technologies Corp.,    11140 Aerospace Drive,    Houston, TX 77034-5596
  6147054       +Skyport Global Communications, Inc,    c/o Warren S. Oliverl, Jr., Esq,    King & Nordinger, LLP,
                  2111 Wilson Boulevard, Ste 1100,    Arlington, VA 22201-3053
  6033871       +Soko Brothers Communications Inc.,    P O Box 8806,    Elkridge, MD 21075-8806
  5996523       +Solomon, Lawrence,    5419 NW 42nd Ave,    Boca Raton, FL 33496-2718
  5996524       +Spalmini,    Advanced Projects International,    1333 N. McDowell Blvd. Suite A,
                  Petaluma, CA 94954-7106
  5996569       +State Teacher Retirement System of Ohio,    275 East Broad Street,    Columbus, OH 43215-3771
  5996568        State of Missouri,    OA-ITSD,    Truman Bldg Rm 280,    Jefferson City, MO 65101
  5996525        Stein, Michael,    385 South End Ave Apt# 6-C,    New York, NY 10280-1041
  5996570       +Sterling Computers - USPFO Kentucky,    USPFO-Kentucky,    1508 Square Turn Blvd.,
                  Norfolk, NE 68701-2292
  6033874       +Sunrise Campus Investors LLC,    c/o BPG Properties, Ltd,    Attn General Counsel,
                  770 Township Line Road, Suite 150,    Yardley, PA 19067-4231
  6033873       +Sunrise Campus Investors LLC,    dba BPG Properties Ltd.,    Attn Roger Byecroft,
                  11130 Sunrise Valley Dr., Suite 100,    Reston, VA 20191-5474
  6033875       +Sunrise Campus Investors LLC,    c/o Venable LLP,    Attn Philip M. Horowitz,    575 7th St. NW,
                  Washington, DC 20004-1607
  5996526       +Sunrise Campus Investors dba BPG Properties,    c/o Keith Knight,
                  11130 Sunrise Valley Drive Ste 100,    Reston, Virginia 20191-5474
  6147056       +Sunrise Campus Investors, LLC,    c/o Warren S. Oliverl, Jr., Esq,    King & Nordinger, LLP,
                  2111 Wilson Blvd., Ste. 1100,    Arlington, VA 22201-3053
  5996527        Sunvenus Holdings Limited,    284 Makarios Ave,    Fortuna Court Block B,    Limassol, Cypres
  5996528       +Sunvenus Holdings Limited,    c/o Smith Barney, NY,    Attn David Beechler,
                  399 Park Avenue, 12th Floor,    New York, NY 10022-4686
  6033876       +TCF Leasing, Inc.,    P O Box 4130,    Hopkins, MN 55343-0498
  6033877      ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,    REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION,
                  PO BOX 13528,    AUSTIN TX 78711-3528
                (address filed with court:   Texas Comptroller of Public Accounts,    P O Box 13528,
                  Austin, TX 78711-3528)
  5996529        Takefman, Joyce Nisker,    3577 Atwater Ave Apt 1513,    Montreal PQ, H3H 2R2 Canada
  5996530       +TechMinders, Inc,    412 E. Indian Spring Drive,    Silver Spring, MD 20901-4725
  5996531        Telesat Network Services, Inc,    Attn Richard O' Reilly,    1601 Telesat Court,
                  Ottawa ON  K1B 5P4 Canada
  5996532        Telnor International Pte Ltd.,    Attn William G. Hutchison,    28 Dalvey Estate Rd,
                  Singapore 259548
  5996572       +Texas Commission on Environmental Quality,    12100 Park 35 Circle Building A,
                  Austin, TX 78753-1808
  5996550        Texas National Guard  - Adjutant General's Departm,     PO Box 5218,    Austin, TX 78763-5218
  5996533       +Texas Security Gates,    2622 Townhall Ln.,    Katy, TX 77449-3573
  5996534        The Spaceconnection, Inc.,    Attn Deborah Williams,    PO Box 6067,    Burbank, CA 91510-6067
  6363858       +The Travelers Indemnity Company and It's Affiliate,    c/o RMS Bankruptcy Recovery Services,
                  PO Box 5126,    Timonium, Maryland 21094-5126
  5996535       +Thomas and Karen Orem, JTCWRS,    29838 Hillary Ave,    Easton MD 21601-4894
  5996538       +USA.NET, Inc,    Attn: Legal Dept,    1155 Kelly Johnson Blvd,    Colorado Springs, Co 80920-5917
  5996574       +USPFO for DC,    c/o: Comptroller - Ms. Bolton,    189 Foremba Court S.W.,
                  Washington, DC 20373-5115
  5996575       +USPFO for West Virginia,    50 Armory Road,    Buckhannon, WV 26201-2052
  5996573       +Unicom Services,    PO Box 12724,    Odessa, TX 79768-2724
  5996536       +United Service Source, Inc.,    9145 Ellis Road,    Melbourne, FL 32904-1019
  5996537       +United Shipping Solutions,    Attn Ted Michaelson,    1880 S. Dairy Ashford, Suite #620,
                  Houston, TX 77077-4781
  6033878       +United Shipping Solutions,    Attn Ted Michaelson,    10900 Northwest Freeway, Suite 219,
                  Houston, TX 77092-7317
  5996539       +VT iDirect Inc.,    Attn Geneza Simoes,    13865 Sunrise Valley Dr.,    Herndon, VA 20171-6187
