**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO.  08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

**EMERGENCY MOTION TO APPROVE MODIFICATIONS**
**TO DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION**
**AND REQUEST TO SET EXPEDITED HEARING**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 20 DAYS\*\* OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

**\*\* EMERGENCY CONSIDERATION HAS BEEN SOUGHT FOR AUGUST 7, 2009 AT 8:30 A.M.**
REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The Debtor, SKYPORT GLOBAL COMMUNICATIONS, INC. ("Skyport" or Debtor"),

hereby moves this Court on an emergency basis, pursuant to 11 U.S.C. §1127 and Bankruptcy

Rule 3019, for an order approving the attached modifications to its Chapter 11 Plan of

Reorganization (the "Modification").  The grounds for this motion are as follows.

**Expedited Basis and Certification**

1.      The reason for the filing of this motion is that Skyport just reached agreement

with its principal secured creditors to support its Chapter 11 Plan, as modified.  The attached

Modifications reflect these additional changes and certain other minor changes requested by other creditors. The Debtor requests emergency consideration of this motion because a confirmation hearing on the Debtor's Chapter 11 Plan of Reorganization is scheduled for August 7, 2009 at 8:30 a.m. The Modification must be approved before the Chapter 11 Plan can be confirmed. The verification required under BLR 9013 is found at the end of this document. Debtor requests that the hearing on this motion be set at the same date and time as the hearing on confirmation.

### Jurisdiction and Venue

2.      This Court has jurisdiction over this case pursuant to 28 U.S.C. § § 157 and 1334.

3.      This is a core proceeding under 28 U.S.C. § 157(b)(2) and Venue of the Debtor's Chapter 11 case is proper in this district pursuant to 28 U.S.C. §§ 1408(1) and (2).

### Factual Background

4.      Skyport has two principal secured creditors. They are the Aegis Texas Venture Fund ("Aegis"), which is owed $2.5 million and CenturyTel, which is owed $2.7 million. There is a dispute between Aegis and CenturyTel over the validity and priority of their respective liens.

5.      The Debtor proposed its Chapter 11 Plan of Reorganization (Docket #223) on May 22, 2009 (the "Plan"). The Plan provides for Skyport to make payments to satisfy the secured creditors into a disputed claim reserve account pending resolution of their lien disputes. The Plan contained two alternatives for making this payment. The first alternative was an immediate cash payment of $800,000 to be funded by an exit loan. The second alternative was payment of $1.7 million in cash over a three year period. The undersecured portions of these claims were to be treated as general unsecured claims.

6.      The First Amended Disclosure Statement was approved on July 9, 2009.

7.      The Disclosure Statement, Plan, and Ballots (the "Package") were mailed to all creditors on July 10, 2009 who have until August 4, 2009, to vote to accept or reject the Plan.

8.      Thereafter, both Aegis and CenturyTel indicated that they would vote against the Plan unless the treatment of their claims was changed.  A conference involving Skyport, Aegis and CenturyTel with all principals present was held on July 23, 2009.  During that conference comprehensive agreements were reached which resolved the lien validity and priority disputes as well as plan treatment.  The agreements are embodied in the attached Modifications along with some other changes agreed to by the State of Texas, Intelsat and Alpheus Communications all solely with respect to the treatment of their claims.  The treatment of other classes was not changed.

9.      Based on the attached Modifications, the Debtor anticipates that Aegis and CenturyTel will vote to accept the Plan.

## Summary of Modifications

10.     The Modification grants CenturyTel an allowed secured claim in the amount of $1.5 million and Aegis an allowed secured claim in the amount of $800,000.  Each creditor is granted a first lien on separate collateral and agrees to forgo any second lien on the collateral granted to the other.  The claims are paid over varying time periods as set forth in the Modification with interest at the rate of 6% per annum.  The undersecured portions of their respective claims are treated as general unsecured claims.

11.     The Modification also clarifies the treatment for the State of Texas Sales tax claim and incorporates settlements reached with Alpheus Communications and Intelsat regarding their executory contracts.

**Legal Background**

12.     The Bankruptcy Code specifically envisions that a plan proponent may modify the plan prior to confirmation.  Specifically, 11 U.S.C. §1127(a) states:

> (a) The proponent of a plan may modify such plan at any time before confirmation, but may not modify such plan so that such plan as modified fails to meet the requirements of sections 1122 and 1123 of this title. After the proponent of a plan files a modification of such plan with the court, the plan as modified becomes the plan.

13.     Case law further holds that the plan proponent's right to amend is liberally construed.  See *In re FCX, Inc.* 853 F2d 1149, (4th Cir, 1988), *cert. denied* 489 US 1011 (1989) (modification permitted, even assuming "requirements for formal plan modification were not rigidly complied with").

14.     Bankruptcy Rule 3019(a) also governs pre-confirmation plan modifications and provides as follows:

> (a) Modification of plan before confirmation. In a chapter 9 or chapter 11 case, after a plan has been accepted and before its confirmation, the proponent may file a modification of the plan. <u>If the court finds after hearing on notice</u> to the trustee, any committee appointed under the Code, and any other entity designated by the court <u>that the proposed modification does not adversely change the treatment of the claim of any creditor or the interest of any equity security holder</u> who has not accepted in writing the modification, it shall be deemed accepted by all creditors and equity security holders who have previously accepted the plan

15.     The underlined portion of Rule 3019(a) indicates that the Court may approve a plan modification so long as it does not adversely change the treatment of any creditor or equity security holder who has not accepted such change.  Here, the Modification only impacts the creditors described therein and all of them have agreed to the change in treatment.  The claims of creditors who are not addressed in the Modification are completely unchanged.  Therefore, the Debtor submits that the Modification should be approved and that the creditors who have already voted on the plan should be deemed to have accepted the Modification.

