John E. Mitchell, SBT #00797095
John C. Ivascu, SBT #24067680
**VINSON & ELKINS L.L.P.**
First City Tower
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Tel: 713-758-2222
Fax: 713-758-2346

**ATTORNEYS FOR DRACO CAPITAL, INC.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC. | § | |
| | § | |
| DEBTOR. | § | Chapter 11 |
| | § | |

**LIMITED JOINDER IN CENTURYTEL, INC. AND AEGIS TEXAS VENTURE FUND, LP'S OBJECTION TO THE PROPOSED PLAN OF REORGANIZATION OF SKYPORT GLOBAL COMMUNICATIONS, INC.**

**DRACO CAPITAL INC.** ("Draco") hereby files this *Limited Joinder in CenturyTel, Inc. and Aegis Texas Venture Fund, LP's Objection to the Proposed Plan of Reorganization of SkyPort Global Communications, Inc.* (the "Plan")[1] proposed by SkyPort Global Communications, Inc. (the "Debtor") and respectfully states as follows:

1. Clear Sky Investments, L.P., a Delaware limited partnership ("Clear Sky") holds 359,724,400 shares of Skycomm, representing a 48.81 percent interest in Skycomm. Draco, in turn, is a limited partner of Clear Sky. Draco is also an unsecured creditor in this Bankruptcy Case, as the transferee of the claim of Brian Skimmons.

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning as those given in the Plan.

2. Draco hereby joins (the "Joinder") in the Objection of CenturyTel, Inc. to Chapter 11 Plan of Reorganization and Aegis Texas Venture Fund, LP's Objection to Debtor's Proposed Plan (the "Objections")[2].

## JOINDER

**Aegis Texas Venture Fund, LP's Objections**

3. Draco agrees with the legal arguments and assertions set forth in paragraphs 10 through 18, 22 and 23 and hereby joins such objections of Aegis Texas Venture Fund, LP.

**CenturyTel, Inc. Objections**

4. Draco agrees with the legal arguments and assertions set forth in paragraphs 7 and 20 and hereby joins such objections of CenturyTel, Inc.

5. Draco files this Joinder expressly subject to, and without waiver of any and all rights, remedies, challenges and objections. Draco also specifically reserves, and does not waive, its ability to supplement the Joinder, and to present any additional arguments at any hearing. Draco also reserves to the right to oppose the Plan modifications, recently filed by the Debtor.

*[Signature Page Follows]*

---

[2] The Objections are filed as Dkt. No. 291 and 294, respectively.

Dated: August 2, 2009

        Respectfully submitted,

        **VINSON & ELKINS L.L.P.**
        First City Tower
        1001 Fannin Street, Suite 2500
        Houston, Texas 77002-6760
        Tel:  713-758-2222
        Fax: 713-758-2346


        By:           /s/ John E. Mitchell
        John E. Mitchell, SBT #00797095
        John C. Ivascu, SBT #24067680


        **ATTORNEYS FOR DRACO CAPITAL, INC.**


## CERTIFICATE OF SERVICE

     This is to certify that on August 2, 2009, a copy of the foregoing document was served upon all parties via the Court's electronic case filing system (ECF) and via U.S. Mail on August 3, 2009, to those parties indicated by ECF as not receiving electronic e-mail service.

        By:           /s/ John E. Mitchell
                One of counsel