John E. Mitchell, SBT #00797095
John C. Ivascu, SBT #24067680
**VINSON & ELKINS L.L.P.**
First City Tower
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Tel:  713-758-2222
Fax: 713-758-2346

**ATTORNEYS FOR DRACO CAPITAL, INC.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC. | § | |
| | § | |
| DEBTOR. | § | Chapter 11 |
| | § | |

## REQUEST FOR EXPEDITED CONSIDERATION
## OF EXPEDITED MOTION TO TERMINATE EXCLUSIVITY

**TO THE HONORABLE JEFF BOHM**
**UNITED STATES BANKRUPTCY JUDGE:**

**DRACO CAPITAL INC.** ("Draco"), by and through its undersigned counsel, respectfully requests that the Court consider the Expedited Motion to Terminate Exclusivity, filed on August 4, 2009, on an expedited basis on August 7, 2009 or as soon as possible thereafter as the Court's docket may allow.

Such expedited consideration is necessary because this Court is considering confirmation of SkyPort Global Communications, Inc.'s plan of reorganization on August 7, 2009 and Draco respectfully requests that this Court take into consideration the potential for a competing plan of reorganization by Draco.

Dated: August 4, 2009

Respectfully submitted,

**VINSON & ELKINS L.L.P.**
First City Tower
1001 Fannin, Suite 2500
Houston, Texas 77002-6760
Tel:  713-758-2222
Fax: 713-758-2346


By:_____/s/ John E. Mitchell_____
John E. Mitchell, SBT #00797095
John C. Ivascu, SBT #24067680


**ATTORNEYS FOR DRACO CAPITAL, INC.**



## CERTIFICATE OF SERVICE

This is to certify that on August 4, 2009, a copy of the foregoing document was served upon all parties via the Court's electronic case filing system (ECF) or by United States First Class Mail, postage prepaid, on the attached service list.

By:_____/s/ John E. Mitchell_____
One of counsel

SERVICE LIST

SkyPort Global Communications, Inc.
11140 Aerospace Avenue
Houston, Texas 77034

Edward L. Rothberg
Melissa Anne Haselden
Hugh Massey Ray, III
Weycer Kaplan Pulaski & Zuber PC
11 Greenway Plaza, Suite 1400
Houston, TX 77046

Jessica L. Hickford
Law Office of RJ Atkinson LLC
3617 White Oak Drive
Houston, TX 77007

Stephen D. Statham
Office of the US Trustee
515 Rusk, Suite 3516
Houston, Texas 77002

Securities & Exchange Commission
Attn: Angela Dodd
175 W. Jackson  Blvd., Suite 900
Chicago, IL 60604-2908

Internal Revenue Service
P. O.  Box 21126
Philadelphia, PA 19114

Internal Revenue  Service
Special Procedures Branch
1919 Smith
Mail Stop HOU 5022
Houston, Texas 77002

Intelsat Ltd.
C/O Stephen Selbst
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

John M. August
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102

EchoStar Corporation
Attn: Rhonda Parson
90 Inverness Circle
East Englewood, CO 80112

AboveNet
Attn: Thomas L. Kelly
360 Hamilton Avenue, 7th Floor
White Plains, NY 10601

Klabzuba Properties, Ltd
Attn: Robert B. Higgs 1
4405 Walters Road, #800
Houston, TX 77014

Deloitte & Touche LLP
Attn: Elliott Jacobson
1 Concorde Gate, Suite 200
Toronto, ON M3C 4G4 Canada

Telesat Network Services, Inc.
Attn: Ted Ignacy
1601 Telesat Court
Ottawa, ON K18 5P4 Canada

SES New Skies Satellite, B.V.
C/O Philip W. Allogramento, III
Stephen V. Falanga
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068

The Spaceconnection, Inc.
Attn: Deborah Williams
P. O. Box 6067
Burbank, CA 91510-6067

iDirect, Inc.
C/O H. Jason Gold
Dylan G. Trache
Wiley Rain LLP
7925 Jones Branch Drive, Suite 6200
McLean, VA 22102

GSI Globalcomm
C/O Kathleen M. Patrick
Michael R. Rochelle
Rochelle McCollough LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201

Alpheus Communications, LP
C/O Jason Lee Boland
John David Cornwell
Fulbright & Jaworksi LLP
1301 McKinney Suite 5100
Houston, TX 77010

Longbottom Communications
Attn: Penelope Longbottom
2343 N. Vernon Street
Arlington, VA 22207

Houston Airport System
City of Houston
Attn: Scott Fildman
PO Box 60106
Houston, TX 77205-0106

United Shipping Solutions
Attn: Ted Michaelson
1880 S Dairy Ashford, #620
Houston, TX 77077

XO Communications
Attn: Scott Harrison
2401 Portsmouth, Suite 200
Houston, TX 77098

Seyfarth Shaw LLP
Attn: Christina Putnam
700 Louisiana, Suite 3700
Houston, TX 77002

Compu Com
Attn: Minnie Morrison
7171 Forest Lane
Dallas, TX 752330

Robert Half Technology
Attn: Ron Ravin
5720 Stone Ridge, Suite 3
Covington, CA 94588

DataPath, Inc.
Attn: Betty Herrington
3095 Satellite Boulevard
Duluth, GA 30096

Verizon Wireless
Attn: Alexis B. Murray
PO Box 660108
Dallas, TX 75266-0108

**Attorney for Advanced Projects International, Inc.**
C/O Calvin C. Braun
Adair & Myers PLLC
3120 Southwest Freeway, Suite 320
Houston, TX 77098

