**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL  COMMUNICATIONS, INC., | § | CASE NO. 08-36737-H4-11 |
| | § | |
| | § | (CHAPTER 11) |
| DEBTOR | § | |
| | § | |
| **Emergency Motion to Approve** | § | JUDGE JEFF BOHM |
| **Modifications to Debtor's Chapter 11 Plan** | § | Courtroom Deputy _____ |
| **of Reorganization [Docket #290];** | § | Courtroom Reporter _____ |
| | § | |
| **Chapter 11 Plan of Reorganization** | § | COURT HEARING |
| **[Docket #223]** | § | August 8, 2009 |
| | § | 8:30 a.m. |

## EXHIBIT AND WITNESS LIST OF DEBTOR

SkyPort Global Communications, Inc., Debtor herein, adopts all other exhibits and exhibit lists submitted by all other parties as its own by reference, reserving its right to object to any of those exhibits.

Also, SkyPort Global Communications, Inc. designates the following exhibits and witnesses:

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 1. | Chapter 11 Plan of Reorganization [Docket #223] | | | | |
| 2. | First Amended Disclosure Statement and all exhibits [Docket #264] | | | | |
| 3. | Order Approving the First Amended Disclosure Statement [Docket #265] | | | | |
| 4. | Certificate of Service re: mailing of the plan package [Docket #268] | | | | |

{SKY001\00004\0548942.DOC;1\KJM}

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 5. | Modifications to Debtor's Chapter 11 Plan of Reorganization [Docket #289] | | | | |
| 6. | Certificates of Service re: mailing of Motion to Approve Modifications to Plan (Docket #290); and mailing of Order Setting Hearing on Motion to Approve Modifications to Plan (Docket #300) [Docket #290, included with Motion to Approve, and Docket #307] | | | | |
| 7. | Notice of Amended Exhibit A to Chapter 11 Plan of Reorganization [Docket #315] | | | | |
| 8. | Ballot Tabulation per Plan Modification [Docket #316] | | | | |
| 9. | Ballot Tabulation per Aegis Ballot | | | | |
| 10. | Board Resolution authorizing Chapter 11 filing | | | | |
| 11. | Customer Impact Analysis | | | | |
| 12. | Revised Plan Projections | | | | |
| 13. | Proposed Plan Terms | | | | |
| 14. | Email from Jason Rudd dated 7/29/09 | | | | |
| 15. | Email from Rex Rainach dated 7/29/09 | | | | |
| 16. | Letter from John Mitchell dated 8/2/09 | | | | |
| 17. | Skycomm Stock Certificate Number 233 Issuing 133,333,335 Shares to Balaton Group, Inc. | | | | |
| 18. | Skycomm Consolidated 2007 Audited Financial Statements | | | | |
| 19. | Skycomm Capitalization Table | | | | |
| 20. | Administrative Claims Analysis | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL  COMMUNICATIONS, | § | CASE NO. 08-36737-H4-11 |
| INC., | § | |
| | § | (CHAPTER 11) |
| DEBTOR | § | |
| | § | |
| **Emergency Motion to Approve** | § | JUDGE JEFF BOHM |
| **Modifications to Debtor's Chapter 11 Plan** | § | Courtroom Deputy _____ |
| **of Reorganization [Docket #290];** | § | Courtroom Reporter _____ |
| | § | |
| **Amended Chapter 11 Plan of** | § | COURT HEARING |
| **Reorganization [Docket #223]** | § | August 8, 2009 |
| | § | 8:30 a.m. |

## <u>WITNESS LIST</u>

1.  Douglas Whitworth;

2.  Bruce Dunlop;

3.  Robert Kubbernus;

4.  Kevin Dragon;

5.  Adrien Pouillot;

6.  Any witness listed by any other party; and

7.  Any witnesses used for rebuttal.

DATED:      August 5, 2009

                    Respectfully submitted,

                    WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                    By:    */s/ Edward L. Rothberg*
                            EDWARD L. ROTHBERG
                            State Bar No. 17313990
                            HUGH M. RAY, III
                            State Bar No. 24004246
                            Eleven Greenway Plaza, Suite 1400
                            Houston, Texas 77046
                            Telephone: 713.961.9045
                            Facsimile:713.961.5341

                    ATTORNEYS FOR DEBTOR,
                    SKYPORT GLOBAL COMMUNICATIONS, INC.