IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | |
| COMMUNICATIONS, INC. | § | CASE NO. 08-36737-H4-11 |
| | § | |
| DEBTOR. | § | |
| | § | Chapter 11 |

### DRACO CAPITAL, INC.'S AMENDED WITNESS AND EXHIBIT LIST

COMES NOW Draco Capital, Inc. ("Draco"), and identifies the following individuals who may be called to testify as witnesses for Draco and the following items that may be offered as exhibits on behalf of Draco at the hearing (the "Hearing") currently scheduled for August 7, 2009 at 8:30 a.m.:

### WITNESS

1. Adrien D. Pouliot

Draco reserves the right to supplement this designation with additional individuals, as necessary, to rebut testimony or documents adduced. Draco also reserves the right to call any witness designated by other parties.

### EXHIBITS

1. Confidential Investment Memorandum, dated February, 2006, of Clearsky Investments L.P.;

2. Email from Robert Kubbernus, to Adrien D. Pouliot, dated October 28, 2008, containing 2006 Financial Statements of Clearsky Investments L.P.;

3. Email from Robert Kubbernus, to Adrien D. Pouliot, dated June 17, 2008, containing SkyComm Capitalization Roll-Out Table;

4. Credit Facility Letter;

5. Email from Robert Kubbernus, to Adrien D. Pouliot, dated November 11, 2008;

6. Motion for Final Approval of Secured Debtor in Possession Post Petition Financing and Request Final Hearing, filed October 29, 2009 (Docket #9); and

7. Final Order (I) Authorizing Use of Cash Collateral and (II) Approving Secured Debtor in Possession Post-Petition Financing, filed 11/12/2008 (Docket #32).

Draco may offer into evidence any one or more of the exhibits designated by any other party and any exhibits needed to rebut the testimony of witnesses or evidence presented by any other party.

Draco reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing. The parties in interest may obtain any of the foregoing by written request to John C. Ivascu (contact information below).

Dated: August 6, 2009

Respectfully submitted,

**VINSON & ELKINS LLP**

By: /s/ *John E. Mitchell*
John E. Mitchell, SBT #00797095
John C. Ivascu, SBT #24067680
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Tel: 713.758.2222
Fax: 713.758.2346
jmitchell@velaw.com
jivascu@velaw.com

**ATTORNEYS FOR DRACO CAPITAL, INC.**

**CERTIFICATE OF SERVICE**

This is to certify that on August 6, 2009, a copy of the foregoing document was served upon all parties via the Court's electronic case filing system (ECF) or by United States First Class Mail, postage prepaid, on the attached service list.

By: /s/ John E. Mitchell
One of counsel

SERVICE LIST

SkyPort Global Communications, Inc.
11140 Aerospace Avenue
Houston, Texas 77034

Edward L. Rothberg
Melissa Anne Haselden
Hugh Massey Ray, III
Weycer Kaplan Pulaski & Zuber PC
11 Greenway Plaza, Suite 1400
Houston, TX 77046

Jessica L. Hickford
Law Office of RJ Atkinson LLC
3617 White Oak Drive
Houston, TX 77007

Stephen D. Statham
Office of the US Trustee
515 Rusk, Suite 3516
Houston, Texas 77002

Securities & Exchange Commission
Attn: Angela Dodd
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2908

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Special Procedures Branch
1919 Smith
Mail Stop HOU 5022
Houston, Texas 77002

Intelsat Ltd.
C/O Stephen Selbst
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

John M. August
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102

EchoStar Corporation
Attn: Rhonda Parson
90 Inverness Circle
East Englewood, CO 80112

AboveNet
Attn: Thomas L. Kelly
360 Hamilton Avenue, 7th Floor
White Plains, NY 10601

Klabzuba Properties, Ltd
Attn: Robert B. Higgs 1
4405 Walters Road, #800
Houston, TX 77014

Deloitte & Touche LLP
Attn: Elliott Jacobson
1 Concorde Gate, Suite 200
Toronto, ON M3C 4G4 Canada

