Case 08-36737 Document 335 Filed in TXSB on 08/11/09 Page 1 of 2



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/12/2009

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYPORT GLOBAL | § | CASE NO. 08-36737-H4-11 |
| COMMUNICATIONS, INC., | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

### ORDER DISMISSING DRACO CAPITAL, INC. EMERGENCY MOTION TO TERMINATE EXCLUSIVITY (DOC. 305)

Draco Capital, Inc. ("Draco") filed its Emergency Motion to Terminate Exclusivity. The Debtor filed a response asserting, *inter alia*, that Draco lacked standing to seek such relief, and therefore such Motion should be dismissed. The Court conducted a hearing on Draco's standing on August 7, 2009, at which counsel for the parties appeared and presented evidence and oral argument. After careful consideration, the Court determined that Draco is not a party in interest under 11 U.S.C. §1109(b) and therefore lacks standing. Therefore, based on the findings of fact and conclusions of law orally read into the record, and as may be subsequently memorialized in written findings and conclusions prepared by the Court, it is

ORDERED that Draco's Emergency Motion to Terminate Exclusivity be and is hereby dismissed for lack of standing.

DATED:

August 12, 2009

UNITED STATES BANKRUPTCY JUDGE

{SKY001\00004\0550979.DOC;1\ELR}

APPROVED AS TO FORM AND SUBSTANCE

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.


By: ___*Edward L. Rothberg*___
      Edward L. Rothberg
      State Bar No. 17313990
      Hugh M. Ray, III
      State Bar No. 24004246
      Eleven Greenway Plaza, Suite 1400
      Houston, TX 77046
      Telephone: 713.961.9045
      Facsimile: 713.961.5341


ATTORNEYS FOR SKYPORT GLOBAL COMMUNICATIONS, INC.


APPROVED AS TO FORM ONLY

VINSON & ELKINS, LLP


By: ___*John E. Mitchell*___
      John E. Mitchell
      State Bar No. 00797095
      2001 Ross Avenue, Suite 3700
      Dallas, TX 75201-2975
      Telephone: 214.220.7766
      Facsimile: 214.999.7766

ATTORNESY FOR DRACO CAPITAL, INC.