IN THE UNITED STATES DISTRICT COURT
BANKRUPTCY DIVISION
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | CASE NUMBER: |
|---|---|---|
| SkyPort Global Communications, Inc. | § § | 08-36737-H4-11 |

## DEBTOR(S) POST-CONFIRMATION CERTIFICATE

| COMPLETE FOR CHAPTER 11 CASES ONLY | | | |
|---|---|---|---|
| [X] 1 Plan Confirmed<br>[ ] 2 Plan Not Confirmed | 4.5 % Dividend to Be Paid<br>(Estimated) | [ ] | Check box if future payments are contemplated under Chapter 11 Plan but percentage dividend is not determinable. |
| $ 7,407,899 | 1. TOTAL RECEIPTS AND DISTRIBUTIONS<br>(Do not complete below if amount is zero) | | |
| | **FEES AND EXPENSES** | | |
| $ 17,875 | 2. Trustee Compensation | | |
| $ | 3. Fee for Attorney for Trustee | | |
| $ 345,705 | 4. Other Professional Fees and All Expenses (including Fee for Attorney for Debtor) | | |
| | **DISTRIBUTIONS** | | |
| $ 2,300,000 | 5. Secured Creditors | | |
| $ 451,692 | 6. Priority Creditors | | |
| $ 300,000 | 7. Unsecured Creditors | | |
| $ | 8. Equity Security Holders | | |
| $ 3,992,627 | 9. Other Distributions (including Payments to Debtor) Including operating expenses of Debtor | | |

* Fees paid to U.S. Trustee are considered expenses of the estate and are to be reported item #4.

The above information is provided to the best of my knowledge, information, and belief under rule 9011(a).

Signed: _____ Attorney for Debtor(s)

Name: Edward L. Rothberg
Address: 11 E. Greenway Plaza, Suite 1400

Dated: 09/10/2009
Attorney's Phone No. 713.961.9045