MOR-1

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: SkyPort Global Communications, Inc.
CASE NUMBER: 08-36737-H4-11
PROPOSED PLAN DATE: August 12th 2009

PETITION DATE: 10/24/08
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY  FOR MONTH: APRIL      YEAR: 2011

| MONTH | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |
|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 732,649.17 | 699,946.96 | 559,070.17 | 481,533.54 | 485,558.27 | 536,097.24 | 476,231.35 | 528,065.54 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -240,229.01 | -81,734.46 | -74,275.64 | 33,330.57 | -51,776.41 | 31,668.08 | 57,947.08 | 38,448.92 | 53,271.50 |
| NET INCOME (LOSS) (MOR-6) | -284,775.09 | -195,456.51 | -189,711.33 | -93,583.61 | -180,146.62 | -92,232.24 | -68,556.27 | -88,107.97 | 11,418.45 |
| PAYMENTS TO INSIDERS (MOR-9) | 12,907.09 | 66,370.46 | 32,000.00 | 18,500.00 | 18,500.00 | 32,202.18 | 30,500.00 | 34,721.20 | 35,571.20 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 32,544.95 | 13,542.80 | 9,069.81 | 50,000.00 | 39,223.03 | 36,493.79 |
| TOTAL DISBURSEMENTS (MOR-8) | 130,931.08 | 411,190.13 | 399,232.34 | 571,242.55 | 410,750.43 | 397,560.58 | 502,445.75 | 469,265.99 | 485,241.82 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | CIRCLE ONE | |
|---|---|---|---|---|---|
| CASUALTY | YES (X) NO ( ) | 12-15-11 | Are all accounts receivable being collected within terms? | Yes (No) | (2) |
| LIABILITY | YES (X) NO ( ) | 12-15-11 | Are all post-petition liabilities, including taxes, being paid within terms? | Yes (No) | (1) |
| VEHICLE | YES (X) NO ( ) | 12-15-11 | Have any pre-petition liabilities been paid? | (Yes) No | |
| WORKER'S | YES (X) NO ( ) | 12-15-11 | If so, describe  Paid as per confirmed plan. | | |
| OTHER | YES ( ) NO ( ) | | Are all funds received being deposited into DIP bank accounts? | Yes (No) | |
| | | | Were any assets disposed of outside the normal course of business? | Yes (No) | |
| | | | If so, describe N/A | | |
| | | | Are all U.S. Trustee Quarterly Fee Payments current? | (Yes) No | |
| | | | What is the status of your Plan of Reorganization?  Plan confirmed August 12th 2009. | | |

ATTORNEY NAME: Edward L. Rothberg
FIRM NAME: Hoover Slovacek llp
ADDRESS: 5847 San Felipe
        Suite 2200
CITY, STATE, ZIP: Houston, TX 77057
TELEPHONE/FAX: (713) 977-5395

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 and MOR-7, 8 &9 plus attachments, is true and correct.

SIGNED X _____  TITLE: CFO
        (ORIGINAL SIGNATURE)

Douglas L____ Stewart    5/26/11
(PRINT NAME OF SIGNATORY)    DATE

MOR-1

(1) - Certain disputed accounts and credit facilities are being negotiated.
(2) - Collection efforts have been accelerated for several customers.

| JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBRUARY | MARCH | APRIL | MAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 510,616.33 | 521,318.53 | 498,286.95 | 443,648.00 | 444,249.00 | 560,450.00 | 377,210.00 | 330,688.00 | 325,542.00 | 431,205.00 | 352,012.00 |
| 25,592.50 | -10,565.77 | 14,701.62 | -16,736.00 | 26,397.00 | 31,529.00 | 16,149.00 | -11,855.00 | -17,353.00 | 42,788.00 | 24,322.00 |
| 442,871.99 | 2,321,304.91 | -20,715.38 | -59,449.00 | -41,574.00 | 5,124.00 | -31,514.00 | -51,386.00 | -47,145.00 | -21,107.00 | -45,070.00 |
| 32,271.59 | 18,500.00 | 29,056.79 | 30,172.06 | 4,500.00 | 26,174.73 | 20,655.00 | 12,656.51 | 12,000.00 | 14,000.00 | 12,000.00 |
| 600.00 | 987.00 | 46,304.22 | 12,076.28 | 756.00 | 39,343.83 | 18,554.50 | 0.00 | 17,288.62 | 20,657.47 | 14,397.43 |
| 315,245.39 | 532,143.32 | 419,322.38 | 344,357.18 | 449,875.96 | 474,677.15 | 423,958.38 | 350,991.29 | 397,078.17 | 372,095.13 | 412,985.44 |