  6155475       +Wacker Landscaping,    804 Briarway St.,    Pasadena, TX 77503-2004
  5996540       +Wacker, Timmy Thomas,    804 Briarway,    Pasadena, TX 77503-2004
  5996541        Waste Management - Pasadena,    P. O. Box 78251,    Phoenix, AZ 85062-8251
  5996542       +Whitworth, Douglas,    11140 Aerospace Avenue,    Houston, TX 77034-5596
  5996543       +WhizKid Ventures,    4700 South Bowman Rd,    Little Rock, AR 72210-2357
  5996544       +Wilkinson, Barker, Knauer LLP,    Attn Bob Primosch,    2300 N Street NW, Suite 700,
                  Washington, DC 20037-1191
  5996545        Williams Mullen,    P.O. Box 91719,    Richmond, VA 23291-1719
  6033880       +X-Analog Communications, Inc.,    c/o Jeffrey Wells Oppel,    1010 Lamar Suite 1420,
                  Houston, TX 77002-6315
  6154121       +X-Analog Communications, Inc.,    1835 Algoa Friendswood Drive,    Alvin, TX 77511-8479
  5996546        XO Communications,    Scott Harrison,    2401 Portsmouth, 2nd Floor, Suite 200,    Houston, TX 77098
  6155488       +iDirect, Inc.,    c/o Dylan G. Trache, Wiley Rein LLP,    7925 Jones Branch Drive, Suite 6200,
                  McLean, Virginia 22102-3376
```

```
District/off: 0541-4          User: vatt              Page 5 of 5          Date Rcvd: Jul 09, 2009
Case: 08-36737                Form ID: pdf001         Total Noticed: 259
```

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Jul 09, 2009.
```
5996437         E-mail/Text: tammie.bennett@wolterskluwer.com                       CT Corporation,
                 Attn Jennifer K. Miller,    P.O. Box 4349,    Carol Stream, IL 60197-4349
5996428        +E-mail/Text: RAINACH@MSN.COM                              CenturyTel,   100 Centurytel Drive,
                 Monroe, LA 71203-2041
5996481        +E-mail/Text: patrick@longbottomcommunications.com
                 Longbottom Communications,    Attn Penelope Longbottom,    6105 N. 28th St., Arlington,
                 Arlington, VA 22207-1107
6033879         E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 09 2009 22:02:36      Verizon Wireless,
                 Attn Alexis B Murray,    P O Box 660108,   Dallas, TX 75266-0108
6115748        +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 09 2009 22:03:31      Verizon Wireless,
                 PO Box 3397,   Bloomington, IL 61702-3397
6019536        +E-mail/Text: brad.lee@xo.com                              XO Communications Inc,   Attn: Brad Lee,
                 105 Molloy Street Ste 300,   Nashville, TN 37201-2315
                                                                                                TOTAL: 6

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Edward L. Rothberg
aty             Kenneth English
cr              Advanced Projects International, Inc.
cr              Alpheus Communications, L.P.
cr              Alpheus Data Services, L.L.C.
cr              Data Technology Solutions, LLC
cr              Farnam Street Financial, Inc.
cr              Globecomm Services Maryland, LLC
acc             Hein & Associates LLP
cr              Intelsat Corporation
cr              Intelsat, Ltd.
cr              SES New Skies Satellites, Inc.
sp              Wilkinson Barker Knauer LLP
cr              iDirect, Inc.
6033882         Case Number  07-36393,    Total Creditors Added to Database  47
5996435         Cincinnati, OH 45240,    Credit Agricole,    Attn Oliver Apostoloski
6033881         Creditors Receipt - Filed 11/25/2008
6033883         File A Proof Of Claim,    Return To Creditor Maintenance Menu
cr*            +Interado Inc.,   c/o Elaine Stuart,    1601 Dry Creek Dr.,   Longmont, CO 80503-6493
6033835*       +American Registry for Internet Numbers,    3635 Concorde Parkway, Suite 200,
                 Chantilly, VA 20151-1125
6135302*        City of Houston, Texas,   C/o John M. Helms,    P.O. Box 368,   Houston, Texas 77001-0368
6033842*       +Data Technology Solutions, LLC,    c/o Bryan E. Lege,   Kraft Gatz Lane Benjamin LLC,
                 600 Jefferson St. Suite 410,    Lafayette, LA 70501-6987
6033845*       +EchoStar Corporation,    Attn Rhonda Parson,    90 Inverness Circle East,
                 Englewood, CO 80112-5317
6033862*       +Partners Electrical Services,    7303 Windfern Rd Suite 200,   Houston, TX 77040-2312
5996520*        Sequoia Aggressive Growth Fund Ltd,    c/o Semper Gestion SA,   5 rue Pedro-Meylan,
                 1208 Geneva, Switzerland
                                                                                           TOTALS: 18, * 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2009**                              **Signature:**     *Joseph Speetjens*