16.     The issue concerning when a modification requires additional disclosure and a new vote was discussed at length in the landmark case of *In re American Solar King Corp.*, 90 B.R. 808, 823 (Bankr. W.D. Tex. 1988).  There, the Court dealt with a situation where stock was going to be distributed, but the modification provided for some minor dilution of the actual equity interests to be received.  In determining whether this modification should be permitted without requiring additional disclosure and solicitation, Judge King stated,

> Section 1127(c) requires that all modifications satisfy the adequacy-of-disclosure concerns of Section 1125. 11 U.S.C. § 1127(c). This does not necessarily mandate the preparation of a new disclosure statement and resolicitation of the plan, however. See H.R.Rep. No. 595, 95th Cong, 1st Sess 411 (1977) ("if the modification were sufficiently minor, the court might determine that additional disclosure was not required"); 5 Collier on Bankruptcy, para 1127.03, p. 1127-6 (15th ed. 1987) ("a new disclosure statement is not required in every case where a modification is requested"). Further disclosure occurs only when and to the extent that the debtor intends to solicit votes from previously dissenting creditors or when the modification materially and adversely impacts parties who previously voted for the plan. The modification here proposed does not of itself contemplate further solicitation of classes or claimants, so our focus shifts to the materiality of the modification.

*Id* at 823.   In determining whether a modification is material, Judge King adopted the following definition:

> A modification is *material* if it so affects a creditor or interest holder who accepted the plan that such entity, if it knew of the modification, would be likely to reconsider its acceptance.8 *Collier on Bankruptcy,* para. 3019.03, p. 3019-3 (15th ed. 1987). The severity of the modification need not be such as would motivate a claimant to *change* their vote--only that they would be apt to *reconsider* acceptance. A modification which is not likely to trigger such reconsideration *de facto* satisfies Section 1125 disclosure requirements.

*Id* at 824.

17.     Judge King determined that the stock dilution in that case would be at most 1%. Based on the foregoing concepts and definitions, Judge King found that:

> A dilution of less than one percent (1%) is thus the outcome of the modification, a dilution which this court finds to be so small that no previously assenting creditor

would be motivated to reconsider their vote because of it. Because the modification would not trigger reconsideration, the requisites of Section 1127(c) are satisfied by the existing disclosure statement.

Id.

18.     The Debtor submits that in this case the Modification is even less material than Solar King since the creditors not treated in the Modification are receiving the exact same treatment as reflected in the disclosure statement.  As a result, no creditor who has already voted in favor of the Plan would bother to reconsider its vote.

19.     The Debtor therefore asks that the Court deem the Modifications non-material and otherwise approve them.  In addition, the Court should find under Bankruptcy Rule 3019, that all creditors who have already accepted the Plan shall be deemed to accept this Modification.

WHEREFORE, the Debtor prays that:

1.     The Court set a hearing on this motion for August 7, 2009, at 8:30 a.m.

2.     The Court finds that the Modification does not adversely affect the treatment of any creditor who has not already accepted the change.

3.     The Court determines that the Modification shall be deemed to be accepted by all creditors and equity security holders who have previously accepted the plan.

4.     The Court grants such other and further relief as is just and proper.

Dated: July 30, 2009

Respectfully submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:*/s/ Edward L. Rothberg*
       EDWARD L. ROTHBERG
       State Bar No. 17313990
       HUGH M. RAY, III
       State Bar No. 24004246
       1400 Summit Tower
       Eleven Greenway Plaza
       Houston, Texas 77046
       Telephone: (713) 961-9045
       Facsimile: (713) 961-5341

ATTORNEYS FOR DEBTOR

## **Verification**

The factual statements in paragraph 1 are true and correct within my own personal knowledge. In my opinion, a genuine emergency exists that requires consideration of this matter at the confirmation hearing to avoid hardship to the Debtor. I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 29, 2009

              /s/ *Edward L. Rothberg*
              Edward L. Rothberg

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing motion were forwarded U.S. first class mail, postage prepaid, and/or by electronic mail through the ECF notification system, on July 30, 2009, to parties listed on the attached Service List.

_/s/Edward L. Rothberg_
Edward L. Rothberg

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **SKYPORT GLOBAL** | § | **CASE NO. 08-36737-H4-11** |
| **COMMUNICATIONS, INC.,** | § | |
| | § | |
| **DEBTOR** | § | **Chapter 11** |

### MODIFICATIONS TO CHAPTER 11 PLAN OF REORGANIZATION FILED BY DEBTOR, SKYPORT GLOBAL COMMUNICATIONS, INC. (DOC. 223)

Pursuant to Section 1127 of the Bankruptcy Code, the Debtor, Skyport Global Communications, Inc., hereby submits the following Modifications to the Chapter 11 Plan of Reorganization filed on May 22, 2009 (Doc. 223).

### Modifications to Article 3

Section 3.4 shall be modified by inserting the phrase "in full" on the second line after the word "paid" and by adding the following to the end of the section:

The only Allowed Priority Tax Claim is held by the Texas Comptroller of Public Accounts in the amount of $116,446. The quarterly payment is changed to $10,387. The balance of the Claim held by Texas Comptroller of Public Accounts in the amount of $9,989 shall constitute a General Unsecured Claim and paid in accordance with Section 4.4 of the Plan. Further, the Texas Comptroller of Public Accounts is exempted from Sec. 13.6. Finally, a failure by the Reorganized Debtor to make payment to priority tax creditors pursuant to the terms of the Plan shall be an Event of Default. If the reorganized debtors fail to cure an Event of Default as to tax payments within ten (10) days after service of a written notice of default from a priority tax creditor, then a priority tax creditor may (a) enforce the entire amount of its claim; (b) exercise any and all rights and remedies under applicable nonbankruptcy law, and ( c) seek such relief as may be appropriate in this court.