Dexter D. Joyner
4701 Preston
Pasadena, TX 77505 Email:
**Attorney for Pasadena ISD**

Digital Networks LLC
8413 Gateway Terrace
Oklahoma City, OK 73049

Attorney for Texas Comptroller of Public Accounts
William A. Frazell
Frazell & Mosley PLLC
PO Box 28160
Austin, TX 78755-8160

Kyung S. Lee
Diamond McCarthy Taylor & Finley
909 Fannin, Suite 1500
 Houston, TX 77010

Intrado, Inc.
Attn: Elaine Stuart
1601 Dry Creek Drive
Longmont, CO 80503

Texas Comptroller of Public Accounts
Kay Brock
PO Box 12548
Austin, TX 78711

**Attorney for Data Technology Solutions, LLC**
Bryan E. Lege
Kraft Gatz Lane Benjamin LLC
600 Jefferson Street, Suite 410
Lafayette, LA 70501

Digital Networks, LC
c/o William H. Hoch III
Crowe and Dunlevy
20 N Broadway, Suite 1800
Oklahoma City, OK 73102

Leo Vasquez
P.O. Box 4622
Houston, Texas 77210-4089

**Attorneys for Digital Networks LLC**
John F. Higgins, IV
Porter & Hedges LLP
1000 Main Street, 36th
Floor Houston, TX 77002

Pasadena I.S.D.
Tax Assessor-Collector
2223 Strawberry Road
Pasadena, Texas 77501

**Attorney for Farnam Street Financial, Inc**
Larry B. Ricke
Degree of Honor Building, Suite 600
325 Cedar Street
Saint Paul, MN 55101

Balation Group, Inc.
Attn:  Brogan Taylor
152 King St. E., Suite 400
Toronto Ontario MSA 1JE
Canada

Harris County, et.al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3503

William A. Frazell
Assistant Attorney General
Bankruptcy & Collection Division
P.O. Box 12548
Austin, Texas 78711-2538

Farnum Street Financial
Attn: Ross Abrams
240 Pondview Plaza
5850 Opus Parkway
Minnetonka, MN 55343

AEGIS Texas Venture Fund, LP
Attn: Kevin Dragan
11000 Richmond, Suite 550
Houston, Texas 77042

CenturyTel, Inc.
Attn: Stewart Ewing, CFO
100 CenturyTel Drive
Monroe, LA 71203

CenturyTel, Inc.
c/o Rex D. Rainach
A Professional Corporation
3622 Government Street
Baton Rouge,  LA 70806-5720

Brad Lee
Bankruptcy Specialist
XO Communications, LLC
105 Malloy Street
Nashville, TN 37201

Intelsat USA Sales Corp
Attn: Chris Niebecker
3400 International Drive NW
Washington DC 20008

Telesat Network Services, Inc.
Attn: Richard O'Reilly
1601 Telesat Court
Ottawa, Ontario, Canada K1B 5P4

Klabzuba Properties, Ltd.
Attn: Robert Higgs
14405 Walters Road, Suite 800
Houston, Texas 77014

VT iDirect Inc.
Attn: Geneza Simoes
13865 Sunrise Valley Drive
Herndon, VA 20171

Alpheus Communications, LP
Alpheus Data Services
c/o Stephen W. Crawford, General Counsel
1300 Fannin Street, 20th Floor
Houston, Texas 77002

Wilkinson, Barker, Knauer LLP
Attn: Bob Primosch
2300 N Street NW, Suite 700
Washington, DC 20038-1128

Balation Group, Inc.
Seyfarth Shaw LLP
Attn: Walter Cicack
700 Louisiana, Suite 3700
Houston, Texas 77002

Globecomm Systems Inc.
Attn: Julia Hanft, General Counsel
45 Oser Avenue
Hauppague, NY 11788

Verizon Wireless
P.O. Box 3397
Bloomington, IL 61702

Cisco Capital
c/o Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Ambius
P.O. Box 95409
Palatine, IL 60095-0409

PAETEC
c/o Shannon I. Sullivan
Specialist-Revenue Assurance
P.O. Box 3177
Cedar Rapids, IA 52406-3177

Patrick K. Brant
10186 Hillington Court
Vienna, VA 22182

Alpheus Data Services, LLC
c/o William R. Greendyke
Jason L. Boland/Travis A. Torrence
Fulbright & Jaworksi LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Brett J. Kitei
Corporate Counsel
DISH Network, L.L.C.
9601 South Meridian Blvd.
Englewood, Colorado 80112

Sunrise Campus Investors dba
BPG Properties, Ltd.
Attn: Roger Byecroft & Keith Knight
11130 Sunrise Valley Drive, Suite 100
Reston, VA 20191

Advanced Projects International Inc.
c/o Kenneth English
Gaw, Van Male, Smith, Myers & Miroglio
1000 Main Street
Napa, CA 94559

Deloitte & Touche LLP
Attn: Francesca Filippelli, Sr. Legal Specialist
30 Wellington Street West
P.O. Box 400, Stn Commerce Court
Toronto, ON M5L 1B1, Canada

San Jacinto Community College Dist.
Attn: Daniel J. Snooks
11550 Fuqua, Suite 490
Houston, TX 77034

Gary L. Penn
Rosen Systems Inc.
17744 Preston Road
Suite 100
Dallas, Texas 75252-5736

Gloster Holdings, LLC
c/o Samuel Goldman & Associates
100 Park Avenue 20th Fl
New York, NY 10017

Klabzuba Properties LTD
c/o Dusty Wolf
3730 FM 1960 W, Suite 300
Houston, Texas 77068