Telesat Network Services, Inc.
Attn: Ted Ignacy
1601 Telesat Court
Ottawa, ON K18 5P4 Canada

SES New Skies Satellite, B.V.
C/O Philip W. Allogramento, III
Stephen V. Falanga
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068

The Spaceconnection, Inc.
Attn: Deborah Williams
P. O. Box 6067
Burbank, CA 91510-6067

iDirect, Inc.
C/O H. Jason Gold
Dylan G. Trache
Wiley Rain LLP
7925 Jones Branch Drive, Suite 6200
McLean, VA 22102

GSI Globalcomm
C/O Kathleen M. Patrick
Michael R. Rochelle
Rochelle McCollough LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201

Alpheus Communications, LP
C/O Jason Lee Boland
John David Cornwell
Fulbright & Jaworksi LLP
1301 McKinney Suite 5100
Houston, TX 77010

Longbottom Communications
Attn: Penelope Longbottom
2343 N. Vernon Street
Arlington, VA 22207

Houston Airport System
City of Houston
Attn: Scott Fildman
PO Box 60106
Houston, TX 77205-0106

United Shipping Solutions
Attn: Ted Michaelson
1880 S Dairy Ashford, #620
Houston, TX 77077

XO Communications
Attn: Scott Harrison
2401 Portsmouth, Suite 200
Houston, TX 77098

Seyfarth Shaw LLP
Attn: Christina Putnam
700 Louisiana, Suite 3700
Houston, TX 77002

Compu Com
Attn: Minnie Morrison
7171 Forest Lane
Dallas, TX 752330

Robert Half Technology
Attn: Ron Ravin
5720 Stone Ridge, Suite 3
Covington, CA 94588

DataPath, Inc.
Attn: Betty Herrington
3095 Satellite Boulevard
Duluth, GA 30096

Verizon Wireless
Attn: Alexis B. Murray
PO Box 660108
Dallas, TX 75266-0108

| | |
|---|---|
| **Attorney for Advanced Projects International, Inc.**<br>C/O Calvin C. Braun<br>Adair & Myers PLLC<br>3120 Southwest Freeway, Suite 320<br>Houston, TX 77098 | Dexter D. Joyner<br>4701 Preston<br>Pasadena, TX 77505 Email:<br>**Attorney for Pasadena ISD** |
| Digital Networks LLC<br>8413 Gateway Terrace<br>Oklahoma City, OK 73049 | Attorney for Texas Comptroller of Public Accounts<br>William A. Frazell<br>Frazell & Mosley PLLC<br>PO Box 28160<br>Austin, TX 78755-8160 |
| Kyung S. Lee<br>Diamond McCarthy Taylor & Finley<br>909 Fannin, Suite 1500<br>Houston, TX 77010 | Intrado, Inc.<br>Attn: Elaine Stuart<br>1601 Dry Creek Drive<br>Longmont, CO 80503 |
| Texas Comptroller of Public Accounts<br>Kay Brock<br>PO Box 12548<br>Austin, TX 78711 | **Attorney for Data Technology Solutions, LLC**<br>Bryan E. Lege<br>Kraft Gatz Lane Benjamin LLC<br>600 Jefferson Street, Suite 410<br>Lafayette, LA 70501 |
| Digital Networks, LC<br>c/o William H. Hoch III<br>Crowe and Dunlevy<br>20 N Broadway, Suite 1800<br>Oklahoma City, OK 73102 | Leo Vasquez<br>P.O. Box 4622<br>Houston, Texas 77210-4089 |
| **Attorneys for Digital Networks LLC**<br>John F. Higgins, IV<br>Porter & Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | Pasadena I.S.D.<br>Tax Assessor-Collector<br>2223 Strawberry Road<br>Pasadena, Texas 77501 |
| **Attorney for Farnam Street Financial, Inc**<br>Larry B. Ricke<br>Degree of Honor Building, Suite 600<br>325 Cedar Street<br>Saint Paul, MN 55101 | Balation Group, Inc.<br>Attn: Brogan Taylor<br>152 King St. E., Suite 400<br>Toronto Ontario M5A 1JE<br>Canada |