| JUNE | JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBURARY | MARCH | APRIL |
|---|---|---|---|---|---|---|---|---|---|---|
| 639,591.00 | 541,245.00 | 503,673.13 | 460,752.35 | 471,307.15 | 416,360.85 | 458,479.77 | 391,629.45 | 435,825.42 | 307,737.90 | 402,702.51 |
| 103,159.80 | 24,322.00 | 47,809.64 | 37,059.52 | 51,121.91 | 39,674.00 | 55,428.23 | 5,700.86 | 59,183.59 | 37,796.81 | 33,732.31 |
| 42,042.30 | 6,089.03 | -10,553.90 | 14,203.97 | 19,572.39 | 10,115.65 | 6,786.10 | -41,402.09 | 12,015.76 | -8,617.06 | -11,831.14 |
| 14,000.00 | 10,000.00 | 34,437.67 | 16,000.00 | 34,477.56 | 16,000.00 | 30,655.49 | 14,000.00 | 12,000.00 | 20,833.05 | 24,468.40 |
| 13,500.00 | 11,969.50 | 41,422.95 | 41,761.70 | 26,859.92 | 9,195.75 | 8,955.50 | 10,202.50 | 7,921.75 | 6,661.59 | 6,913.73 |
| 449,549.40 | 315,961.85 | 634,508.98 | 454,115.93 | 463,706.33 | 531,769.12 | 519,842.44 | 312,600.05 | 458,035.52 | 392,102.46 | 391,835.00 |

Revised 07/01/98

CASE NAME: SkyPort Global Communications, Inc.
CASE NUMBER: 08-36737-H4-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY | MONTH JUNE |
|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $4,445.99 | $334.53 | $8,892.56 | $77,789.53 | $120,191.60 | $44,341.76 | $125,000.14 | $165,465.47 | $109,663.56 |
| RECEIPTS: | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 126,819.62 | 419,748.16 | 468,129.31 | 463,644.62 | 334,900.59 | 478,218.96 | 542,911.08 | 413,464.08 | 449,794.32 |
| 4. LOANS & ADVANCES | | | | 150,000.00 | | | | | |
| 5. SALE OF ASSETS | | | | | | | | | |
| 6. OTHER (attach list) | | | | | | | | | |
| TOTAL RECEIPTS** | 126,819.62 | 419,748.16 | 468,129.31 | 613,644.62 | 334,900.59 | 478,218.96 | 542,911.08 | 413,464.08 | 449,794.32 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | |
| DISBURSEMENTS: | | | | | | | | | |
| 7. NET PAYROLL | 130,766.42 | 263,509.58 | 224,075.78 | 170,715.78 | 154,628.69 | 143,093.12 | 137,207.00 | 139,691.04 | 154,849.85 |
| 8. PAYROLL TAXES PAID | | | | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | 3.00 | | 1,364.11 | 399.93 | 443.67 | 432.93 | 447.54 | 19,981.12 |
| 10. SECURED/RENTAL/LEASES | | 791.81 | 3,737.04 | 27,601.05 | 15,000.00 | 7,403.41 | 4,032.57 | 4,032.57 | 4,032.57 |
| 11. UTILITIES & TELEPHONE (Satellite Capacity) | | 115,977.03 | 139,958.09 | 263,793.43 | 164,052.62 | 147,747.21 | 193,107.00 | 180,445.80 | 173,321.21 |
| 12. INSURANCE | | | 4,194.20 | 2,076.45 | 12,410.12 | 3,453.50 | 6,762.66 | 3,731.17 | 3,731.17 |
| 13. INVENTORY PURCHASES | | | | 7,050.00 | 9,501.00 | | 33,751.04 | 21,274.88 | 19,494.75 |
| 14. VEHICLE EXPENSES | | | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | 21,111.87 | 17,035.87 | 9,222.10 | 12,429.76 | 22,214.45 | 18,048.15 | 30,010.97 | 30,343.76 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 164.66 | 2,121.76 | 1,225.89 | 40,974.25 | 11,712.23 | 41,972.22 | 39,485.80 | 29,525.30 | 30,080.99 |
| 17. ADMINISTRATIVE & SELLING | | 6,790.32 | 6,000.00 | 6,000.00 | 8,079.78 | 6,747.53 | 6,315.61 | 6,178.74 | 7,827.53 |
| 18. OTHER (attach list) | | 884.76 | 3,005.47 | 9,575.43 | 4,443.50 | 10,854.55 | 12,989.10 | 13,079.95 | 5,085.08 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 130,931.08 | 411,190.13 | 399,232.34 | 538,372.60 | 392,657.63 | 383,929.66 | 452,131.86 | 428,417.96 | 448,748.03 |
| 19. PROFESSIONAL FEES | | | | 32,544.95 | 13,542.80 | 9,069.81 | 50,000.00 | 39,223.03 | 36,493.79 |
| 20. U.S. TRUSTEE FEES | | | | 325.00 | 4,550.00 | 4,561.11 | 313.89 | 1,625.00 | |
| 21. PAYMENT OF PRE-PETITION CLAIMS | | | | | | | | | |
| TOTAL DISBURSEMENTS** | 130,931.08 | 411,190.13 | 399,232.34 | 571,242.55 | 410,750.43 | 397,560.58 | 502,445.75 | 469,265.99 | 485,241.82 |
| 22. NET CASH FLOW | -4,111.46 | 8,558.03 | 68,896.97 | 42,402.07 | -75,849.84 | 80,658.38 | 40,465.33 | -55,801.91 | -35,447.50 |
| 23. CASH - END OF MONTH (MOR-2) | $334.53 | $8,892.56 | $77,789.53 | $120,191.60 | $44,341.76 | $125,000.14 | $165,465.47 | $109,663.56 | $74,216.06 |