### Modifications to Article 4

Section 4.2.1 through 4.2.5 shall be deleted in their entirety and replaced with the following:

EXHIBIT "A"

4.2.1  Classification of CenturyTel Claim. Class 2A consists of the Secured Claim of CenturyTel, which holds a total claim of $2.7 million. CenturyTel shall be granted an Allowed Secured Claim in the amount of $1.5 million.

4.2.2  Treatment. The CenturyTel Allowed Secured Claim shall bear interest at the rate of 6% per annum and shall be paid with equal monthly payments based on a fifteen year amortization commencing December 31, 2009. The entire principal balance shall be due and payable on December 31, 2014. The Reorganized Debtor may prepay this Claim without prepayment penalty. CenturyTel shall retain its liens and security interests; however, the CenturyTel Allowed Secured Claim shall be secured by a lien solely on the Reorganized Debtor's interests in real estate, the City of Houston ground lease, any buildings and improvements thereon and fixtures therein, as well as the generator and related electrical equipment described in the attached Exhibit A. Said liens shall be first and priming liens on said property in preference and priority to any and all other claims and interests. The Reorganized Debtor agrees to provide CenturyTel with confirmation of the payment of rent on the ground lease with the City of Houston. The failure to timely pay a rental payment in accordance with the ground lease shall be a default of the obligations created hereunder. The balance of the CenturyTel Claim in the amount of $1.2 million shall constitute a General Unsecured Claim and paid in accordance with Section 4.4 of the Plan.

4.2.3  Classification of Aegis Claim. Class 2B consists of the Secured Claim of Aegis which holds a total claim in the amount of $2.5 million. Aegis shall be granted an Allowed Secured Claim in the amount of $800,000.

4.2.4  Treatment. The Aegis Allowed Secured Claim shall bear interest at the rate of 6% per annum and shall be paid with equal monthly payments based on a four year amortization commencing December 31, 2009. The entire principal balance shall be due and payable on December 31, 2012. The Reorganized Debtor may prepay this Claim without prepayment penalty. Aegis shall retain its pre and postpetition liens; however, the Aegis Allowed Secured Claim shall be solely secured by a lien on all existing and future general intangibles, intellectual property, equipment, inventory, investment property, contracts, personal property FCC licenses and proceeds from each, except accounts receivable and customer contracts, and the generator and related electrical equipment described in the attached Exhibit A. Said liens shall be first and priming liens on said property in preference and priority to any and all other claims and interests. For a period of 12 months from December 31, 2009, Aegis shall have the right to convert $100,000 of its Allowed Secured Claim to a 5% equity interest in the Reorganized Debtor. The balance of the Aegis Claim

in the amount of $1.7 million shall constitute a General Unsecured Claim and paid in accordance with Section 4.4 of the Plan.

## Modifications to Article 9

Article 9 shall be modified by adding the following new sections 9.5 and 9.6.

9.5      The Debtor entered into a settlement with Alpheus Communications, L.P. and Alpheus Data Services, LLC agreeing, among other things, to assume two pre-petition executory contracts as modified, agreeing to a reduced cure amount, and waiving preference claims (Doc. 237). This settlement was approved by the Court pursuant to its Order Approving Compromise and Settlement dated July 7, 2009 (Doc. 259). This settlement is hereby incorporated and made part of the Plan.   To the extent that anything contained in this Plan conflicts with the settlement agreement, the terms of the settlement agreement shall control.   Likewise, notwithstanding anything to the contrary contained in this Plan, Alpheus' cure claim shall be paid in accordance with the settlement agreement, and Alpheus shall not be required to file any application for payment of any administrative claims relating to the assumption of Alpheus' contracts and its cure claim related thereto.

9.6      On February 26, 2009, the Court entered its Order Authorization Rejection of Non-Exclusive Service Agreement with Intelsat (Doc. 120). Notwithstanding that order, disputes remained between Intelsat and the Debtor over potential pre-petition preferential payments and the Debtor's refusal to pay for post-petition services.   The Debtor and Intelsat have resolved this dispute by agreeing to: (i) grant Intelsat a $25,000 Administrative Claim payable in accordance with Section 3.2 of the Plan; (ii) grant Intelsat a $1 million General Unsecured Claim payable in accordance with Section 4.4 of the Plan; and (iii) waive all claims existing between the Debtor and Intelsat (or any of their affiliates, including Intelsat LLC, Intelsat, Ltd. and Balaton Group) and their respective agents, attorneys, officers and directors.   This settlement was approved by the Court pursuant to its Agreed Order to Estimate Intelsat Claim dated July 24, 2009 (Doc. 285). This settlement is hereby incorporated and made part of the Plan.

## Modification to Article 12

Section 12.1 shall be modified by deleting the word "exclusive" on the second line.

## Modifications to Article 13

Section 13.7 shall be modified by adding a new section 13.7.4 as follows

13.7.4 Subject to confirmation of the Plan, Aegis, CenturyTel, Balaton and Robert Kubbernus on behalf of themselves, their agents, officer, directors, employees, legal representatives, attorneys, predecessors, successors, and assigns and all persons, natural or corporate, in privity with them, expressly RELEASE, ACQUIT and FOREVER DISCHARGE each other from any and all Claims, demands, responsibilities, obligations, liabilities and causes of action of whatsoever nature, statutory or otherwise, in contract or in tort, whether known or unknown, fixed or contingent; it being the intent of the parties hereto to fully and completely release all claims and settle all disputes and controversies, whether heretofore asserted or not.  This mutual release has been consensually agreed to by the named parties.

DATED:      July 30, 2009

SKYPORT GLOBAL COMMUNICATIONS, INC

By: */s/Robert Kubbernus*_____
      Robert Kubbernus, CEO

OF COUNSEL:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
Edward L. Rothberg
State Bar No. 17313990
Hugh M. Ray, III
State Bar No. 24004246
Eleven Greenway Plaza, Suite 1400
Houston, TX  77046
Telephone:  713.961.9045
Facsimile:  713.961.5341

ATTORNEYS FOR SKYPORT GLOBAL COMMUNICATIONS, INC.