Harris County, et.al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3503

William A. Frazell
Assistant Attorney General
Bankruptcy & Collection Division
P.O. Box 12548
Austin, Texas 78711-2538

Farnum Street Financial
Attn: Ross Abrams
240 Pondview Plaza
5850 Opus Parkway
Minnetonka, MN 55343

AEGIS Texas Venture Fund, LP
Attn: Kevin Dragan
11000 Richmond, Suite 550
Houston, Texas 77042

CenturyTel, Inc.
Attn: Stewart Ewing, CFO
100 CenturyTel Drive
Monroe, LA 71203

CenturyTel, Inc.
c/o Rex D. Rainach
A Professional Corporation
3622 Government Street
Baton Rouge, LA 70806-5720

Brad Lee
Bankruptcy Specialist
XO Communications, LLC
105 Malloy Street
Nashville, TN 37201

Intelsat USA Sales Corp
Attn: Chris Niebecker
3400 International Drive NW
Washington DC 20008

Telesat Network Services, Inc.
Attn: Richard O'Reilly
1601 Telesat Court
Ottawa, Ontario, Canada K1B 5P4

Klabzuba Properties, Ltd.
Attn: Robert Higgs
14405 Walters Road, Suite 800
Houston, Texas 77014

VT iDirect Inc.
Attn: Geneza Simoes
13865 Sunrise Valley Drive
Herndon, VA 20171

Alpheus Communications, LP
Alpheus Data Services
c/o Stephen W. Crawford, General Counsel
1300 Fannin Street, 20th Floor
Houston, Texas 77002

Wilkinson, Barker, Knauer LLP
Attn: Bob Primosch
2300 N Street NW, Suite 700
Washington, DC 20038-1128

Balation Group, Inc.
Seyfarth Shaw LLP
Attn: Walter Cicack
700 Louisiana, Suite 3700
Houston, Texas 77002

Globecomm Systems Inc.
Attn: Julia Hanft, General Counsel
45 Oser Avenue
Hauppague, NY 11788

Cisco Capital
c/o Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

PAETEC
c/o Shannon I. Sullivan
Specialist-Revenue Assurance
P.O. Box 3177
Cedar Rapids, IA 52406-3177

Alpheus Data Services, LLC
c/o William R. Greendyke
Jason L. Boland/Travis A. Torrence
Fulbright & Jaworksi LLP
1301 McKinney, Suite 5100
Houston, Texas 77010

Sunrise Campus Investors dba
BPG Properties, Ltd.
Attn: Roger Byecroft & Keith Knight
11130 Sunrise Valley Drive, Suite 100
Reston, VA 20191

Deloitte & Touche LLP
Attn: Francesca Filippelli, Sr. Legal Specialist
30 Wellington Street West
P.O. Box 400, Stn Commerce Court
Toronto, ON M5L 1B1, Canada

Gary L. Penn
Rosen Systems Inc.
17744 Preston Road
Suite 100
Dallas, Texas 75252-5736

Verizon Wireless
P.O. Box 3397
Bloomington, IL 61702

Ambius
P.O. Box 95409
Palatine, IL 60095-0409

Patrick K. Brant
10186 Hillington Court
Vienna, VA 22182

Brett J. Kitei
Corporate Counsel
DISH Network, L.L.C.
9601 South Meridian Blvd.
Englewood, Colorado 80112

Advanced Projects International Inc.
c/o Kenneth English
Gaw, Van Male, Smith, Myers & Miroglio
1000 Main Street
Napa, CA 94559

San Jacinto Community College Dist.
Attn: Daniel J. Snooks
11550 Fuqua, Suite 490
Houston, TX 77034

Gloster Holdings, LLC
c/o Samuel Goldman & Associates
100 Park Avenue 20th Fl
New York, NY 10017

Klabzuba Properties LTD
c/o Dusty Wolf
3730 FM 1960 W, Suite 300
Houston, Texas 77068