\* Applies to Individual debtors only

MOR-7

\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

| MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY |
|---|---|---|---|---|---|---|---|---|---|---|
| $74,216.06 | $71,970.68 | $115,808.60 | $99,496.75 | $141,515.65 | $12,060.50 | $16,851.06 | $13,262.81 | $133,329.52 | $132,117.47 | $67,142.87 |
| 313,000.01 | 575,981.24 | 403,010.53 | 386,976.08 | 307,420.81 | 479,467.71 | 420,370.13 | 484,058.00 | 315,866.12 | 307,120.53 | 360,247.80 |
|  |  |  |  | 13,000.00 |  |  | -13,000.00 | 80,000.00 |  | 20,000.00 |
| 313,000.01 | 575,981.24 | 403,010.53 | 386,976.08 | 320,420.81 | 479,467.71 | 420,370.13 | 471,058.00 | 395,866.12 | 307,120.53 | 380,247.80 |
| 163,257.03 | 149,517.90 | 160,875.50 | 188,590.00 | 145,383.07 | 198,104.00 | 158,992.26 | 141,418.52 | 136,921.06 | 140,875.17 | 114,899.40 |
| 18,324.90 | 309.88 | 187.16 |  | 1,154.38 | 263.88 | 202.59 | 202.67 | 368.58 | 202.67 | 10,623.05 |
| 4,032.57 | 4,032.57 | 4,032.57 | 20,000.00 | 81,981.57 | 4,032.57 | 4,032.57 |  | 17,022.57 | 17,022.57 | 21,055.14 |
| 29,347.70 | 208,876.31 | 76,782.41 | 47,088.97 | 106,460.26 | 68,762.87 | 53,811.51 | 98,053.82 | 79,587.90 | 74,321.55 | 155,911.17 |
| 3,731.17 |  | 7,462.34 | 100.04 |  | 6,805.64 | 788.05 | 6,025.86 | 5,752.10 | 788.05 | 2,908.87 |
| 29,850.70 | 44,969.00 | 66,270.81 | 27,791.50 | 92,682.75 | 19,568.00 | 51,184.81 | 4,356.49 | 6,975.00 | 26,633.91 | 20,000.00 |
| 31,479.78 | 8,051.93 | 6,509.18 | 9,671.31 | 9,852.67 | 2,152.57 | 29,408.88 | 10,135.42 | 1,981.85 | 16,840.43 | 8,118.45 |
| 5,275.00 | 7,727.86 | 16,391.54 | 15,313.44 | 4,314.69 | 6,515.05 | 12,279.20 | 3,521.99 | 15,705.85 | 7,071.66 | 3,922.20 |
| 6,000.00 | 8,344.78 | 7,978.38 | 7,037.80 |  | 11,409.54 | 8,973.44 | 3,568.21 | 16,236.82 | 2,528.00 | 8,208.90 |
| 4,621.27 | 20,139.18 | 12,506.27 | 4,897.55 | 2,415.57 | 6,939.87 | 47,441.14 | 38,923.16 | 11,776.21 | 33,864.22 | 15,161.40 |
| 295,920.12 | 451,969.41 | 358,996.16 | 320,490.61 | 444,244.96 | 324,553.99 | 367,114.45 | 306,206.14 | 292,327.94 | 320,148.23 | 360,808.58 |
| 600.00 | 987.00 | 46,304.22 | 12,076.28 | 756.00 | 39,343.83 | 18,554.50 |  | 17,288.62 | 20,657.47 | 14,397.43 |
| 6,500.00 |  |  |  | 4,875.00 | 1,630.71 |  | 6,495.72 |  |  | 6,500.00 |
| 12,225.27 | 79,186.91 | 14,022.00 | 12,390.29 |  | 109,148.62 | 38,289.43 | 38,289.43 | 87,461.61 | 31,289.43 | 31,289.43 |
| 315,245.39 | 532,143.32 | 419,322.38 | 344,957.18 | 449,875.96 | 474,677.15 | 423,958.38 | 350,991.29 | 397,078.17 | 372,095.13 | 412,995.44 |
| -2,245.38 | 43,837.92 | -16,311.85 | 42,018.90 | -129,455.15 | 4,790.56 | -3,588.25 | 120,066.71 | -1,212.05 | -64,974.60 | -32,747.64 |
| $71,970.68 | $115,808.60 | $99,496.75 | $141,515.65 | $12,060.50 | $16,851.06 | $13,262.81 | $133,329.52 | $132,117.47 | $67,142.87 | $34,395.23 |

| MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBURARY | MONTH MARCH | MONTH APRIL | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $34,395.23 | $102,732.09 | $71,909.48 | $158,940.89 | $161,204.73 | $96,424.38 | $28,577.41 | $91,673.77 | $193,535.67 | $158,685.95 | $181,239.66 | $4,445.99 |
|  |  |  |  |  |  |  |  |  |  |  | 0.00 |
| 517,886.26 | 285,139.24 | 821,028.87 | 316,379.77 | 436,201.98 | 354,615.06 | 554,041.38 | 421,580.48 | 352,017.31 | 350,256.57 | 526,907.86 | 12,987,204.48 |
|  |  | -100,000.00 | 140,000.00 | -40,000.00 | 100,000.00 | 25,717.60 | -7,108.63 | 71,168.49 | 64,399.60 | -108,264.88 | 395,912.18 |
|  |  |  |  |  |  |  |  |  |  |  | 0.00 |
|  |  | 511.52 |  | 2,724.00 | 9,307.09 | 3,179.82 |  |  |  |  | 15,722.43 |
| 517,886.26 | 285,139.24 | 721,540.39 | 456,379.77 | 398,925.98 | 463,922.15 | 582,938.80 | 414,471.85 | 423,185.80 | 414,656.17 | 418,642.98 | 13,398,839.09 |
|  |  |  |  |  |  |  |  |  |  |  | 0.00 |
| 118,254.92 | 54,801.82 | 203,913.01 | 132,293.34 | 119,699.19 | 114,375.29 | 134,480.51 | 121,990.41 | 94,712.93 | 172,729.00 | 120,341.66 | 4,604,963.25 |
|  |  |  |  |  |  |  |  |  |  |  | 0.00 |
| 1,606.61 | 1,696.09 | 1,606.61 | 1,606.61 | 1,606.61 | 1,606.61 | 1,606.61 | 2,095.28 | 2,327.59 | 3,118.60 | 1,606.61 | 75,395.89 |
| 4,032.57 | 4,032.57 | 8,065.14 | 4,032.57 | 17,022.57 |  | 17,022.57 | 4,032.57 | 4,032.57 | 4,032.57 | 4,032.57 | 314,213.99 |
| 43,622.61 | 62,259.93 | 140,235.05 | 137,032.77 | 180,398.80 | 254,593.55 | 232,670.28 | 99,101.84 | 236,992.63 | 145,967.66 | 169,017.07 | 4,079,299.05 |
| 5,108.83 | 6,729.69 | 3,596.88 | 2,943.27 | 5,027.31 | 100.04 | 100.04 | 2,647.04 | 2,288.35 | 5,815.77 | 6,601.39 | 111,680.00 |
| 143,602.97 | 79,476.00 | 25,278.00 | 7,058.87 | 13,880.28 | 21,075.63 | 4,223.20 | 28,871.83 | 39,625.32 | 257.09 |  | 844,703.83 |
|  |  |  |  |  |  |  |  |  |  |  | 0.00 |
| 10,886.55 | 7,212.08 | 46,970.98 | 9,335.60 | 28,062.07 | 10,068.39 | 23,227.70 | 7,255.63 | 9,978.16 | 14,248.91 | 16,307.51 | 478,172.98 |
| 6,190.63 | 16,110.38 | 15,869.90 | 15,130.21 | 15,518.77 | 69,485.19 | 7,452.14 | 25,126.89 | 8,638.74 | 3,233.83 | 15,386.56 | 493,444.82 |
| 7,129.21 | 10,913.30 | 93,434.18 | 15,029.40 | 18,509.08 | 14,828.19 | 17,585.90 | 6,520.68 | 2,523.50 | 21,681.61 | 7,975.00 | 350,355.43 |
| 24,947.08 | 29,471.06 | 16,326.88 | 12,817.18 | 5,832.30 | 5,151.05 | 4,363.73 | 4,765.28 | 11,215.90 | 14,355.83 | 4,210.53 | 392,060.50 |
| 365,381.98 | 272,702.92 | 555,296.63 | 337,279.82 | 405,556.98 | 491,283.94 | 442,732.68 | 302,407.45 | 412,335.69 | 385,440.87 | 345,478.90 | 11,744,289.74 |
| 13,500.00 | 11,969.50 | 41,422.92 | 41,761.70 | 26,859.92 | 9,195.75 | 8,955.50 | 10,202.50 | 7,921.75 | 6,661.59 | 6,913.73 | 537,204.59 |
|  |  | 6,500.00 | 6,511.35 |  |  |  |  | 6,488.65 |  |  | 56,876.43 |
| 70,667.42 | 31,289.43 | 31,289.43 | 68,563.06 | 31,289.43 | 31,289.43 | 68,154.26 | 0.00 | 31,289.43 |  | 39,442.37 | 856,866.68 |
| 449,549.40 | 315,961.85 | 634,508.98 | 454,115.93 | 463,706.33 | 531,769.12 | 519,842.44 | 312,609.95 | 458,035.52 | 392,102.46 | 391,835.00 | 13,195,237.44 |
| 68,336.86 | -30,822.61 | 87,031.41 | 2,263.84 | -64,780.35 | -67,846.97 | 63,096.36 | 101,861.90 | -34,849.72 | 22,553.71 | 26,807.98 | 203,601.65 |
| $102,732.09 | $71,909.48 | $158,940.89 | $161,204.73 | $96,424.38 | $28,577.41 | $91,673.77 | $193,535.67 | $158,685.95 | $181,239.66 | $208,047.64 | $208,047.64 |