Exhibit A

POWER ROOM EQUIPMENT, INCLUDING BUT NOT LIMITED TO ASSORTED BATTERIES, (2) UPS MAINTENANCEBYPASS PANELBOARD CONTROL PANELS W/ SQUARE D CIRCUIT BREAKERS, ASSORTED OTHER SQUARE DCONTROL PANELS, (2) LIEBERT 150KVA UNINTERRUPTIBLE POWER MODULES, (2) LIEBERT 360A UNINTERRUPTIBLEPOWER SYSTEMS, (2) LIEBERT COOLING UNITS, (2) DISTRIBUTION 1600XL UNITS, ASSORTED RECTIFIERS, ETC.

GENERATOR, CATERPILLAR, S/N CAT00000K9EP02559, INCLUDES CATERPILLAR GEN SET3412, MFG. 2003, 750 KVA,600KW, GENERATOR MOUNTED ONTO 2,000 GALLON WELDED CARBON STEEL DIESEL FUEL TANK, ALSO INCLUDESSIMPLEX LOAD BANK MOUNTED ONTO END OF GENERATOR SYSTEM AND CONTROLS LOCATED INSIDE BUILDING [B]

AIR CONDITIONING UNITS, LIEBERT, (3) TOTAL EACH W/ LED READOUT, ALSO INCLUDES LIEBERT PRECISIONPOWER NETWORK POWER SUPPLY, EMERSON NETWORK POWER HELIOS DISTRIBUTION BAY INCLUDING METERASSEMBLY AND OTHER DISTRIBUTION PANELS, ETC.,

IRE ALARM SYSTEM, JOHNSON CONTROLS INCLUDES IFC 200 CONTROL, ETC.,

**MASTER SERVICE LIST**
**SkyPort Global Communications; Debtor**
**Case # 08-36737-H4-11**

| | | |
|---|---|---|
| Skyport Global Communications, Inc.<br>11140 Aerospace Ave<br>Houston, TX 77034 | Harris County, et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson<br>P O Box 3064<br>Houston, TX 77253-3503 | Internal Revenue Service<br>Insolvency Section<br>1919 Smith MAIL STOP HOU 5022<br>Houston, TX 77002 |
| Internal Revenue Service<br>PO Box 21116<br>Philadelphia, PA 19114 | Stephen Statham<br>Office of the U. S. Trustee<br>515 Rusk, Room 3516<br>Houston, TX 77002 | William A. Frazell<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2538 |
| Securities & Exchange Commission<br>Attn: Angela Dodd<br>175 W. Jackson Blvd, Suite 900<br>Chicago, IL 60604-2908 | Paul Bettancourt<br>P. O. Box 4622<br>Houston, TX 77210-4089 | Pasadena I.S.D.<br>Tax Assessor-Collector<br>2223 Strawberry Rd.<br>Pasadena, TX  77501 |
| Balaton Group, Inc.<br>11140 Aerospace Ave<br>Houston, TX 77034 | Farnum Street Financial<br>Attn:  Ross Abrams<br>240 Pondview Plaza<br>5850 Opus Parkway<br>Minnetonka, MN 55343 | AEGIS Texas Venture Fund, LP<br>Attn: Kevin Dragan<br>11000 Richmond,  Suite 550<br>Houston TX  77042 |
| CenturyTel, Inc.<br>Attn: Stewart Ewing, CFO<br>100 CenturyTel Drive<br>Monroe, Louisiana 71203 | CenturyTel, Inc.<br>c/o Rex D. Rainach<br>A Professional Law Corporation<br>3622 Government Street<br>Baton Rouge, LA  70806-5720 | Brad Lee<br>Bankruptcy Specialist<br>XO Communications, LLC<br>105 Malloy Street<br>Nashville, TN 37201 |
| Intelsat USA Sales Corp.<br>Attn: Chris Nibecker<br>3400 International Drive NW<br>Washington DC 20008 | Telesat Network Services, Inc.<br>Attn: Richard O'Reilly<br>1601 Telesat Court<br>Ottawa<br>Ontario, Canada ON K1B 5P4 | EchoStar Corp.<br>Attn: Rhonda Parson<br>90 Inverness Circle East<br>Englewood, CO 80112 |
| SES New Skies Satellites, BV<br>Attn: Scott Sprague<br>2001 L Street, Suite 800<br>Washington, DC 20036 | AboveNet<br>Attn:  Thomas L. Kelly<br>360 Hamilton Ave., 7th Floor<br>White Plains, NY 10601 | The Spaceconnection, Inc.<br>Attn:  Deborah Williams<br>PO Box 6067<br>Burbank, CA 91510-6067 |
| Klabzuba Properties, Ltd.<br>Attn: Robert B. Higgs<br>14405 Walters Road, Suite 800<br>Houston, TX 77014 | VT iDirect Iinc.<br>Attn:  Geneza Simoes<br>13865 Sunrise Valley Drive<br>Herndon, VA 20171 | Alpheus Communications, L.P.<br>Alpheus Data Services<br>c/o Stephen W. Crawford, General Counsel<br>1301 Fannin Street, 20th Floor<br>Houston, TX 77002 |
| Seyfarth Shaw LLP<br>Attn:  Christina Putnam<br>700 Louisiana, Suite 3700<br>Houston, TX 77002 | Longbottom Communications<br>Attn: Penelope Longbottom<br>2343 N. Vernon St.<br>Arlington, VA 22207 | CompuCom<br>Attn: Minnie Morrison<br>7171 Forest Lane<br>Dallas, TX 75230 |

Houston Airport System
Attn: Scott Feldman
City of Houston
PO Box 60106
Houston, TX 77205-0106

Robert Half Technology
Attn: Ron Ravin
5720 Stone Ridge, Suite 3
Covington, CA 94588