*Revised 07 of 98*

CASE NAME: SkyPort Global Communications, Inc.
CASE NUMBER: 08-36737-H4-11

## CASH ACCOUNT RECONCILIATION
### MONTH OF APRIL

| BANK NAME | AmegyBank | AmegyBank | AmegyBank | Chase Bank | AmegyBank (Closed) | Bank of America (Closed) | |
|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 3146685 | # 53119262 | To Secure Credit Line | # 857885255 | # 3186431 | # 5776965238 | |
| ACCOUNT TYPE | OPERATING | SETTLEMENT | SECURED CD | OTHER | MONEY MARKET | OTHER FUNDS | TOTAL |
| BANK BALANCE | 27,024.73 | 100.00 | 200,000.00 | 322.90 | | 0.00 | $227,447.63 |
| DEPOSITS IN TRANSIT ** | | 0.00 | | | | | $0.00 |
| OUTSTANDING CHECKS | 19,399.99 | 0.00 | | | | | $19,399.99 |
| ADJUSTED BANK BALANCE | $7,624.74 | $100.00 | $200,000.00 | $322.90 | | $0.00 | $208,047.64 |
| BEGINNING CASH - PER BOOKS | -23,895.34 | 100.00 | 200,000.00 | 5,035.00 | 0.00 | 0.00 | $181,239.66 |
| RECEIPTS* | 418,642.98 | | | | | | $418,642.98 |
| TRANSFERS BETWEEN ACCOUNTS | 131.60 | | | -131.60 | 0.00 | 0.00 | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 387,254.50 | 0.00 | | 4,580.50 | | | $391,835.00 |
| ENDING CASH - PER BOOKS | $7,624.74 | $100.00 | $200,000.00 | $322.90 | $0.00 | $0.00 | $208,047.64 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