DataPath, Inc.
Attn: Betty Herrington
3095 Satellite Boulevard
Duluth, GA 30096

XO Communications
Attn:  Scott Harrison
2401 Portsmouth, Suite 200
Houston, TX 77098

Verizon Wireless
Attn:  Alexis B. Murray
PO Box 660108
Dallas, TX 75266-0108

Wilkinson, Barker, Knauer LLP
Attn: Bob Primosch.
2300 N Street NW, Suite 700
Washington, DC 20038-1128

Balaton Group, Inc.
Seyfarth Shaw LLP
Attn:  Walter Cicack
700 Louisiana, Suite 3700
Houston, TX 77002

Pasadena Independent School District
c/o Law Office of Dexter D. Joyner
4701 Preston Ave.
Pasadena, TX 77505

AEGIS Texas Venture Fund, LP
c/o Kyung Lee / Jason Rudd
Diamond McCarthy Taylor Finley & Lee
909 Fannin, Suite 1500
Two Houston Center
Houston, Texas 77010

Digital Networks, LLC
c/o William H. Hoch, III
Crowe & Dunlevy
20 N. Broadway, Suite 1800
Oklahoma City, OK 73102

Globecomm Systems Inc
Attn:  Julia Hanft, General Counsel.
45 Oser Avenue
Hauppauge, NY 11788

Farnam Street Financial, Inc.
c/o Larry B. Ricke
Spence, Ricke, Sweeney & Gernes
Suite 600, Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101

Cisco Capital
c/o Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, California  94306

PAETEC
c/o Shannon I. Sullivan
Specialist - Revenue Assurance
PO Box 3177
Cedar Rapids, IA 52406-3177

Intelsat, Ltd.
c/o Herrick Feinstein LLP
Attn Stephen Selbst
Two Park Avenue
New York, NY 10016

William R. Greendyke
Jason L. Boland / Travis A. Torrence
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010

Sunrise Campus Investors dba
BPG Properties, Ltd
Attn:  Roger Byecroft & Keith Knight
11130 Sunrise Valley Drive, Suite 100
Reston, VA 20191

Intrado, Inc.
Attn: Elaine Stuart
1601 Dry Creek Drive
Longmont, CO 80503

Deloitte & Touche LLP
Attn Francesca Filippelli, Sr. Legal Specialist
30 Wellington Street West
P O Box 400, Stn Commerce Court
Toronto, ON M5L 1B1, Canada

SES New Skies Satellites, Inc.
c/o Philip W. Allogramento III
Stephen V. Falanga / Connell Foley LLP
85 Livingston Ave.
Roseland, NJ 07068

Verizon Wireless
P.O. Box 3397
Bloomington, IL 61702

Ambius
P.O. Box 95409
Palatine, IL 60095-0409

Patrick K. Brant
10186 Hillington Court
Vienna, VA 22182

Brett J. Kitei
Corporate Counsel
DISH Network L.L.C.
9601 South Meridian Boulevard
Englewood, Colorado 80112

Michael R. Rochelle / Kathleen M. Patrick
Rochelle McCullough LLP
325 N. St. Paul St., Suite 4500
Dallas, TX 75201

Digital Networks, LLC
c/o John F. Higgins
Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, TX 77002

iDirect, Inc.
c/o H. Jason Gold / Dylan G. Trache
Wiley Rein LLP
7925 Jones Branch Drive, Suite 6200
McLean, VA 22102

Alpheus Data Services, LLC
c/o William R. Greendyke
Jason L. Boland / John D. Cornwell
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010

Advanced Projects International Inc.
c/o Calvin Braun
Adair & Myers, PLLC
3120 Southwest Freeway, Suite 320
Houston, TX 77098

Advanced Projects International Inc.
c/o Kenneth English
Gaw, Van Male, Smith, Myers & Miroglio
1000 Main Street
Napa, CA 94559

Data Technology Solutions, LLC
c/o Bryan E. Lege
Kraft Gatz Lane Benjamin LLC
600 Jefferson St., Suite 410
Lafayette, LA 70501

San Jacinto Community College Dist.
Attn: Daniel J. Snooks
11550 Fuqua, Suite 490
Houston, TX 77034

Drillsite Broadcast Co.
c/o Collin D. Porterfield
Law office of Collin D. Porterfield
5956 Sherry Lane, Suite 1616
Dallas TK 75225

Gloster Holdings, LLC
c/o Samuel Goldman & Associates
100 Park Avenue, 20th Floor
New York, NY 10017

**FULL SERVICE LIST**
(Excluding Master  Service List)
**SkyPort Global Communications;
Debtor
Case # 08-36737-H4-11**

99869 Canada Inc
1320 Greaham Blvd Suite 115
Mont Royal, PQ H3P 3C8
Canada

ACA FORT RILEY
Directorate of Contracting
7410 Apennines Dr
Fort Riley, KS 66442

Advanced Business Copiers
P.O. Box 12018
Spring, TX 77391

Advanced C4 Solutions, Inc
4017 W. Martin Luther King, Jr. Blvd
Tampa, FL 33614

Advanced Projects International
Attn Project Management
1333 N. McDowell Blvd. Suite A
Petaluma, CA 94954

Al-Sarraj, Diya
PO Box 42042
AbuDhabi, United Arab Emirates

Amante, Robert
10076 Elcaballo Ct
Delray Beach, FL 33446

Ambius
P.O. Box 95409
Palatine, IL 60095-0409

Amerada Hess Corporation
P.O.Box 981732
El Paso, TX 79998-1732

American Business Development Group
2800 Shirlington Road
Arlington, VA 22206

American Registry for Internet Numbers
3635 Concorde Parkway, Suite 200
Chantilly, VA 20151

Anglo-French Technical Assistance Corp
ANTAS c/o Clariden Leu,
MPatrick Horner 1 Quai du Mont Blanc
PO Box 1304
CH-1211 Geneva 1, Switzerland