** Checks not received via lockbox have to be sent to lockbox to avoid 20 day hold period. This causes 2 to 3 day delay between the date received and the date credited by bank.

| MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 12,500.00 | 12,500.00 | 21,750.00 | 19,750.00 | 4,500.00 | 10,000.00 | 10,000.00 | 8,000.00 | 12,000.00 | 10,000.00 | 10,000.00 |
| 13,771.59 |  | 1,306.79 | 3,653.26 |  | 6,174.73 | 6,155.00 | 4,656.51 |  | 4,000.00 |  |
| 6,000.00 | 6,000.00 | 6,000.00 | 6,768.80 |  | 10,000.00 | 4,500.00 |  |  |  | 2,000.00 |
| $32,271.59 | $18,500.00 | $29,056.79 | $30,172.06 | $4,500.00 | $26,174.73 | $20,655.00 | $12,656.51 | $12,000.00 | $14,000.00 | $12,000.00 |

| MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBRUARY | MONTH MARCH | MONTH APRIL | MONTH MAY |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 987.00 |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | 7,500.00 |  |  | 1,445.37 | 4,129.62 |
|  |  |  |  |  |  |  |  | 5,055.52 | 667.10 | 1,059.00 |
| 600.00 |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | 15,000.00 |  |
|  |  | 3,312.50 |  |  |  | 4,062.50 |  | 2,233.10 | 3,545.00 |  |
|  |  | 35,518.14 | 12,076.28 |  | 39,343.83 |  |  | 10,000.00 |  | 5,000.00 |
|  |  | 7,473.58 |  |  |  | 6,992.00 |  |  |  | 4,208.81 |
|  |  |  |  | 756.00 |  |  |  |  |  |  |
| $600.00 | $987.00 | $46,304.22 | $12,076.28 | $756.00 | $39,343.83 | $18,554.50 | $0.00 | $17,288.62 | $20,657.47 | $14,397.43 |

| MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBURARY | MONTH MARCH | MONTH APRIL |
|---|---|---|---|---|---|---|---|---|---|---|
| 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 12,000.00 | 8,000.00 | 12,000.00 | 8,000.00 | 12,000.00 |
| 3,000.00 | | 18,437.67 | | 18,477.56 | | 13,155.49 | | | 1,633.05 | 8,468.40 |
| 1,000.00 | | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 5,500.00 | 6,000.00 | | 11,200.00 | 4,000.00 |
| $14,000.00 | $10,000.00 | $34,437.67 | $16,000.00 | $34,477.56 | $16,000.00 | $30,655.49 | $14,000.00 | $12,000.00 | $20,833.05 | $24,468.40 |

| MONTH JUNE | MONTH JULY | MONTH AUGUST | MONTH SEPTEMBER | MONTH OCTOBER | MONTH NOVEMBER | MONTH DECEMBER | MONTH JANUARY | MONTH FEBURARY | MONTH MARCH | MONTH MARCH |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 923.75 | 1,851.50 | 923.75 | | 921.75 | | 921.75 | | |
| | | 1,597.50 | 3,304.23 | | | | | 2,000.00 | | |
| | 6,969.50 | 18,451.92 | 17,208.47 | 10,936.17 | | | | | | |
| | | | 2,900.00 | | | | | | | |
| 8,500.00 | | 7,500.00 | 7,500.00 | | | | | | | |
| | | | 3,000.00 | | | | | | | |
| | | | | 10,000.00 | | | | | | |
| | | 3,579.78 | | | | 2,586.25 | 3,033.75 | 2,585.00 | | 1,913.73 |
| 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | |
| | | 4,370.00 | 997.50 | | | 1,609.50 | | 2,617.50 | 1,661.59 | |
| | | | | | | | | | | 5,000.00 |
| $15,500.00 | $11,969.50 | $41,422.95 | $41,761.70 | $26,859.92 | $9,195.75 | $8,955.50 | $10,202.50 | $7,921.75 | $6,661.39 | $6,913.73 |

Revised 07/01/99