Applied Global Technologies, Inc
1006 Pathfinder Way
Rockledge, FL 32955

Aran Asset Management SA
Bahnofplatz
POBOX 4010
6304 Zug, Switzerland

Assous, Philippe
42396 Cascata Street
Indio, CA 92203

AT&T
P.O. Box 630047
Dallas, TX 75263-0047

B&T Janitorial Service
P. O. Box 1073
Manvel, TX 77578

Bevenco, Inc.
13312 Bright Sky Overlook
Austin, TX 78732-2393

BLF Partners
6526 Radley Drive
Spring, TX 77379

BMT Grantor Trust
422 E 72nd St - 8A & 8B
New York, NY 10021

BNP Corporation, Inc
500 N. Water
Suite 300
Corpus Christi, Tx 78471

Brant, Pat
10186 Hillington Ct
Vienna, VA 22182

Brown, Lyn McCrary
3726 Chanpions Dr
Beaumont, TX 77707-5471

Bryan W Harle, MD
7711 Louis Pasteur Ste 200
San Antonio, TX 78229

Bud Griffin Customer Support, Inc.
Attn Alexis B. Murray
PO Box 660108
Dallas, TX 75266-0108

Burnaby Business Solutions, Inc
Suite 5865, The First Canadian Place
PO Box 291
100 King Street West
Toronto, ON, M5X 1C9  Canada

Cecily McCrary Lane
28933 Pleasant Forest
Magnolia, TX 77355-4169

Chris Cooke, CPA
9030 Royal Crest Lane
Richmond, TX 77469

Cisco Systems Capital Corporation
170 West Tasman Drive, 3rd Floor
San Jose, CA 95134-1700

Cisco Systems, Inc.
7025 Kit Creek Road
Research Triangle Park, NC 27709

CitiGroup Glbal Mkts
IRA FBO Daniel Elstein
750 Sagg- Main St
Sagaponack, NY 11962

Clary, Steve
2200 N Rodney Parham #210
Little Rock, AR 72212

Clean Seal American Roofing
Attn Bobby Wright
2202 Quiver Lane
Houston, TX 77067

Constellation Networks
250 Front Street
Suite 420
Traverse City, MI 49684

Continuum Financial
1651 Old Meadow Road, Suite 600
Mc Lean, VA 22102

Credit Agricole
Attn Oliver Apostoloski
Chemin De Beree 46-48
1010 Laosanne 10
La Sallaz, Switzerland

Cap Rock Communications Inc.
4400 S Sam Houston Pkwy
Houston, TX 77048

CT Corporation
Attn Jennifer K. Miller
P.O. Box 4349
Carol Stream, IL 60197-4349

Currie, David
Suite 5865, The First Canadian Place
PO Box 291
100 King Street West
Toronto, ON, M5X 1C9 Canada

Data Technology Solutions, LLC
c/o Bryan E. Lege
Kraft Gatz Lane Benjamin LLC
600 Jefferson St. Suite 410
Lafayette, LA 70501

David Togut and Tracy Elstein
422 E 72nd St - 8A & 8B
New York, NY 10021

DE & JD Associates, Inc
750 Sagg- Main St
Sagaponack, NY 11962

DelSorbo Family Trust
Suite 5865, The First Canadian Place
PO Box 291
100 King Street West
Toronto, ON, M5X 1C9  Canada

Digital Networks LLC
8413 Gateway Terrace
Oklahoma City, OK 73149

Donovan Magnus
SES Americom, Inc.
P. O. Box 642368
Pittsburgh, PA 15264-2368

Douglas Whitworth
14327 Briarhills Parkway
Houston, TX 77077

Down Hole Water Management, Inc.
P.O. Box 632418
Nacogdoches, Texas 75963

Drillsite Broadcasting
1225 East Crosby Road
Carrolton, TX 75006

CDX Gas, LLC
14800 Landmark Blvd.
Suite 400
Dallas, TX 75254

Dunlop, Bruce
12407 Normont Drive
Houston, TX 77070

ECAL Partners, Ltd
6611 Centre Place Circle
Spring, TX 77379

Elstein, Daniel
750 Sagg- Main St
Sagaponack, NY 11962

Ergos Technology
1717 St. James Place
Houston, TX 77056

Eric Laney
Partners Electrical Services
7303 Windfern Rd Suite 200
Houston, TX 77040

Evest Group LLC
2200 N Rodney Parham #210
Little Rock, AR 72212

Evest Sky, LP
2200 N Rodney Parham #210
Little Rock, AR 72212

ExxonMobil USP
Attn: AD*UTILS
POBox 4290
Houston, TX 77210

Federal Communications Commission
Attn Hillary De Nigro Chief Investigatio
Enforcement Bureau
445  12th St. SW Rm 4-C330
Washington, DC 20554

Fox, Wayne C
Suite 5865, The First Canadian Place
PO Box 291
100 King Street West
Toronto, ON, M5X 1C9 Canada

Galmard, Eric
PO Box 130296
Houston, TX 77219-0296

Gignilliat, Paul
8301 Duckwood Drive
Cicero, NY 13039

Globalstar USA LLC
Attn Mimi Ash
461 E Milpitas Blvd
Milpitas, CA 95035

Gloster Holdings, LLC
100 Park Avenue 20th Floor
New York, NY  10017

Gowling Lafleur Henderson LLP
1 First Canadian Place, Suite 1600
100 King Street West
Toronto, ON M5X 165, Canada

Graves, John Robert
44 Bretagne
Little Rock, AR 72223

Graves, Sue Ann
44 Bretagne
Little Rock, AR 72223

Greenberg Traurig
2101 L Street, NW  Suite 100
Washington, DC 20037

Gutowsky, Chet
302 Pinesap Dr
Houston, TX 77079

Guy and Lisa Fielder, JTCWRS
2616 Maria Anna Rd
Austin, TX 78703

Huguley, George G.
11140 Aerospace Drive
Houston, TX 77034

Hunter Communications
36 Whistler Road
Scarsdale, NY 10583

Initial Tropical Plants
6205 Skyline Drive
Houston, TX 77057-7007

InterDyn Progressive Group
5177 Richmond Avenue
Houston, TX 77056

Intrado Inc
1601 Dry Creek Dr
Longmont, CO 80503

Jabbour, Elias
PO Box 208
Surra 45703 Kuwait

Jason Charles Togut Trust
422 E 72nd St - 8A & 8B
New York, NY 10021

Jeffrey Wells Oppel
1010 Lamar, Suite 1420
Houston, TX 77002

Johnson Controls, Inc.
P. O. Box 730068
Dallas, TX 75373-0068

Johnson, Greg
4895 Hampton Lake Drive
Marietta, GA 30068

Jolene Walker
ACS Signal Corporation
3384 Solutions Center
Chicago, IL 60677-3003

Joseph K and Ann L Baker, JTCWRS
30721 Berry Creek Dr
Georgetown, TX 78628

Kahan, Yecheskel
3 Kalev Way, #302
Monroe, NY 10950

Key Special Situations Fund
CIM Investment Management Limited
1 Regenet Street
London SW1Y 4NS, England

Khurana, Darshan
6110 Bernard Mergler
Cote St Luc, PQ H3X 4A5 Canada

Klabzuba Properties
Attn Hank Akin
930 West First St.
Fort Worth, TX 76102

Klabzuba Properties
c/o Bouland Wall & Wenzel PC
Attn William R. Korb, Jr.
301 Commerce St. #1500
Fort Worth, TX 76102

Klabzuba Properties
c/o Centra Asset partners, LLC
Attn Dusty Wolf
3730 FM 1960 West, Suite 300
Houston, TX 77068

Klein, Barry
77 Ross Street
Brooklyn, NY 11211

Klotz Investments Ltd
1609 Emory Circle
Plano, TX  75093

Krieger, Bella
3912 South Ocean Blvd #404
Highland Beach, FL 33487

Lavell Systems, Inc.
152 King Street E., Suite 400
Toronto, ON M5A 1J3  Canada

Llewellyn, John
1778 CR 407
Gonzales, TX 78629

Lopez, Joseph A
237 N Mountain Ave
Montclair, NJ 07042

Lyman Bros., Inc.
Attn Bob Griffith
12088 South Jordan Gateway
South Jordan, UT 84095

Lynn Joyce Elstein Trust
485 Oriskany Crt
Osprey, FL 34229

M Tech Staffing
PO Box 2001
Pasadena, TX 77501-2001

Marshal, Clarence
12701 South Harvard Ave
Jenks, OK 74037

MasterFile
3 Concorde Gate 4th Floor
Toronto, ON M3C 3N7, Canada

McCrary, Bradford DeWitt
76 Eaglerock Circle
The Woodlands, TX 77381

MediSat S.R.L.
Via Pietro Mascagni, 27/B
95037 San Giovanni La Punta
Catania, Italy

Meredith, Simon
40 Lena Gardens
London W6 7PZ, United Kingdom

Messier, Byron
Suite 5865, The First Canadian Place
PO Box 291
100 King Street West
Toronto, ON, M5X 1C9  Canada

Metcalf, George
2866 SE Ginza St.
Port St. Lucie, FL 34952

Milam Trust
135 Amarillo Drive
Magnolia, TX 77354

Mobil Mini Texas Ltd Partnership
P.O. Box 79149
Phoenix, AZ 85062-9149

Mobile Communications Systems, Inc
106 Bartz Ln
Belgrade, MT 59714

Mobile District, Corps of Engineers
101 21st Ave.
Tuscaloosa, AL 35401-1015

Movada, Ltd
6193 Hickory Hollow Lane
Conroe, TX 77304

Natural Soda, Inc.
3200 Country Rd 31
Rifle, Colorado 81850-8601

NLMC Inc
PO Box 2477
Spring, TX 77383

Novelli, Matteo
51 Rue De Naples
75008 Paris, France

NTR North America, LLC
4849 Alpha Rd #200
Dallas, TX 77244-4609

Oaklawn Partners Limited
Attn: Joseph F Long
18510 Muncaster Road
Rockville, MD 20855

Ozarka
#215 6661 Dixie Hwy, Suite 4
Louisville, KY 40258

Paetec
P.O. Box 3243
Milwaukee, WI 77035

Palomero, Ltd
25025 I-45 N Suite 410
The Woodlands, TX 77380

Palos Capital Pool
1 Place Ville Marie #1812
Montreal, PQ H3B 4A9  Canada

Palu Peou
1600 S. Eads,  Apt 607n
Arlington, VA 22202

Panneton, John E
Suite 5865, The First Canadian Place
PO Box 291
100 King Street West
Toronto, ON, M5X 1C9 Canada

Partners Electrical Services
7303 Windfern Rd Suite 200
Houston, TX 77040

Pate Consulting Inc.
1621 Milam St., Suite 220
Houston, TX 77002

Patriot Group
5000 Terminal Street
Bellaire, TX 77401-6007

PEPCO Holdings, Inc
IT Security & Business Alignme
701 Ninth Street, N.W.
Washington, D.C., DC 20068

Perito Eleven
7930 Summerfern Court
Cypress, TX 77433

Piergentili, Daniel
1681 Brown Ct
Long Mount, CO 80503

Pitney Bowes
Purchasing Power
P O Box 856042
Louisville, KY 40285

Pollak, Martin
16 Springwood Path
Laurel Hollow-Syosset, NY 11791

Port of Houston Authority
P.O. Box 2562
Houston, TX 77252

Premiere Global Services
PO Box 404351
Atlanta, GA 30384-4351

Puddy, Ltd
6193 Hickory Hollow Lane
Conroe, TX 77304

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

Ralph's Industrial Electronic Supplies
P. O. Drawer R
Lafayette, LA 70502

Reasons, Laurie McCrary
16 Brighton Way
Huntington, WV 25705

Rees, John A
11719 Hinson Rd Suite 130
Little Rock, AR 72212

Reiser, Melvyn
996 Henhawk Rd
Baldwin, NY 11510

Reliant Energy
P. O. Box 650475
Dallas, TX 75265-0475

Rentsys
Attn: Steve O'Neal
200 Quality Circle
College Station, TX 77845

Rig III
c/o Semper Gestion SA
40 A route de malagnou
1208 Geneva, Switzerland

Sabine Mud-Logging, Inc.
318 Brownwood Circle
Carthage, TX 75633-2507

Sairam, Ashwin M
159 Dresden Ave
Mont Royal, PQ H3P 3K1 Canada

Science Applications International
Corporation
CM2-12
7080 Columbia Gateway Drive
Columbia, MD 21046

Semanach, Peter
13456 Muirkirk Lane
Herndon, VA 20171

Sequoia Aggressive Growth Fund Ltd
c/o Semper Gestion SA
5 rue Pedro-Meylan
1208 Geneva, Switzerland

Sequoia Aggressive Growth Fund Ltd
c/o Semper Gestion SA
5 rue Pedro-Meylan
1208 Geneva, Switzerland

SES New Skies BV fna New Skies
Satellites BV
Attn General Counsel
Rooseveltplantsoen 4
2517 KR The Hague
The Netherlands

Siemens
6901 Muirkirk Meadows Drive
Beltsville, MD 20705

Skimmons, Brian
633 Kent Oaks Way
Gaithersburg, MD 20878

Skycomm Technologies Corp.
11140 Aerospace Drive
Houston, TX 77034

Soko Brothers Communications Inc.
P O Box 8806
Elkridge, MD 20175

Solomon, Lawrence
5419 NW 42nd Ave
Boca Raton, FL 33496

SP Equipment LLC
100 Centurytel Drive
Monroe, LA 71203

Spalmini
Advanced Projects International
1333 N. McDowell Blvd. Suite A
Petaluma, CA 94954

State of Missouri
OA-ITSD
Truman Bldg Rm 280
Jefferson City, MO 65101

State Teacher Retirement System of Ohio
275 East Broad Street
Columbus, OH 43215

Stein, Michael
385 South End Ave Apt# 6-C
New York, NY 10280-1041

Sterling Computers - USPFO Kentucky
USPFO-Kentucky
1508 Square Turn Blvd.
Norfolk, NE 68701

Sunrise Campus Investors dba BPG
Properties
c/o Keith Knight
11130 Sunrise Valley Drive Ste 100
Reston, Virginia  20191

Sunrise Campus Investors LLC
c/o BPG Properties, Ltd
Attn General Counsel
770 Township Line Road, Suite 150
Yardley, PA 19067

Sunrise Campus Investors LLC
c/o Venable LLP
Attn Philip M. Horowitz
575 7th St. NW
Washington, DC 20004

Sunrise Campus Investors LLC
dba BPG Properties Ltd.
Attn Roger Byecroft
11130 Sunrise Valley Dr., Suite 100
Reston, VA 20191

Sunvenus Holdings Limited
c/o Smith Barney, NY
Attn David Beechler
399 Park Avenue, 12th Floor
New York, NY 10022

Sunvenus Holdings Limited
284 Makarios Ave
Fortuna Court Block B
Limassol, Cypres

SYSCO Corporation
Attn: Amanda Cendalski
1390 Enclave Parkway
Houston, Tx 77077-2099

Takefman, Joyce Nisker
3577 Atwater Ave Apt 1513
Montreal PQ, H3H 2R2 Canada

TCF Leasing, Inc.
P O Box 4130
Hopkins, MN 55343-4130

TechMinders, Inc
412 E. Indian Spring Drive
Silver Spring, MD 20877

Telnor International Pte Ltd.
Attn William G. Hutchison
28 Dalvey Estate Rd
Singapore 259548

Texas Commission on Environmental
Quality
12100 Park 35 Circle Building A
Austin, TX 78753

Texas Comptroller of Public Accounts
P O Box 13528
Austin, TX 78711-3528

Texas National Guard  - Adjutant General's
Department
PO Box 5218
Austin, TX 78763-5218

Texas Security Gates
2622 Townhall Ln.
Katy, TX 77449

Thomas and Karen Orem, JTCWRS
29838 Hillary Ave
Easton MD  21601

Unicom Services
PO Box 12724
Odessa, TX 79768

United Service Source, Inc.
9145 Ellis Road
Melbourne, FL 32904

USA.NET, Inc
1155 Kelly Johnson Blvd
Colorado Springs, Co 80920

USPFO for DC
c/o: Comptroller - Ms. Bolton
189 Foremba Court S.W.
Washington, DC 20373-5814

USPFO for West Virginia
50 Armory Road
Buckhannon, WV 26201-8818

Wacker, Timmy Thomas
804 Briarway
Pasadena, TX 77503

Waste Management - Pasadena
P. O. Box 78251
Phoenix, AZ 85062-8251

Whitworth, Douglas
11140 Aerospace Avenue
Houston, TX 77034

WhizKid Ventures
4700 South Bowman Rd
Little Rock, AR 72210

Wilkinson, Barker, Knauer LLP
Attn Bob Primosch
2300 N Street NW, Suite 700
Washington, DC 20037-1128

Williams Mullen
P.O. Box 91719
Richmond, VA 23291-1719

X-Analog Communications, Inc.
c/o Jeffrey Wells Oppel
1010 Lamar Suite 1420
Houston, TX 77002

David Samuels
3024  45th Street NW
Washington, DC 20016

Michael Thompson
2919 Red Oak Leaf Trail
Houston, TX 77084-8801